B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of Georgia

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Sea Island Company** | **Name of Joint Debtor (Spouse)** (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**AKA Sea Island Shooting School; AKA Sea Island Yacht Club; AKA Sea Island Stables; AKA Cabin Bluff** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**58-0420310** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 Salt Marsh Lane**<br>**St. Simons Island, GA**<br>ZIP Code **31522** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Glynn** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Sea Island Company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **See Attachment A** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Sea Island Company** |
|---|---|

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert M. Cunningham**
Signature of Attorney for Debtor(s)

**Robert M. Cunningham 202228**
Printed Name of Attorney for Debtor(s)

**Gilbert, Harrell, Sumerford & Martin, P.C.**
Firm Name

**777 Gloucester Street**
**Suite 200**
**Brunswick, GA 31521-0190**
Address

**rcunningham@gilbertharrelllaw.com**
**(912) 265-6700  Fax: (912) 264-3917**
Telephone Number

**August 10, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Bansmer**
Signature of Authorized Individual

**David Bansmer**
Printed Name of Authorized Individual

**President and Chief Operating Officer**
Title of Authorized Individual

**August 10, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **Sea Island Company**                                                                                            Case No.
                                                    Debtor(s)

# FORM 1. VOLUNTARY PETITION
## Attachment A

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that have filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Georgia, contemporaneously with the filing of this petition. The Debtors have filed a motion requesting that their chapter 11 cases be jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

1. Sea Island Company
2. Sea Island Coastal Properties LLC
3. Sea Island Resort Residences, LLC
4. Sea Island Services, Inc.
5. Sea Island Apparel, LLC
6. First Sea Island, LLC
7. SICAL, LLC

SEA ISLAND COMPANY
SEA ISLAND COASTAL PROPERTIES LLC
SEA ISLAND SERVICES, INC.
SEA ISLAND RESORT RESIDENCES, LLC
SEA ISLAND APPAREL, LLC
FIRST SEA ISLAND, LLC
SICAL, LLC

**CERTIFICATE OF RESOLUTION**

I, James B. Gilbert, Jr. Senior Vice President, General Counsel, and Corporate Secretary of Sea Island Company, a Georgia corporation ("SIC"), the manager of Sea Island Coastal Properties LLC, a Georgia limited liability company ("Coastal") and the sole member of each of Sea Island Services, Inc., a Georgia corporation ("Services"), Sea Island Resort Residences, LLC, a Georgia limited liability company ("Residences"), Sea Island Apparel, LLC, a Georgia limited liability company ("Apparel"); FIRST SEA ISLAND, LLC, a Georgia limited liability company ("First Sea Island"), SICAL, LLC, a Georgia limited liability company ("SICAL," together with SIC, Coastal, Services, Residences, Apparel, and First Sea Island, collectively, the "Corporation"), hereby certify that the attached resolutions were duly adopted in accordance with SIC's bylaws and Section 14-2-821 of the Georgia Business Corporation Code and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of August, 2010.

/s/ James B. Gilbert, Jr.
James B. Gilbert, Jr., Senior Vice President, General Counsel, and Corporate Secretary of Sea Island Company

7183636.1

**SEA ISLAND COMPANY**
**SEA ISLAND COASTAL PROPERTIES LLC**
**SEA ISLAND RESORT RESIDENCES, LLC**
**FIRST SEA ISLAND, LLC**
**SEA ISLAND SERVICES, INC.**
**SICAL, LLC**
**SEA ISLAND APPAREL, LLC**

**PROPOSED RESOLUTIONS**

## Voluntary Chapter 11 Petitions

**WHEREAS**, pursuant to the terms of that certain Asset Purchase Agreement dated August 4, 2010, promptly following the date hereof, each of Sea Island Company ("SIC"), Sea Island Coastal Properties LLC ("SICP"), Sea Island Resort Residences, LLC ("SIRR"), First Sea Island, LLC ("First Sea Island"), Sea Island Apparel, LLC ("SIA"), SICAL, LLC ("SICAL") and Sea Island Services, Inc. ("Sea Island Services" and together with SIC, SICP, SIRR, First Sea Island, SICAL and SIA, the "Companies") shall file voluntary Chapter 11 petitions with the United States Bankruptcy Court for the Southern District of Georgia, Brunswick Division (the "Bankruptcy Court"); and

**WHEREAS**, as the manager of SICP and the sole member of SIRR, First Sea Island, SICAL and SIA, SIC is empowered to act on behalf of each of SICP, SIRR, First Sea Island, SICAL and SIA;

**NOW THEREFORE, BE IT RESOLVED**, that in the judgment of the Board of Directors of SIC (the "Board"), it is desirable and in the best interests of the Companies, their creditors, stockholders, employees and other interested parties that petitions be filed by each of the Companies seeking relief under the provisions of Chapter 11 of title 11, United States Code (the "Code");

**FURTHER RESOLVED**, that Alfred W. Jones, III, Chief Executive Officer, David Bansmer, President and Chief Operating Officer and James B. Gilbert, Jr., Senior Vice President, General Counsel, and Corporate Secretary of SIC (each, an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Companies to execute and verify or certify petitions under Chapter 11 of the Code and to cause the same to be filed in the Bankruptcy Court, at such time as said officer executing the same shall determine and in such form or forms as either such Authorized Officer may approve in such Authorized Officer's sole discretion;

**FURTHER RESOLVED**, that the firm of King & Spalding LLP, with an office currently located at 1180 Peachtree Street, NE, Atlanta, Georgia 30309, and the firm of

Gilbert, Harrell, Sumerford & Martin, P.C., with an office currently located at 777 Gloucester Street, Suite 200, P.O. Box 190, Brunswick, Georgia 31521-0190, be, and they hereby are, employed as attorneys for the Companies in connection with the prosecution of their bankruptcy cases under the Code, that the firm of FTI Consulting, Inc., with an office currently located at 100 N. Tryon St., Suite 3350, Charlotte, NC 28202, be, and it hereby is, employed as financial advisors and restructuring managers to advise the Companies in connection with their cases under Chapter 11 of the Code, and that the firm of Goldman, Sachs & Co., with an office currently located at 85 Broad Street, New York, NY 10004, be, and it hereby is, employed as financial advisors to advise the Companies in connection with their cases under Chapter 11 of the Code;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain other financial advisors, accountants, public relations advisors and other professionals, to advise the Companies in connection with their cases under Chapter 11 of the Code;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to prepare (or cause to be prepared), execute and file (or cause to be filed) any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which the Authorized Officers or the Companies' legal counsel may deem necessary, desirable or appropriate in connection with filing the voluntary petition for relief under Chapter 11 of the Code, including, but not limited to, motions to obtain the use of cash collateral, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the each of the Companies to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements, including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments, as may reasonably be required to give effect to the foregoing resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

**FURTHER RESOLVED**, that the Companies be, and hereby are, authorized to pay all fees and expenses incurred by it or for its account in connection with the actions approved in any or all of the foregoing resolutions, and all actions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

**FURTHER RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the officers of SIC on its behalf or on the behalf of SICP, SIRR, SIA, First Sea Island and SICAL, such actions are hereby ratified, approved and confirmed in their entirety.

### Plan of Liquidation

**WHEREAS**, pursuant to the terms of that certain Asset Purchase Agreement dated August 4, 2010, the Companies have prepared a plan of liquidation (the "Plan") and related disclosure statement, which will be filed with the Bankruptcy Court within two (2) Business Days of the filing of the Chapter 11 petitions (a summary of the proposed Plan is attached hereto as Exhibit A);

**NOW, THEREFORE, BE IT RESOLVED**, that the Authorized Officers be, and each of them hereby is, acting individually or jointly, authorized and directed on behalf of the Companies to file the Plan and to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by the Plan, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof.

### DIP Loan

**WHEREAS**, following the filing of the voluntary Chapter 11 petitions with the Bankruptcy Court (the "Bankruptcy Cases"), each of the Companies is continuing in the possession of its assets and in the management of its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Code;

**WHEREAS**, the Companies have requested that certain of their secured lenders (the "Lenders") make available to the Companies a non-revolving line of credit in an amount equal to $5,000,000 on substantially the terms described in the term sheet attached hereto as Exhibit B (the "DIP Term Sheet") (the "DIP Loan");

**WHEREAS**, the Lenders have agreed to make available to the Companies the DIP Loan upon the terms and conditions as set forth in the DIP Term Sheet;

**NOW, THEREFORE, BE IT RESOLVED**, that the Board hereby approves the DIP Loan on the terms and conditions substantially as set forth in the DIP Term Sheet attached hereto as Exhibit B;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, acting individually or jointly, authorized and directed to negotiate, execute and deliver, in the name and on behalf of each of the Companies, any and all agreements, instruments, amendments to existing agreements and instruments,

certificates, and all other documents of any nature whatsoever, as such officer may deem necessary or appropriate to effect the transactions described in the DIP Term Sheet, including, without limitation, the negotiation, execution and delivery of a credit agreement, and all promissory notes, security agreements, pledge agreements, assignments and other collateral agreements, intercreditor agreements, bonds, letters of credit, Uniform Commercial Code financing statements, and all related certificates and other documents as may be required to implement the DIP Loan (collectively, the "DIP Documents"), and all amendments, modifications and restatements of any of the foregoing, together with such other modifications, amendments or changes in such DIP Documents as the officer executing such documents may deem appropriate, with the execution and delivery of the documents by such officer constituting conclusive evidence as to the determination of such officer that such modifications of the DIP Documents are necessary or appropriate to effect the transactions described in the DIP Term Sheet.

## Approval of Actions

**FURTHER RESOLVED,** that each of the Authorized Officers be, and each of them hereby is, authorized and directed to prepare, execute and deliver or file all such certificates, instruments and documents and to take any action as such Authorized Officers in their discretion may deem necessary or desirable in connection with the foregoing resolutions, including the payment of any fees and expenses incurred in connection with effecting the foregoing resolutions; and

**FURTHER RESOLVED,** that all actions taken by the Authorized Officers, or any of them, in connection with the foregoing resolutions prior to the date hereof, be and they hereby are, ratified and approved.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **SEA ISLAND COMPANY,** | ) | Case No. 10-_____ |
| **SEA ISLAND COASTAL PROPERTIES LLC,** | ) | Case No. 10-_____ |
| **SEA ISLAND SERVICES, INC.,** | ) | Case No. 10-_____ |
| **SEA ISLAND RESORT RESIDENCES, LLC,** | ) | Case No. 10-_____ |
| **SEA ISLAND APPAREL, LLC,** | ) | Case No. 10-_____ |
| **FIRST SEA ISLAND, LLC,** | ) | Case No. 10-_____ |
| **and SICAL, LLC,** | ) | Case No. 10-_____ |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## DEBTORS' 30 LARGEST UNSECURED CREDITORS ON A CONSOLIDATED BASIS

Following is the list of the Debtors' creditors holding the 30 largest unsecured claims on a consolidated basis. The list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, (2) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim or (3) membership deposit liabilities. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors, and the Debtors reserve the right to amend the information contained herein.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| Dennie McCrary<br>283 West 13th Street<br>Sea Island, GA 31561 | Phone: 912-638-8035 | Employment obligations | | 27,014,406 |
| PBGC<br>Dept. of Insurance Supervision & Compliance<br>1200 K Street N.W.<br>Washington, DC 20005-4026 | Contact: Alfreda Baran<br>Department of Insurance Supervision and Compliance<br>1200 K Street, N.W.<br>Washington, DC 20005<br>Phone: 202-326-4100, ext. 6363 | Pension claim | | 13,109,840 |
| David Everett<br>319 West 48th Street<br>Sea Island, GA 31561 | Phone: 912-634-2981 | Employment obligations | | 3,617,106 |
| Matt Hodgdon<br>307 Carnoustie<br>St Simons Island, GA 31522-2423 | Phone: 404-581-4102 | Employment obligations | | 3,450,249 |
| Edward T. Wright<br>107 Arthur J. Moore Drive<br>St Simons Island, GA 31522 | Phone: 912-638-7779 | Employment obligations | | 2,307,344 |
| Merrell Hawkins LLC<br>One Premier Plaza 5605<br>Glenridge Dr Ne Ste 720<br>Atlanta, GA 30342-1378 | Contact: Ed Ralston<br>404 Ribault Lane<br>Sea Island, GA 31522<br>Phone: 404 497-7621 | Note payable | | 2,245,985 |
| C. T. Adams<br>503 Vassar Point<br>St Simons Island, GA 31522-2416 | Phone: 912-638-3378 | Employment obligations | | 1,809,663 |

5738933.4

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| William C. Smith<br>225 Abbott Lane<br>St Simons Island, GA 31522 | Phone: 912-638-5350 | Employment obligations | | 1,521,610 |
| Billy Ray Gibson<br>406 Whitfield Ave.<br>St Simons Island, GA 31522-2229 | Phone: 912-222-4502 | Employment obligations | | 1,371,481 |
| Bob Flight<br>24 Gayfield Road,<br>Cape Elizabeth, ME 04107 | Phone: 912-399-5180 | Employment obligations | | 869,794 |
| Tom Fazio<br>401 N Main Street, Suite 400<br>Hendersonville, NC 28792 | Phone: 828-693-0052<br>Fax: 828-693-0071 | Trade debt | | 850,000 |
| Sue M. Sayer<br>302 Forest Oaks<br>St Simons Island, GA 31522-2489 | Phone: 912-638-8384 | Employment obligations | | 594,813 |
| Imperial Credit Corporation<br>101 Hudson Street<br>Jersey City, NJ 07302 | Contact: Dawn Nelson<br>Phone: 804-525-2023<br>Fax: 804-525-2021 | Trade debt | | 323,710 |
| Georgia Power<br>241 Ralph McGill Blvd., B-10180<br>Atlanta, GA 30308 | Contact: Shirley Douglas<br>Phone: 912-634-5011 | Trade debt | | 293,640 |
| William R. Graham<br>172 Merion<br>St Simons Island, GA 31522-2415 | Phone: 912-638-8075 | Employment obligations | | 168,376 |
| Merry T. Tipton<br>126 St Clair Dr.<br>St Simons Island, GA 31522-1035 | Phone: 912-996-2911 | Employment obligations | | 137,917 |
| Joyce McNeely<br>102 Cascades<br>St Simons Island, GA 31522-2463 | Phone: 912-638-2760 | Employment obligations | | 137,071 |
| Clifford Owens, Jr.<br>500 Inverness Ct<br>St Simons Island, GA 31522-1023 | Phone: 912-258-3695 | Employment obligations | | 129,198 |
| Bill Edenfield<br>236 Devonwood<br>St Simons Island, GA 31522-1901 | Phone: 912-634-0144 | Employment obligations | | 124,977 |
| Institution Food House Inc<br>2801 Alex Lee Blvd.<br>Florence, SC 29506 | Phone: 800-800-8534<br>Fax: 828-323-4435 | Trade debt | | 110,933 |
| Nancy Butler<br>105 Dudley Lane<br>St Simons Island, GA 31522-2268 | Phone: 912-638-2039 | Employment obligations | | 95,836 |
| Bill Miller<br>110 Temple Terrace<br>Woodbine , GA 31569 | Phone: 912-576-5048 | Employment obligations | | 71,412 |
| Barbara Ann Johns<br>Rt 3 Box 485 P<br>Hortense, GA 31543 | Phone: 912-778-6086 | Employment obligations | | 63,262 |
| Glynn Landscaping<br>1955 Coast Street<br>Brunswick, GA 31520 | Contact: Scott Sullivan<br>Phone: 912-213-1406 | Trade debt | | 56,840 |
| Carl Patrick Talley<br>105 Meadowbrook<br>St Simons Island, GA 31522 | Phone: 912-638-8664 | Employment obligations | | 56,608 |
| John Deere Credit<br>6400 NW 86th St. #6600<br>Johnston, IA 50131-6600 | Phone: 888-777-2560<br>Fax: 888-777-2561 | Trade debt | | 55,880 |
| Network Services Plus Inc.<br>5080 Old Ellis Pointe<br>Roswell, GA 30076 | Phone: 770-752-0900 | Trade debt | | 52,525 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| Barry's Beach Service Inc.<br>4225 4th Street East Beach<br>St Simons Island, GA 31522 | Contact: Barry Hannah<br>Phone: 912-638-8053 | Trade debt | | 49,265 |
| Lesco/John Deere Landscapes<br>24110 Network Place<br>Chicago, IL 60673-1241 | Phone: 800-321-5325<br>Fax: 440-783-3923 | Trade debt | | 44,703 |
| Bernd Lembcke<br>254 Murray Rd<br>West Palm Beach, FL 33405-3356 | Phone: 561-832-2600 | Employment obligations | | 43,486 |

**REMAINDER OF PAGE IS BLANK**

# DECLARATION REGARDING
# LIST OF 30 LARGEST UNSECURED CREDITORS ON A CONSOLIDATED BASIS

      I, the President and Chief Operating Officer of Sea Island Company, debtor and debtor in possession, and the parent corporation of each of the subsidiary debtors and debtors in possession, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Dated: August 10, 2010                      /s/ David Bansmer
                                                             Name: David Bansmer
                                                             Title: President and Chief Operating Officer


*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.