### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **SEA ISLAND COMPANY,** | ) | **Case No. 10-_____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Following is a list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

## Holders of Series A Common Stock (cusip 81140A983)

| Holder | Shares | Address | City | State | Zip |
|---|---|---|---|---|---|
| Betty Macdonald Jones | 31,908 | P. O. Box 30351 | Sea Island | GA | 31561 |
| Ann Jones Gregg | 161,182 | P. O. Box 30476 | Sea Island | GA | 31561 |
| Jameson Lewis Gregg | 18,000 | 443 River Drive | Dahlonega | GA | 30533 |
| Katharine Jones Gregg | 3,191 | 6179 Ellis Avenue South | Seattle | WA | 98108 |
| Jameson Lewis Gregg, Jr. | 3,191 | 2227 Oakgrove Circle | Valdosta | GA | 31602 |
| Anna Claire Gregg | 3,191 | P. O. Box 30476 | Sea Island | GA | 31561 |
| Alfred W. Jones III | 50,705 | P. O. Box 30351 | Sea Island | GA | 31561 |
| Sarah Hopper Jones | 14,374 | P. O. Box 30351 | Sea Island | GA | 31561 |
| James Macdonald Jones | 178,724 | P. O. Box 30351 | Sea Island | GA | 31561 |
| The Gregg Children's Irrevocable Trust | 21,200 | P. O. Box 30476 | Sea Island | GA | 31561 |
| Katharine Jones Gregg GST Trust u/w Alfred W. Jones, Jr. | 1,501 | 6179 Ellis Avenue South | Seattle | WA | 98108 |
| Jameson L. Gregg, Jr. GST Trust u/w Alfred W. Jones, Jr. | 1,501 | 2227 Oakgrove Circle | Valdosta | GA | 31602 |
| Anna Claire Gregg GST Trust u/w Alfred W. Jones, Jr. | 1,501 | P. O. Box 30476 | Sea Island | GA | 31561 |
| Betty Macdonald Jones QTIP A | 9,368 | P. O. Box 30351 | Sea Island | GA | 31561 |
| Betty Macdonald Jones QTIP B | 176,100 | P. O. Box 30351 | Sea Island | GA | 31561 |
| Marianna Jones Kuntz | 78,152 | 224 Gator Road | St. Simons Island | GA | 31522 |
| David Lee Kuntz | 79,251 | 224 Gator Road | St. Simons Island | GA | 31522 |
| David Lee Kuntz, Jr. | 96,980 | 1511 Baden Powell Road | Hawthorne | FL | 32640 |
| Janice Sample Kuntz | 2,000 | 1511 Baden Powell Road | Hawthorne | FL | 32640 |

| Holder | Shares | Address | City | State | Zip |
|---|---|---|---|---|---|
| Rachel Diane Kuntz | 2,774 | 1313 Harrington Court | Lexington | KY | 40511 |
| David Lee Kuntz III | 2,774 | 1511 Baden Powell Road | Hawthorne | FL | 32640 |
| Katharine Kuntz Revels | 126,353 | 322 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Katharine Kuntz Revels 2005 Generation-Skipping | 9,043 | 322 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Katharine Lee Revels | 1,986 | 322 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Gordon Ray Revels, II, custodian for Gordon Ray Revels III, a minor under the laws of Georgia | 1,986 | 322 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Charles Edward Kuntz | 148,174 | 3328 Studstill Road | Quitman | GA | 31643 |
| Judith K. Byrne Living Trust | 142,040 | P.O. Box 895160 | Leesburg | FL | 34789 |
| Robert Joseph Byrne | 10,000 | P.O. Box 895160 | Leesburg | FL | 34789 |
| Katharine Jones O'Connor | 68,708 | P.O. Box 30930 | Sea Island | GA | 31561 |
| Paul F. O'Connor | 16,630 | P.O. Box 30930 | Sea Island | GA | 31561 |
| Katharine O'Connor Giery | 115,763 | 328 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Katharine O. Giery 2005 Generation-Skipping | 8,413 | 328 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Richard Vincent Giery | 19,832 | 328 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Katharine Lehtila Giery | 6,698 | 328 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Richard Vincent Giery, custodian for Michael Gerard Giery, a minor under the laws of Georgia | 6,698 | 328 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Marianna T. Menkol Living Trust | 159,665 | N. 9894 Haynes Road | Trego | WI | 54888 |
| Marianna T. Menkol 2005 Generation-Skipping | 11,439 | N. 9894 Haynes Road | Trego | WI | 54888 |
| Joseph T. Menkol, custodian for William Francis Menkol, a minor under the laws of Wisconsin | 6,648 | N. 9894 Haynes Road | Trego | WI | 54888 |
| Joseph T. Menkol, custodian for James Joseph Menkol, a minor under the laws of Wisconsin | 6,648 | N. 9894 Haynes Road | Trego | WI | 54888 |
| Elizabeth Anne O'Connor Milligan | 115,713 | 423 Mimosa | St. Simons Island | GA | 31522 |
| Sarah O'Connor Steenrod | 150,736 | 3422 Glenview Drive | Louisville | KY | 40222 |
| Sarah O. Steenrod 2005 Generation-Skipping | 10,803 | 3422 Glenview Drive | Louisville | KY | 40222 |
| R. Wright Steenrod, custodian for John Humphrey Steenrod, a minor under the laws of Kentucky | 5,326 | 3422 Glenview Drive | Louisville | KY | 40222 |
| R. Wright Steenrod, custodian for Isobel Jones Steenrod, a minor under the laws of Kentucky | 5,326 | 3422 Glenview Drive | Louisville | KY | 40222 |

| Holder | Shares | Address | City | State | Zip |
|---|---|---|---|---|---|
| R. Wright Steenrod, custodian for Eliza Houk Steenrod, a minor under the laws of Kentucky | 5,326 | 3422 Glenview Drive | Louisville | KY | 40222 |
| Katharine O. Giery, Trustee of the Eliza Houk Steenrod 2006 Irrevocable Trust | 236 | 328 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Katharine O. Giery, Trustee of the John Humphrey Steenrod 2006 Irrevocable Trust | 236 | 328 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Katharine O. Giery, Trustee of the Isobel Jones Steenrod 2006 Irrevocable Trust | 236 | 328 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Janice K Jones QTIP B | 160,496 | P.O. Box 30351 | Sea Island | GA | 31561 |
| Janice K Jones QTIP A | 8,837 | P.O. Box 30351 | Sea Island | GA | 31561 |
| Janice K Jones Unified Credit Shelter Trust | 3,788 | P.O. Box 30351 | Sea Island | GA | 31561 |
| Margaret Ann Jones Irrevocable Lifetime Trust | 154,968 | P.O. Box 30351 | Sea Island | GA | 31561 |
| Margaret Ann Jones 2005 Generation-Skipping | 11,576 | P.O. Box 30351 | Sea Island | GA | 31561 |
| The Cranford Children's Irrevocable Trust | 8,672 | 334 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Melanie Jones Cranford | 123,324 | 334 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Melanie Jones Cranford 2005 Generation-Skipping | 8,927 | 334 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Douglas Wayne Cranford | 12,890 | 334 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Douglas Wayne Cranford, custodian for Kelly Elizabeth Cranford, a minor under the laws of Georgia | 1,136 | 334 Cedar Bank Road | St. Simons Island | GA | 31522 |
| Douglas Wayne Cranford, custodian for Howard Jay Cranford, a minor under the laws of Georgia | 1,136 | 334 Cedar Bank Road | St. Simons Island | GA | 31522 |

## Holders Series B Common Stock (CUSIP MA1086044)

| Holder | Shares | Address | City | State | Zip |
|---|---|---|---|---|---|
| Sea Island Company Mgt Trust | 10,000 | 100 Salt Marsh Lane | St. Simons Island | GA | 31522 |

I, the President and Chief Operating Officer of the corporation named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Executed on August 10, 2010, at Brunswick, Georgia.

/s/ David Bansmer
David Bansmer
President and Chief Operating Officer
of Sea Island Company