**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Brunswick, Georgia
By cking at 10:53 am, Sep 07, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEA ISLAND COMPANY, | ) | Case No. 10-21034-JSD |
| SEA ISLAND COASTAL PROPERTIES LLC, | ) | Case No. 10-21035-JSD |
| SEA ISLAND SERVICES, INC., | ) | Case No. 10-21036-JSD |
| SEA ISLAND RESORT RESIDENCES, LLC, | ) | Case No. 10-21037-JSD |
| SEA ISLAND APPAREL, LLC, | ) | Case No. 10-21038-JSD |
| FIRST SEA ISLAND, LLC, | ) | Case No. 10-21039-JSD |
| and SICAL, LLC, | ) | Case No. 10-21040-JSD |
| | ) | |
| Debtors. | ) | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

This matter is before the Court on the Motion for an Order Directing Joint Administration of Chapter 11 Cases (the "Motion") of Sea Island Company; Sea Island Coastal Properties LLC; Sea Island Services, Inc.; Sea Island Resort Residences, LLC; Sea Island Apparel, LLC; First Sea Island, LLC; and SICAL, LLC (collectively, the "Debtors"). All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

The Court has considered the Motion, the *Declaration of David Bansmer in Support of First Day Motions and Applications*, and the matters reflected in the record of the hearing held on the Motion. It appears that the Court has jurisdiction over this proceeding; that this is a core proceeding; that notice of the Motion has been given to the Office of the United States Trustee, counsel for the Debtors' pre-petition secured lenders, and the Debtors' thirty (30) largest unsecured creditors on a consolidated basis; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtors, their estates, and their creditors; and that good and sufficient cause exists for such relief.

Accordingly, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **SEA ISLAND COMPANY,** *et al.*, | ) | **Case No. 10-** 21034-JSD |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |

5. A notation substantially similar to the following notation be entered on the docket of each of the Debtors' cases to reflect the joint administration of these cases:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Sea Island Company; Sea Island Coastal Properties LLC; Sea Island Services, Inc.; Sea Island Resort Residences, LLC; Sea Island Apparel, LLC; First Sea Island, LLC; and SICAL, LLC. The docket for Sea Island Company, Case No. 10-21034 ( ), should be consulted for all matters affecting this case.

6. The Debtors shall be permitted to file their monthly operating reports required by the United States Trustee Operating Guidelines on a consolidated basis.

7. Counsel to the Debtors is directed to serve a copy of this Order on all parties on the Master Service List within three (3) days of the entry of this Order and to file a certificate of service with the Clerk of the Court.

**SO ORDERED**, this 1st day of September 2010.
Brunswick, Georgia

_____
UNITED STATES BANKRUPTCY JUDGE

Prepared and presented by:

KING & SPALDING LLP
Sarah R. Borders
Georgia Bar No. 610649
sborders@kslaw.com
Harris Winsberg
Georgia Bar No. 770892
hwinsberg@kslaw.com
Sarah L. Taub
Georgia Bar No. 556919
staub@kslaw.com
Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5128

and

GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.
M. F. Martin, III
Georgia Bar No. 473500
mfmartin@gilbertharrelllaw.com
Robert M. Cunningham
Georgia Bar No. 202228
rcunningham@gilbertharrelllaw.com
777 Gloucester Street, Suite 200
P.O. Box 190
Brunswick, Georgia 31521-0190
Telephone:    (912) 265-6700
Facsimile:    (912) 264-3917

PROPOSED COUNSEL FOR THE
DEBTORS-IN-POSSESSION