UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEA ISLAND COMPANY, | § | Case Number 10-21034 |
| SEA ISLAND COASTAL PROPERTIES, LLC, | § | Case Number 10-21035 |
| SEA ISLAND SERVICES, INC., | § | Case Number 10-21036 |
| SEA ISLAND RESORT RESIDENCES, LLC, | § | Case Number 10-21037 |
| SEA ISLAND APPAREL, LLC | § | Case Number 10-21038 |
| FIRST SEA ISLAND, LLC, | § | Case Number 10-21039 |
| and SICAL, LLC, | § | Case Number 10-21040 |
| | § | |
| Debtors. | § | |

**ADOPTION OF OBJECTION OF GORDON MORTIN, MALINDA MORTIN, AND ROBERT STOLZ TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363, 365, 1123 AND 1129 (A) AUTHORIZING AND SCHEDULING AN AUCTION AT WHICH DEBTORS WILL SOLICIT THE HIGHEST OR BEST BID FOR THE SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, (B) APPROVING PROCEDURES RELATED TO CONDUCT OF AUCTION, (C) APPROVING BREAK-UP FEE, (D) FIXING THE MANNER AND EXTENT OF NOTICE, AND (E) GRANTING RELATED RELIEF**

COME NOW Robert W. Lawson, Jr., John R. Westmoreland, Joseph Schimizzi, John Hallman, J. Dan Lott, Andrew Been, Ismael S. Osta, Nick Ragland, Jr., Albert. N. Parker, Wayne Hunter, John Saxon, Thomas Lawhorne, Susan Lawhorne, David MacFarlane, C. Thomas Hopkins, M.D., Don Barnette, Phillip A. Lloyd, McDowell Properties LLC, Bobby Mitchell, Marsh B. King, Colleen Hagerty, William J. Hagerty, M.D., Ronald Turner, M.D., and Lance Toland, all members of the Sea Island Club, and hereby adopt the objection of Gordon Mortin (inadvertently misspelled in original objection), Malinda Mortin, and Robert Stolz to Debtor's Motion for Entry of An Order Pursuant to 11 U.S.C. §§ 105, 363, 365, 1123 and 1129 (A) Authorizing and Scheduling an Auction at Which Debtors Will Solicit the Highest or Best

Bid for the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures Related to Conduct of Auction, (C) Approving Break-up Fee, (D) Fixing the Manner and Extent of Notice, and (E) Granting Related Relief [Docket No. 24].

Respectfully submitted, this 9th day of September, 2010.

BRENNAN AND WASDEN, LLP

_/s/ William E. Dillard_____
WILEY A. WASDEN, III
Georgia Bar No. 738750
WILLIAM E. DILLARD
Georgia Bar No. 222030

Attorneys for Movants

P.O. Box 8047
Savannah, Georgia  31412
(912) 232-6700