**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **SEA ISLAND COMPANY,** *et al.*, | ) | **Case No. 10-21034** |
| | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Judge John S. Dalis** |
| | ) | |

## NOTICE OF FILING OF SCHEDULE 3.17 TO THE ASSET PURCHASE AGREEMENT

Sea Island Company; Sea Island Coastal Properties LLC; Sea Island Services,

Inc.; Sea Island Resort Residences, LLC; Sea Island Apparel, LLC; First Sea Island, LLC; and

SICAL, LLC (collectively, the "Debtors") hereby file Schedule 3.17 to the Asset Purchase

Agreement by and among Sea Island Acquisition LP, Sea Island Company, Sea Island Coastal

Properties LLC, Sea Island Resort Residences, LLC, First Sea Island, LLC, Sea Island

Apparel, LLC and Sea Island Services, Inc. dated as of October 19, 2010 attached hereto as

Exhibit A.

Dated:  October 20, 2010
       Brunswick, Georgia

Respectfully submitted,

GILBERT, HARRELL, SUMERFORD &
MARTIN, P.C.

/s/ Robert M. Cunningham
M. F. Martin, III
Georgia Bar No. 473500
mfmartin@gilbertharrelllaw.com
Robert M. Cunningham
Georgia Bar No. 202228
rcunningham@gilbertharrelllaw.com
777 Gloucester Street, Suite 200
P.O. Box 190
Brunswick, Georgia 31521-0190
Telephone:      (912) 265-6700
Facsimile:      (912) 264-3917

and

KING & SPALDING LLP
Sarah R. Borders
Georgia Bar No. 610649
sborders@kslaw.com
Harris Winsberg
Georgia Bar No. 770892
hwinsberg@kslaw.com
Sarah L. Taub
Georgia Bar No. 556919
staub@kslaw.com
Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:      (404) 572-4600
Facsimile:      (404) 572-5128

COUNSEL FOR THE
DEBTORS-IN-POSSESSION

**<u>EXHIBIT A</u>**

**Exhibit G**

# Sea Island Club

## MEMBERSHIP PROGRAM

*October 1, 2000*

TABLE OF CONTENTS

MEMBERSHIP PROGRAM

## I. MEMBERSHIP OPPORTUNITY AND CLUB FACILITIES

A. Membership Opportunity ...........................................................................4
B. Founding Members ..................................................................................4
C. Club Facilities .......................................................................................4
D. Access to Club Facilities .........................................................................4

## II. MEMBERSHIP PRIVILEGES

A. Memberships Offered ..............................................................................4
B. Membership Availability ..........................................................................4
C. Membership Use Privileges ......................................................................4
D. Membership Categories ...........................................................................4
E. Affirmation of Offering ..........................................................................5
F. Acknowledgment of Membership Rights .....................................................5
G. Membership Held by an Entity .................................................................5
H. Transfer of Memberships .........................................................................5
   1. Transfer of Memberships Generally .......................................................6
   2. Qualified Residential Property ............................................................6
I. Resignation of Memberships ......................................................................6
J. Privileges of Family Members ...................................................................7

## III. MEMBERSHIP ELIGIBILITY

A. Eligibility for Club Memberships ..............................................................7
B. Application Procedure .............................................................................7
C. Membership Director Available to Answer Inquiries .....................................7

## IV. CLUB DEPOSITS AND CHARGES

A. Membership Deposit ...............................................................................8
B. Return of Membership Deposit .................................................................8
C. Tax Consequence of Purchasing a Membership ............................................9
D. Dues and Other Charges .........................................................................9
E. Divorce ...............................................................................................9
F. No Assessments Against Members .............................................................9

## V. RENTAL PRIVILEGES

A. Rental Privileges ...................................................................................10

## VI. OTHER MEMBERSHIPS AND USE PRIVILEGES

A. Executive Memberships ...........................................................................10
   1. Availability to Age 40 ......................................................................10
   2. Executive Membership Privileges .........................................................10
B. Legacy Memberships ..............................................................................10
C. Retreat Memberships .............................................................................10
D. Inactive Status .....................................................................................11
   1. Inactive Status ...............................................................................11
   2. Selection and Duration of Inactive Status .............................................11
   3. Dues During Inactive Status ..............................................................11

E. Other Memberships....................................................................................................11
F. Use of Club Facilities by The Cloister Hotel Resort Guests ........................................11
G. Promotional Use of The Club ...................................................................................11

## VII. CLUB OPERATIONS

A. Control and Operation of Club Facilities ...................................................................12
B. Advisory Board .........................................................................................................12

# RULES AND REGULATIONS

## I. REGULATIONS

A. Eligibility for Membership..........................................................................................13
B. Membership Use Privileges.........................................................................................13
C. Membership Deposit, Dues and Charges....................................................................14
D. Membership Cards and Decals ..................................................................................14
E. Guests.......................................................................................................................15
F. Preferred Pricing.......................................................................................................16
G. Attire ........................................................................................................................16
H. Loss or Destruction of Property and Instances of Personal Injury...............................16
I. Terms for Suspension and Termination of Membership ...............................................16
J. Discipline ..................................................................................................................17
K. Gratuities..................................................................................................................17
L. Mailing Address.........................................................................................................17
M. Membership Correspondence ....................................................................................17

## II. RULES

A. General Rules ...........................................................................................................18
B. Food and Beverage Rules ..........................................................................................19
C. Pool and Beach Rules ...............................................................................................19
D. Spa Rules ..................................................................................................................19
E. Tennis Rules...............................................................................................................20
   1. Tennis Play..............................................................................................................20
   2. Tennis Etiquette.......................................................................................................20
F. Golf Rules .................................................................................................................20
   1. General Guidelines...................................................................................................20
   2. Inclement Weather...................................................................................................21
   3. Starting Times..........................................................................................................21
   4. Golf Cart Rules........................................................................................................21
   5. Handicaps................................................................................................................22
   6. Caddies ...................................................................................................................22
   7. Golf Course Etiquette ..............................................................................................22

MEMBERSHIP PROGRAM

# I. MEMBERSHIP OPPORTUNITY AND CLUB FACILITIES

### A. Membership Opportunity

This Membership Program offers an opportunity to become a Sea Island Club Member, in a dues category to be described herein. Sea Island Club is a private club ("The Club") located on Sea Island and St. Simons Island, Georgia offering golf, tennis, waterfront activities, a beach club, an equestrian center, a shooting school, dining and social facilities. The Club Facilities are owned by Sea Island Company and The Club is managed by Sea Island Company ("The Owner").

The dues categories and privileges of Membership are described in this Program and in the Membership Rules and Regulations.

### B. Founding Members

Members who joined during the Initial Offering Period, April 2 through July 31, 1998 are hereby designated as Founding Members.

### C. Club Facilities

The facilities available to Members of The Club ("Club Facilities") are located at The Cloister, the Sea Island Beach Club and Spa, the Sea Island Shooting School, the Sea Island Stables and the Sea Island Golf Club, including those facilities associated with Retreat Course, including the course, tennis center, pool and clubhouse.

### D. Access to Club Facilities

The Club Facilities are available for use by Members of The Club, their guests and resort guests (temporary members). Access to certain Club Facilities by certain categories of Membership may be restricted. Access of Members to Club Facilities, including the Sea Island beach through The Club's Facilities, constitutes a revocable license only.

# II. MEMBERSHIP PRIVILEGES

### A. Memberships Offered

The Club is offering a limited number of Memberships.

### B. Membership Availability

The Club reserves the right to increase or decrease the number of Memberships, to suspend offering Memberships, and to undertake new Membership offerings, at any time it deems appropriate at its sole and absolute discretion.

### C. Membership Use Privileges

All Membership privileges will be subject to this Membership Program, the Rules and Regulations and the Application for Membership, as each may be amended by The Club from time to time. Each Member will select an annual dues category which shall cover the Member, the spouse and dependent children 25 and under and shall be, as a minimum, annual inactive dues for each Membership purchased. Upon payment of appropriate dues, Members may choose to select additional Membership privileges called "Full," "Golf," "Beach/Sports" or "Social" as the same are described and attached hereto. Certain categories of Membership may be offered separate and distinct Membership privileges.

4

The Membership Use Privileges offered may be modified by The Club from time to time to match changing Membership needs and desires and to accommodate additional Club Facilities or Club services.

### D. Membership Categories

The Club shall have the right to discontinue offering any categories or classes of Membership and to create additional categories or classes of Membership from time to time, conferring such rights and privileges and imposing such obligations as it deems appropriate, and to prescribe the qualifications and requirements for Membership in any such class or category.

### E. Affirmation of Offering

If approved for Membership in The Club, the applicant agrees to be bound by the terms and conditions of this Membership Program and irrevocably agrees fully to substitute the Membership privileges acquired pursuant to this Membership Program and the Rules and Regulations, as amended from time to time, for any present or prior rights in or to use the Club Facilities, if any. All privileges and rights of Membership and use of the Club Facilities shall be limited as set forth in this Membership Program, The Club Rules and Regulations and the Application for Membership, as amended from time to time.

### F. Acknowledgment of Membership Rights

Membership is not an investment in The Club nor does it provide an equity or ownership interest in the Club Facilities which are owned solely by The Owner. Membership does not confer upon any Member a vested or prescriptive right or easement to use the Club Facilities nor an easement to Sea Island beach. The Member is acquiring a revocable license to use the Club Facilities. Members will not be responsible for the costs and expenses of owning or operating the Club Facilities but are required to pay dues and applicable fees. The Owner reserves the right, at its sole and absolute discretion, to reserve Memberships for future purchasers of property in communities designated by The Owner from time to time, to discontinue operation of any or all of the Club Facilities, to sell or otherwise dispose of the Club Facilities in any manner whatsoever and to any person whomsoever, to terminate any or all types of Membership, and to make any other changes in the terms and conditions of Membership or the Club Facilities available for use by Members. In the event of a termination of Membership for such reasons, the Membership Deposit will be refunded as further addressed herein.

### G. Membership Held by an Entity

Membership may be held in the name of a partnership, company, trust or other legal entity (an "Entity"). An Entity for purposes of this paragraph shall include both a commercial, for-profit entity and a non-commercial, not-for-profit entity and is intended to include entities created to hold family interests. The Membership will be issued in the name of the Entity.

The Entity must designate one individual (the "Designated User") who will have the right to apply for an appropriate dues category and to use the Club Facilities. Each individual who is a Designated User must submit an Application for Membership and must be approved by The Club. The Designated User will select an annual dues category which shall cover the Designated User, the spouse and dependent children 25 and under and shall be, as a minimum, annual Inactive status dues.

The Club reserves the right to establish from time to time the rules governing the designation of an individual as the Designated User of a Membership, including establishing a limit on the number of times a particular designation may be changed during a Membership year or during the term of the Membership. The Entity and the Designated User are jointly and severally liable for all amounts incurred with respect to the Membership, whenever incurred.

Upon approval by The Club and the Entity, one (and only one) Designated User of a Membership held by an Entity may be entitled to make a Membership available to the purchaser of his or her qualified residential property in a Sea Island Company development, to the purchaser of the Entity's qualified residential property in a Sea Island development, or to the Designated User's spouse or adult child as set forth in paragraph II.H. ("Transfer of Memberships") of the Membership Program.

The Entity may change the Designated User from time to time upon payment of the difference, if any,

between the amount of the Entity's original deposit (plus any credit) and the then prevailing Deposit amount. Upon payment of said amount, a new Membership period of thirty (30) years shall commence. The Membership will continue as provided in this Membership Program until the Membership is transferred or otherwise terminated.

Upon the death of a Designated User, if the Entity transfers the membership to the Spouse of the deceased Designated User, no additional membership deposit will be required.

## H. Transfer of Memberships

Transfer of Memberships are governed by the following and by the Rules and Regulations and the Application for Membership.

### 1. Transfer of Memberships Generally

Members who are permitted to sell or otherwise transfer their Membership may do so only through The Club.

A Member who owns qualified residential property in a Sea Island Company development has the option to resign his/her Membership and arrange through The Club for the buyer of his/her residential property to have preferred eligibility to apply for, and if approved for Membership, to acquire a Membership, irrespective of any waiting pool. The new Member will pay the then prevailing Membership Deposit. The resigning Member will receive a refund of their Membership Deposit, including any credit received, without interest, only when the closing is final and proof of closing satisfactory to The Club has been provided. In the event the closing does not occur or the Membership is not resigned within ten (10) days of closing, the Member will be entitled to resign in accordance with the procedures provided in paragraph II.I. ("Resignation of Memberships") of the Membership Program. In all cases, the difference between the amount paid by the new Member and the amount refunded to the resigning Member will be retained by The Club.

Members who sell their qualified residential property in a Sea Island Company development are required to resign their Membership in The Club only if they wish to offer the buyer of their property preferred eligibility to acquire Membership. Memberships purchased by persons who do not own qualified residential property in a Sea Island Company development who later purchase qualified residential property will then have the right of transferability.

A Member, except as otherwise restricted, may transfer Membership to his/her parent or adult child. The Membership will be transferred upon receipt of written notice, upon a Deposit Membership application properly completed by the Member's parent or adult child; upon approval by The Club; and upon payment to The Club of the difference, if any, between the amount of the Member's original deposit (plus any credit) and the then prevailing Deposit amount. The Member will execute an Assignment of Sea Island Club Membership form relinquishing all of their rights to the Member's Sea Island Club Membership. The parent or child thereafter will have all the privileges of Membership; will be responsible for all dues, fees and charges incurred at The Club; and a new Membership period of thirty (30) years shall commence. The Membership will continue as provided in this Membership Program until the Membership is transferred or otherwise terminated.

### 2. Qualified Residential Property

Qualified Residential Property in a Sea Island Company development shall include all developed and undeveloped real property in a Sea Island Company development. The Club reserves the right, from time to time, to designate other residential properties and/or the owners thereof as Qualified for rights accorded under paragraph II.H. ("Transfer of Memberships") of the Membership Program.

## I. Resignation of Memberships

A Member may request resignation from The Club by delivering a written request for resignation to The Club. In the event a Member resigns from The Club and the Membership is not being transferred to the purchaser of a qualified residence in a Sea Island Company development or to the Member's parent or child, the resigned Membership will be offered for resale, on the basis of first-resigned, first-resold. As long as The Club has Memberships available for initial sale, every fifth Membership sold by The Club will be a resigned Membership,

if a resigned Membership is available for resale at such time. If The Club no longer has Memberships available for initial sale, Memberships will be sold on the basis of first-resigned, first-resold. There will be separate resignation lists maintained for Legacy, Executive and Retreat Memberships.

The amount to be repaid to a resigning Member upon resignation (whether deposit, deposit plus credit, or down payment plus principal) is described and defined in the Conditions of Member's Application for Membership. All amounts due to The Club which remain unpaid on the date of repayment of the Membership Deposit will be deducted from the Membership Deposit. No amounts due will be issued until all membership cards have been returned.

A resigning Member will not have use of the Club Facilities after submitting a request for resignation. A resigning Member will be required to pay dues until the end of the Membership year during which the Membership is resigned. Dues are non-refundable.

### J. Privileges of Family Members

Membership entitles members of the immediate family of the Member to use the Club Facilities in accordance with the Member's dues category. A Member's immediate family will include the Member's spouse and the unmarried children of each spouse twenty-five (25) years of age and under living at the Member's home or attending school on a full-time basis.

A Member is permitted to have guests use those Club Facilities to which the Member is entitled in accordance with all guest Rules and Regulations.

## III. MEMBERSHIP ELIGIBILITY

### A. Eligibility for Club Memberships

Club Memberships will be available to individuals, spouses, children and entities approved for membership who make a non-interest bearing refundable deposit (the "Membership Deposit") to The Club. The number of Club Memberships is limited and eligibility for membership is subject to availability. All Membership Applications must be reviewed by The Club. The Club will make the final determination whether to approve or disapprove an application.

### B. Application Procedure

Persons who desire to acquire a Membership to use The Club will be required to pay a Membership Deposit to The Club. The Membership Deposit will be repayable by The Club thirty (30) years from the date that the Membership is issued by The Club to the Member (or earlier, as specifically set forth in this Membership Program). The Club's obligation to repay the Membership Deposit to the Member will be set forth on the Membership Application.

Membership Applications are available at the Membership Office. Applicants must deliver or mail the completed Membership Application and a check made payable to Sea Island Company for the amount of the Membership Deposit to the Membership Director at The Club.

Completed Membership Applications will be reviewed and acted upon at the sole and absolute discretion of The Club. If the applicant is accepted, The Club will send the applicant notification of acceptance and the applicant will contact The Club Member Services office to obtain a membership card. The applicant will not be entitled to use the Club Facilities as a Member or enjoy any of the privileges of Membership until notification of acceptance from The Club. An applicant whose application is not acted upon favorably by The Club will have any payment made to The Club returned without interest thereon.

### C. Membership Director Available to Answer Inquiries

Questions concerning The Club Membership Program should be addressed to the Membership Director who is located at the Membership Office in the Administration East Building on St. Simons Island. The telephone number is (912) 634-3247. The facsimile (fax) number is (912) 634-3245. The e-mail address is seaislandclub@seaisland.com.

7

# IV. CLUB DEPOSITS AND CHARGES

### A. Membership Deposit

A Membership applicant will pay a Membership Deposit in an amount and manner determined, from time to time, by The Club at its sole and absolute discretion. The Membership Deposit will be payable in the manner set forth in the Membership Application. The Membership Application evidences the obligation of The Club to repay Membership Deposits in full, without interest, thirty (30) years from the date of issuance by The Club to the original Member (or earlier, as specifically provided in this Membership Program). Membership Deposits are not transferable, except to the Member's parent, adult child or surviving spouse, and are refundable only in accordance with this Membership Program, the Rules and Regulations and the Application for Membership. All Membership Deposits shall be the property of The Club and may be used in any manner whatsoever at its sole discretion.

At the end of the thirty (30) year period for any Membership, if the Member elects to retain his/her Membership, the Member will be allowed to rollover or continue the Membership for an additional thirty (30) year period by maintaining the existing Deposit with The Club.

### B. Return of Membership Deposit

The Membership Deposit will be repayable by The Club thirty (30) years after the date the Membership is issued by The Club, or earlier if one of the following events occurs before the end of this thirty-year period:

(i)    death of the Member and the surviving spouse desires to terminate Membership privileges,

(ii)   death of both the Member and the Member's spouse and the surviving children elect not to designate one adult child as the successor Member,

(iii)  sale, conveyance or other transfer of all or substantially all of the Club Facilities and the buyer elects to terminate the Membership Program, at the buyer's sole and absolute discretion,

(iv)   discontinuance of operation of all or substantially all of the Club Facilities, or

(v)    resignation by the Member and resale of the Membership to a new Member as provided in the sections entitled "Transfer of Memberships" (paragraph II.H.) and "Resignation of Memberships," (paragraph II.I.) or as provided in the Member's Application for Membership.

Upon the occurrence of an event described in subsections (i), (ii), (iii), and (iv) the Membership Deposit, including any credit received, without interest, will be returned within thirty (30) days of receipt of written notice of such an event and the Membership will terminate. All amounts due to The Club which remain unpaid on the date of repayment of the Membership Deposit will be deducted from the Membership Deposit. Upon the resignation by the Member, as set forth in paragraph II.I. above, the Membership Deposit, including any credit received, without interest, will be returned when the Membership has been reissued by The Club to a new Member. The obligation to repay the Membership Deposit shall be limited solely to The Club or any subsequent owner of the Club Facilities.

Upon the death of a Member, the Membership will be transferred to the Member's surviving spouse. In the event there is no surviving spouse (and the surviving children, if any, elect not to designate one adult child as the successor Member) or the surviving spouse does not want to continue Membership privileges, the death of a Member shall terminate the Membership and the Membership Deposit will be refunded, without interest, less any amounts owed to The Club. The heir, successor or assign must provide to The Club copies of all documents necessary for The Club to verify the right of such heir, successor or assign to receive repayment of the Membership Deposit. In the event there is no surviving spouse and the surviving children elect to designate one adult child as the successor Member, The Club must receive written consent from all the children indicating which child is entitled to the Membership.

In the event of death and the surviving spouse elects to continue The Club Membership, no additional Membership Deposit will be required.  In the event of death and a surviving child elects to continue The Club Membership, the payment of the difference between the original Membership Deposit plus any credit and the then prevailing Membership Deposit amount will be required. Upon payment of said amount, a new Membership period of thirty (30) years shall commence.

Club Membership, the payment of the difference between the original Membership Deposit plus any

credit and the then prevailing membership Deposit amount will be required. Upon payment of said amount, a new Membership period of thirty (30) years shall commence.

In the event of the sale, conveyance or other transfer of all or substantially all of the Club Facilities and the buyer elects not to terminate the Membership Program, the buyer will acquire the Club Facilities subject to the Membership Program.

The Club's obligation to repay Membership Deposits in thirty (30) years may be changed at any time for unsold Memberships. This change will not affect the Membership rights of persons who have acquired Memberships in The Club prior to the time the change takes effect.

## C. Tax Consequences of Purchasing a Membership

Persons interested in acquiring a Membership should consult with their own tax advisor with respect to the tax consequences of payment and repayment of the Membership Deposit.

The Club makes no representations and expresses no opinions regarding the federal or state income tax consequences of Memberships in The Club, including the Member's right to receive the repayment of his Membership Deposit. All Members acquire their Memberships subject to the tax laws of the United States, the State of Georgia and such other states as may be applicable to The Club at the time of the Member's acceptance of his/her invitation to Membership and as such laws may exist from time to time.

## D. Dues and Other Charges

Each year The Club, at its discretion, will determine the amount of annual dues, charges and fees to be payable by Members. The payment of dues will not be abated for any reason including, without limitation, extended absences from the community or disability. Dues and fees are not refundable or prorated, except dues will be prorated in the case of the death of a Member or the transfer of Membership with sale of property where the Member transfers his right to the membership to the purchaser of property in a qualified Sea Island development, and the purchaser applies and is accepted as a Member of the Sea Island Club. If a purchaser of property in a qualified Sea Island development does not purchase the membership, dues are not prorated.

Each Member will be legally and financially responsible for his/her acts or omissions as well as those of the Member's immediate family, guests and lessees.

If a Membership is issued in the name of more than one person, each person will be jointly and severally liable for all dues, fees and other charges and liabilities associated with the Membership.

## E. Divorce

In the event of the divorce or separation of married Members, the Membership, including all of its rights, benefits and obligations, will vest in the spouse awarded the Membership by an agreement of separation or a decree of divorce. In the absence of an agreement of separation or decree of divorce awarding the Membership, the Membership will belong to the spouse named in an agreement between the spouses. In the absence of such an agreement, the Membership shall be treated as resigned. Any outstanding promissory note will be renewed in the name of the spouse awarded the Membership. Until the award of a jointly held Membership, both spouses will be jointly and severally liable for all dues and charges.

The Club will not become involved in disputes between separated or divorced spouses or involving the heirs of divorced Members, or in disputes over the ownership of Memberships. In the case of such disputes, The Club may (but will not be required to) at any time suspend all the privileges associated with the Membership in question until such disputes are resolved and The Club receives evidence satisfactory to it of the resolution of such disputes. All dues and charges must continue to be paid and failure to pay all dues and charges may result in termination of the Membership.

## F. No Assessments Against Members

Members will only pay Membership dues and other club charges established from time to time. Members will not be subject to any liability for capital or operating assessments for the costs and expenses of ownership or operation of The Club or the Club Facilities. The Club will pay all operating deficits incurred in the operation of the Club Facilities and will retain all operating profits resulting from operation of the Club Facilities.

9

## V. RENTAL PRIVILEGES

Members who own a dwelling on Sea Island, Georgia, or in Golf Retreat or Sea Island Lake Cottages on St. Simons Island, Georgia, may authorize a renter of their residential unit to apply for temporary Membership privileges in The Club for the term of the rental contract. The renter must be approved by The Club and must pay the required temporary Membership fees as may be established from time to time. No renter shall be entitled to use of the Beach Club unless the Member's dues category allows the Member use of the Beach Club. A renter of a residential unit is not to be considered a guest of a Member.

# VI. OTHER MEMBERSHIPS AND USE PRIVILEGES

## A. Executive Memberships

The Club recognizes that the Membership Deposit and annual dues may be more of a financial burden to those under forty (40) years of age who otherwise would be interested in Membership, therefore, The Club offers an Executive Membership.

### 1. Availability to Age 40

An Executive Membership is available only to those persons who are thirty-nine (39) years of age or younger. Upon an Executive Member's reaching his or her fortieth birthday, the Membership shall cease, subject to the privilege of conversion of the Executive Membership to a Deposit Membership as set forth in the Application for Membership. There are not a fixed number of Executive Memberships available and The Club may offer Executive Memberships at its discretion.

### 2. Executive Membership Privileges

The deposit of an Executive Member shall be one-half of the then prevailing Membership Deposit. An Executive Member may select any dues category (i.e., "Full," "Golf," "Beach/Sports" or "Social") and shall pay one-half the annual dues paid by a Deposit Member in that dues category.

Upon an Executive Member's reaching his or her fortieth birthday, the Membership shall cease, subject to the privilege of conversion of the Executive Membership to a Deposit Membership as set forth in the Application for Membership. The Executive Member will be required to pay the difference between the original Executive Membership Deposit amount and the then prevailing Membership Deposit amount at the time of conversion with the regular dues rates being applicable. Executive Membership Deposits shall be refundable under the same provisions as other Membership Deposits herein. An Executive Member may convert to a Deposit Member at any time prior to the age of forty (40). Executive Memberships are not transferable.

## B. Legacy Memberships

During the term of the Initial Offering Period (April 2, 1998 – July 31, 1998), Legacy Memberships were offered to individuals under the age of fifty (50) who were family members of persons who had user privileges at the Sea Island Beach Club and Sea Island Golf Club, including family members of Sea Island Cottage Club Members, provided that such persons became Deposit Members. Legacy Members paid one-half of the Membership Deposit amount and pay one-half the annual dues paid by a Deposit Member in that dues category.

Upon a Legacy Member's reaching his or her fiftieth birthday, the Membership shall cease, subject to the privilege of conversion of the Legacy Membership to a Deposit Membership as set forth in the Application for Membership. The Legacy Member will be required to pay the difference between the original Legacy Membership Deposit amount and the then prevailing Membership Deposit amount at the time of conversion with the regular dues rates being applicable. Legacy Membership Deposits shall be refundable under the same provisions as other Membership Deposits herein. A Legacy Member may convert to a Deposit Member at any time prior to the age of fifty (50).

No Legacy Membership shall be sustainable unless it is attached to and dependent upon a Deposit

Membership. At such time as the Deposit Membership shall cease to exist for any reason, the Legacy Membership shall be recalled by The Club and shall cease, subject to the privilege of conversion of the Legacy Membership to a Deposit Membership as set forth in the Application for Membership. Legacy Memberships are not transferable.

## C. Retreat Memberships

Facilities available to Retreat Members are located at The Cloister, the Sea Island Shooting School, the Sea Island Stables and the Sea Island Golf Club, including those facilities associated with Retreat Course, including the course, tennis center, pool and clubhouse.

A Retreat Membership does not provide an opportunity or privilege to use the Sea Island Beach Club and Spa or gain access to the Sea Island beach. A Retreat Member will select an annual dues category which shall cover the Member, the spouse and dependent children 25 and under and shall be, as a minimum, annual inactive status dues for each Membership purchased. Upon payment of appropriate dues, Retreat Members may choose to select additional Membership privileges called "Golf" or "Social" as the same are described and attached hereto. A Retreat Member may not choose Membership Privileges called "Full" or "Beach/Sports."

## D. Inactive Status

Any category of Membership may choose inactive Membership status subject to the following terms and conditions:

### 1. Inactive Status

While on inactive status, neither the Member, the Member's spouse nor the Member's dependent children shall be entitled to use any Club Facilities under the inactive status. Upon electing to become inactive, the Member shall deliver to the Club all Membership cards and further shall remove all Membership car decals.

### 2. Selection and Duration of Inactive Status

A Member may select to become inactive only at the beginning of a Club year, but may not elect to become active thereafter sooner than twelve (12) months from the date on which the Member elected to become inactive. That is, each inactive Membership shall be a minimum of twelve (12) months duration.

### 3. Dues During Inactive Status

During the period of an inactive status, dues shall be suspended. However, the Club may charge a maintenance fee for each inactive Membership at an amount to be determined by the Club which shall be less than annual dues for a Social Membership.

## E. Other Memberships

The Club will have the right to issue, from time to time, additional annual or seasonal Memberships at its sole and absolute discretion.

## F. Use of Club Facilities by The Cloister Hotel Resort Guests

The Club will permit the use of the Club Facilities by guests of The Cloister Hotel upon payment of fees as established from time to time.

## G. Promotional Use of The Club

The Club will have the right to designate other persons, without limitation, to use any or all of the Club Facilities upon such terms and conditions as may be determined from time to time by The Club. The Club reserves the right, at its sole and absolute discretion, to restrict or to otherwise reserve the Club Facilities for maintenance, renovation, tournament play and other special events from time to time.

VII. CLUB OPERATIONS

## A. Control and Operation of Club Facilities

The Owner or its employees or agents will manage and operate The Club and the Club Facilities.

## B. Advisory Board

The Club will establish an Advisory Board for The Club whose purpose includes fostering good relations between the Members and The Club, providing Member input on programs, plans and activities of The Club and advising on The Club's policies and rules and regulations. The Members serving on the Advisory Board will be selected periodically by The Club. This Advisory Board will have no duty or power to negotiate or otherwise act on behalf of The Club, its management or the Members of The Club and will serve only in an advisory capacity. Representatives of The Club will meet with the Advisory Board periodically to discuss the operation of the Club Facilities. The Club will have the final authority on all matters concerning the Club Facilities and the Members of The Club. The Club shall indemnify and hold the members of the Advisory Board harmless from any actions relating to their capacity on such Board.

# RULES & REGULATIONS

In order to maintain the exclusivity of The Club for a Membership accustomed to excellence, the following Rules and Regulations have been established for The Club. Such Rules and Regulations may be amended from time to time by The Club.

# REGULATIONS

### A. *Eligibility for Memberships*

Memberships will be available to persons approved for Membership who pay a Membership Deposit. Memberships are limited and are subject to availability. All Membership Applications must be approved by The Club.

### B. *Membership Use Privileges*

1. A Membership shall entitle the Member to privileges in The Club after the Membership is issued by The Club to the Member. An application will not be acted upon unless fully completed, executed and accompanied by a check for payment of any Membership Deposit.

2. All Members acknowledge that The Club shall have the absolute right to designate, from time to time, persons who are eligible for Membership and who shall have the right to use any or all of the facilities of The Club, upon such terms and conditions as are determined from time to time by The Club. Members acknowledge that The Club permits the use of the Club Facilities by guests of The Cloister Hotel upon payment of fees, as established from time to time.

3. Members agree by execution of the Membership Application to be bound by the Membership Program and Rules and Regulations of The Club and by the Application for Membership, as they may be amended from time to time. Membership is subject to suspension or termination for failure to abide by the Rules and Regulations.

4. Applicant acknowledges that Memberships are transferable on a limited basis and that the Membership Deposit is refundable.

5. Members covenant and agree to indemnify and hold harmless Sea Island Company and its directors, officers, employees, agents as well as members of the Advisory Board from any and all loss, cost, claim, injury, damage, action or liability sustained or incurred by said Member or her or his family or guests except as any such loss, etc., shall have been caused by the sole negligence of The Owner or The Club.

6. The Club may also permit, at its sole discretion and upon application, approval and payment of any applicable fees, a Member to annually designate an Associate Member to have use privileges of the Club Facilities. In no event is this convenience intended to permit two individuals to "split" a Membership. At the death of the Member, the membership does not pass to the Associate Member.

   The current situations in which an Associate Member will be permitted are:

   (a) An unmarried person who resides permanently in the same residence with an unmarried Member and is not related to such Member, may be an Associate Member.

   (b) An unmarried Member may designate an unmarried parent, child, or grandchild who resides permanently with the Member as an Associate Member.

   The Club may require documentation satisfactory to it in order to determine whether an Associate Member will be approved. The Club may terminate the privileges of any or all Associate Members described in this regulation at its discretion.

   All other individuals will be deemed guests of the Member and will be subject to the guest policy of The Club. Temporary guest passes may be obtained on a limited basis.

7. Applicant acknowledges that use of the Club Facilities may be restricted and that use charges may vary from time to time according to season.

8. Applicant acknowledges that Membership Deposits, annual dues or any other charges required to

13

become a Member of The Club or use the Club Facilities shall be determined, from time to time, by The Club.

9. Applicant acknowledges that The Club reserves the right to issue, from time to time, additional annual or seasonal Memberships at its sole and absolute discretion.

10. By submitting an application for Membership, applicant irrevocably waives his or her present and prior rights in or to use of the Club Facilities, if any.

11. Applicant acknowledges that The Club has the right to receive information for the investigation of his or her qualifications for Membership as it deems appropriate, including, without limitation, applicant's credit history. Applicant further authorizes any person or entity to disclose to The Club all information requested by The Club.

12. Applicant acknowledges that Membership in The Club is subject to eligibility, payment of required dues or other fees and compliance with the Rules and Regulations set forth herein as modified by The Club from time to time.

13. The Club reserves the right, from time to time, to modify privileges for each category of Membership, to establish different categories of Membership, and to establish rules governing access, sign-up privileges and starting times with respect to the golf courses, the tennis courts and the other recreational facilities of The Club in order to match changing Membership needs and desires. Additionally, each Club Facility may have separate rules and regulations relating to such Facility.

## C. Membership Deposit, Dues and Charges

1. The Membership Deposit for a Membership will be established, from time to time, by The Club at its sole and absolute discretion.

2. Dues will be established, from time to time, by The Club at its sole discretion, provided that as to Members, including Legacy, Executive and Retreat, the dues shall not increase during any year more than the increase in the Consumer Price Index (CPI) or nine percent, whichever is greater.

3. Annual dues and other annual fees are payable in advance of each Membership year unless the Member elects to pay dues monthly in which case dues may be charged to or paid on the Member's monthly Club Account.

4. Dues and fees are not prorated, except in the case of a death of a Member, or sale of property where the Member transfers his right to the membership to the purchaser of property in a qualified Sea Island development, and the purchaser applies and is accepted as a Member of the Sea Island Club.

5. All food, beverages, merchandise and services charged to the Member's Club Account shall be due and payable no later than thirty (30) days from the date of the monthly statement. Past due bills may, at the discretion of The Club, be charged a one and one-half percent (1.5%) service charge per month from the date of the statement until paid in full, with a minimum service charge per month of $10.00. If the Club Account of any Member of The Club is delinquent, The Club may at its option, take whatever action it deems necessary, including legal action, to effect collection. The Member shall be liable for any attorneys' fees and costs (including such fees required in connection with appeal proceedings) incurred in connection with the collection of such delinquent account(s).

6. In the event of a Member's death, the heirs, successors, assigns and estate of the Member shall be liable, to the extent permitted by law, for any dues accrued and charges incurred by the Member until the date of his or her death.

## D. Membership Cards and Decals

1. A Membership card bearing a Club account number, a photograph of the holder, type of Membership and expiration date may be issued from time to time to each Member as well as the members of his or her family eligible for Membership privileges, upon payment of the annual dues by the Member. Members and their families must have their Membership card with them at all times while using the facilities of The Club and must present it upon request.

14

2. A Membership card may not be used by any person other than the person to whom it is issued. Membership cards are not transferable.

3. In the event of a lost or stolen Membership card, The Club must be notified immediately. The account will be canceled and placed on "call security." Until notification of card loss or theft is received in writing by The Club, the Member shall be responsible for all charges placed on the account. For each new Membership card replaced, a charge covering the cost of the replacement card and administrative fees will be placed on the Member's Club Account.

4. Membership car decals may be issued to Members each year upon the payment of the required dues. The Club, at its discretion, shall designate a maximum number of decals to be issued. When a Member's car is sold, he/she should remove the decal and present it to the Club Member Services Office to receive a new decal. If the old decal is not returned to exchange for the new decal, a replacement fee will be assessed.

## E. Guests

Guests of Members will be entitled to use the Club Facilities upon the payment of guest fees unless otherwise noted herein and will be subject to the following rules. The Club reserves the right to restrict guest use during peak periods or at any other time the Club deems reasonable. A guest of a Member shall not include a renter of a Member's residential unit.

1. All guests shall be designated as either accompanied (uses facilities of The Club in the company of the Member) or unaccompanied (uses facilities of The Club without the Member). A guest may use only those Club Facilities which the Member is entitled to use, according to his/her dues category.

2. An unaccompanied guest must be a bona fide out-of-town houseguest of the Member.

3. Unaccompanied guests must be registered by the sponsoring Member with The Club, prior to arrival of the guests. Guest cards may be picked up in the Club Member Services Office.

4. Unless the Member has arranged for a temporary Membership card, all guests must be accompanied by the Member at all times during the use of any facility of The Club. Accompanied guests may be charged guest fees for the use of the facilities of The Club as determined from time to time by The Club.

5. A nanny, actively attending to a Member's child at a Club Facility, may enter the facility as an accompanied guest.

6. Unaccompanied guests are permitted to use the Club Facilities without the company of the Member, subject to the purchase of a temporary guest Membership. The temporary guest Membership is available subject to the following conditions:

   (a) The Member does not have to give up Membership rights for the period of time the guest is using the Club Facilities.

   (b) The Member will be charged a temporary Membership fee for each guest card issued. The fee will be for a maximum of thirty (30) days per card per visit and shall be determined by The Club.

   (c) The unaccompanied guest will receive a temporary Membership card entitling the guest to use the Club Facilities on a daily basis in accordance with the privileges of the sponsoring Member.

   (d) Unaccompanied guests must have their temporary Membership cards with them at all times while using the facilities of The Club.

   (e) No resident of Glynn, McIntosh or Camden counties will be accorded unaccompanied guest privileges. A resident of these counties may be accorded accompanied guest privileges for only two (2) days in any calendar year.

7. Purchases of services and merchandise, including food and beverages, that are made using a temporary Membership card may be charged to a sub-account of the Member's Club Account.

8. The sponsoring Member shall be responsible for all charges incurred by the guest. The sponsoring Member is also responsible for the conduct of a guest while at The Club. If the manner, deportment or appearance of any guest is deemed to be unsatisfactory, the sponsoring Member shall, at the request of The Club, cause such guest to surrender his or her guest card and leave any premises of The Club.

## F. Preferred Pricing

Members shall receive preferred pricing, to be determined by The Club from time to time, on food and beverages when dining at Club Facilities, on merchandise purchased at Club Facilities and on many services. Members must use their Membership card to receive preferred prices. Temporary Members shall not receive preferred pricing.

## G. Attire

It is expected that Members will choose to dress in a fashion befitting the surroundings and atmosphere provided in the setting of The Club. It is also expected that Members will advise their guests of dress requirements. Rules for dress established by The Club for guests of The Cloister Hotel shall also be observed by the Members.

For evening dining, the general rule in most dining rooms is jackets for gentlemen. After 6:30 in the evening, gentlemen and boys over 12 always wear jackets and neckties in the Main Dining Room, in the Clubrooms and throughout the first floor of The Cloister. Ladies are requested to dress in a fashion compatible with the dress required for gentlemen.

## H. Loss or Destruction of Property and Instances of Personal Injury

1. Each Member, as a condition of Membership, and each guest, as a condition of invitation to the premises of The Club, assumes sole responsibility for his or her property. The Club shall not be responsible for any loss or damage to private property used, worn or stored on the premises of The Club, whether in lockers or elsewhere.

2. Any Member, guest or other person who, in any manner, makes use of or accepts the use of any apparatus, appliance, facility, privilege or service whatsoever owned, leased, or operated by The Club, or who engages in any contest, game, function, exercise, competition or other activity operated, arranged or sponsored by The Club, either on or off The Club's premises, shall do so at his or her own risk, and shall indemnify and hold harmless The Owner, The Club, its directors, officers, employees, agents and members of the Advisory Board from any and all loss, cost, claim, injury, damage or liability sustained or incurred by him or her resulting therefrom and/or resulting from any act or omission of The Owner, The Club, or any director, officer, employee, agent or member of the Advisory Board of The Club, or arising out of or incident to Membership in The Club or use of the Club Facilities. Any Member shall indemnify and hold harmless The Owner, the Club, its directors, officers, employees, agents and members of the Advisory Board, hereunder in respect to any such loss, cost, claim or injury, damage or liability sustained or incurred by any guest of such Member. This indemnification and hold harmless agreement shall not apply to such losses, claims, etc., which are the result of the sole negligence of The Club.

3. Should any party bound by these Rules and Regulations, as amended, bring suit against The Club, said party shall be liable to The Club for all costs and expenses incurred by The Club in the defense of such suit (including attorney's fees through all appellate proceedings).

## I. Terms for Suspension and Termination of Membership

1. The Club may suspend or terminate the Membership of any Member (or Members) upon giving written notice of termination to such Member if, in the sole judgment of The Club, such Member:

  (a) Failed to meet eligibility for Membership.
  (b) Submitted false information on the application for Membership or false information upon any other document submitted to The Club.
  (c) Allowed his or her Membership card to be used by a non-Member.
  (d) Submitted false information regarding an application for guest Membership.
  (e) Exhibited unsatisfactory behavior, deportment or appearance.
  (f) Failed to pay the Membership Deposit, Membership dues, or Club Accounts in a proper and timely manner.

(g)  Failed to abide by the Rules and Regulations as set forth herein and as established from time to time by the Club for the Club Facilities.

(h)  Abused Club personnel or employees.

2. The Club reserves the right to modify, amend or terminate all or any Rules and Regulations set forth herein or otherwise established by The Club.

## J. Discipline

1. Any Member whose conduct or whose family's or guest's conduct shall be deemed by The Club to be improper or likely to endanger the welfare, safety, harmony or good reputation of The Owner or The Club or its Members, may be reprimanded, suspended or may have his or her Membership terminated. The Club shall be the judge of what constitutes improper conduct likely to endanger the welfare, safety, harmony or good reputation of The Club or its Members.

2. Any such Member shall be notified in writing of such proposed action and shall be given an opportunity to be heard by The Club to show cause why he or she should not be disciplined. If such Member desires to be heard, The Club shall set a time and date (not less than thirty (30) days thereafter) for such hearing. While such complaint is being considered by The Club, the Member shall not use or enjoy the privileges of The Club.

3. The Club may suspend a Member and/or his or her family and/or guests from some or all of the privileges of The Club for a period of up to one (1) year. Dues and other obligations shall accrue during such suspension and shall be paid in full before reinstatement of full privileges.

4. The Club may also terminate the Membership and use privileges of a Member and/or his or her family and/or his or her guests for cause deemed sufficient by The Club, in which event The Club shall notify the Member by registered mail. Upon such termination, the Membership Deposit will be refunded in accordance with the rules governing a Resigned Member's Deposit.

## K. Gratuities

Gratuity is automatically added for all food and beverage sales. Additional gratuities shall be the responsibility of the Member at the time service is rendered.

## L. Mailing Address

Each Member shall be responsible for notifying The Club in writing of his or her mailing address and any changes thereto, to which the Member wishes all notices and invoices of The Club to be sent.

## M. Membership Correspondence

All correspondence to The Club should be addressed to:

**The Sea Island Club**
**Post Office Box 30351**
**Sea Island, Georgia  31561-0351**

# RULES

It is the intent of management of The Club to limit these Rules ("Rules") to a minimum required for the mutual enjoyment of The Club by all Members and their guests.

The obligation of enforcing these Rules for the good of all Members is placed primarily in the hands of a carefully selected and trained staff whose principal responsibility is to assure you of all the courtesies, comforts, and services to which you, as a Member of The Club, are entitled.

It is further the responsibility of the Membership of The Club to know these Rules and to cooperate in the enforcement thereof.

## A. General Rules

1. The Club Facility hours of operation are posted at each Facility. Hours of operation may change seasonally and are in effect unless there are parties or other planned activities. Host Members shall remain on the premises for the duration of their party. Certain areas of the Club Facilities may be closed from time to time for maintenance, repairs and improvements.

2. Club Members and their guests shall abide by all Rules of The Club and Club Facilities as they may be amended from time to time.

3. The roster or list of Members of The Club is confidential and shall be considered the property of The Club and shall not be given to anyone by a Member of The Club for any reason whatsoever. Unauthorized release of the Membership roster is viewed as a serious breach of those Rules.

4. The Club wishes to encourage Members of The Club to use The Club's Facilities to which they are entitled for private parties on any day or evening provided it does not interfere with the normal operations of The Club or with the services regularly available to its Members or guests. Members are requested to apply in advance for reservations with The Club by contacting the appropriate function coordinator at each individual Club for available dates and arrangements.

5. Private parties at The Club's Facilities must be catered by The Club and any flowers or photographic services utilized must be furnished by The Club. If an unusual number of people are involved and/or whenever special service of any kind is desired, The Club shall establish guidelines regarding notice, operations, additional services, and hours. Performance by entertainers shall be permitted on the Club Facilities only with the written permission of The Club.

6. Except as permitted by The Club, no commercial advertisements shall be posted or circulated in The Club nor shall solicitations of any kind be made at any Club Facility or upon The Club's stationery.

7. Other than permitted by The Club, no petition shall be originated, solicited, circulated or posted at The Club.

8. Members may not request special personal services from employees of The Club who are on duty nor dismiss Club employees from a work area for any reason.

9. Dogs and other pets, with the exception of seeing eye dogs, are not permitted on Club Facilities except under arranged circumstances and authorized in advance by The Club. All pets which are so permitted on the grounds must be leashed. Members are responsible for any damage or injury caused by an animal owned by, or brought upon The Club's Facilities by such Member, family or their guests.

10. All complaints concerning normal operations of The Club, its employees and other matters are to be directed to the Club Manager. All complaints concerning the Club Manager must be made in writing signed by the Member and submitted to the Board of Directors of The Owner.

11. The Club will not tolerate abuse of its employees, verbally or otherwise. No Member shall discipline any employee. Any employee not rendering courteous and prompt service should be reported to The Club management immediately.

12. Cars must be parked in such areas as designated by The Club from time to time.

13. Recreational vehicles, mopeds, minibuses or unlicensed vehicles are not permitted on Club Facilities without written permission from The Club.

14. Absolutely no fireworks are permitted anywhere on Club Facilities or adjacent areas, unless organized and directed by The Club.

15. Service areas, maintenance and equipment buildings and areas are off limits to the Members and their guests.

16. Use of Club Facilities may be restricted or reserved from time to time by The Club for Member-related activities, for tournaments or otherwise.

17. Employees of The Club have the full authority to enforce these Rules, as amended from time to time, and any infractions will be reported to The Club.

### B. Food and Beverage Rules

1. All food and beverages, including alcoholic beverages, consumed on The Club's property or during Club activities, must be purchased from and served by The Club and may be consumed only in areas designated by The Club.

2. Alcoholic beverages will only be served or sold, or be permitted to be consumed, on The Club's premises during hours or at locations permitted by law. Alcoholic beverages will not be sold or served to any person not permitted to purchase the same under the laws of the State of Georgia. The Club reserves the right to refuse to serve alcohol to anyone.

3. Dining Room hours are posted at each Facility. Hours of operation may change seasonally and are in effect unless there are parties or other planned activities.

4. Reservations are necessary for dinner. Lunch reservations are not necessary for parties up to six (6) in number, except on holidays. Parties of ten (10) or fewer are permitted in the Dining Rooms. For parties of eleven (11) or more guests, special arrangements must be made.

### C. Pool and Beach Rules

1. The pool hours shall be established and published by The Club and shall be subject to change as determined at the sole discretion of The Club.

2. Swimming is permitted only during designated hours.

3. During peak hours, The Club may specify periods for adult swimming.

4. The Club reserves the right to set aside designated times during hours of normal pool operation for special events or programs, during which time use by the Members may be restricted.

5. Running, spitting, pushing, boisterous or hazardous play and dangerous games are not permitted in the pool, pool decks or locker rooms or upon any part of the beach owned or controlled by The Club.

6. Bicycles, skateboards and roller blades shall not be used in the pool, pool deck or locker room areas.

7. A child seven (7) years of age or younger must be accompanied by a parent or an adult guardian.

8. A child eight (8) years of age or older who is able to pass a swim proficiency test may swim unattended by a parent or an adult guardian. Any child who is a non-swimmer must be accompanied in the water by a parent or an adult guardian.

9. All persons must wear suitable bathing attire while swimming; no cutoffs or blue jeans will be permitted.

10. Out of consideration for others, radios, compact disc players, tape players and other audible devices are not permitted in the pool, beach or locker areas except when used with earphones.

11. Food and beverages are not permitted in the pool or beach areas except when provided by The Club.

12. Sailboats, kayaks, boogie boards and beach cabanas are available for rental on a seasonal basis through the Sailing Center and may be restricted to certain areas of the beach front.

13. The pool and beach staff has full authority to enforce all Rules and to supervise the general conduct of all persons in the pool and beach areas. Any infractions will be reported to The Club.

### D. Spa Rules

1. Spa hours are posted. Hours of operation may change seasonally and are in effect unless there are other planned activities.
2. À la carte spa services require a four (4) hour cancellation notice to avoid a cancellation charge for the service.
3. Guests of Members must be accompanied by a Member or have a temporary Membership card. For à la carte services a Member may elect to sponsor a guest for that service.
4. Use of the Spa is limited to those age sixteen (16) and older unless there is a scheduled appointment.
5. Spa guests under eighteen (18) must have a parent sign a consent form.
6. Proper exercise shoes are required for exercise classes and use of the strength/cardiovascular room.

### E. Tennis Rules

#### 1. Tennis Play

(a) All Members and guests must register before playing tennis. Members are responsible for the payment of any guest fees before playing.
(b) Players without a prearranged game are encouraged to come to the courts where the Tennis Staff will assist in forming matches.
(c) Courts may be reserved by Members one (1) week in advance. Social Members may make reservations no earlier than twenty-four (24) hours in advance.
(d) Courts may be reserved in person or by phone.
(e) Two (2) hours notice of cancellation of a court reservation is required.
(f) The Club may reserve courts for tournaments when needed. Notice will be given to Members of such an event by posting notice on the bulletin board of the Pro Shop.
(g) At the discretion of The Club, certain hours may be reserved for adults only.
(h) When play on courts is crowded, doubles play will be given priority over singles and playing time will be limited to one (1) hour. Players may be asked to join others so that as many players as possible may have an opportunity to play as much as possible.
(i) Proper tennis attire as determined by the Tennis Professional is required at all times. Colors are permitted; however, cutoffs, tank tops for men, bermudas, bathing suits, gym shorts, slacks and running shorts are not permitted. Tennis shoes are required. No running shoes are allowed. Gentlemen twelve (12) years of age and older are required to wear a collared shirt.

#### 2. Tennis Etiquette

(a) All persons preparing to enter or cross a court should wait until play has halted, then proceed quickly and quietly to their assigned court.
(b) All persons requesting the return of a tennis ball from another court should ask when play on that court has halted. Players should not retrieve a tennis ball from another court themselves.
(c) All persons should refrain from loud or offensive language on the court or while watching. A low profile attitude is both appropriate and appreciated.
(d) Persons not playing should stay off the court surfaces.
(e) Courts should be vacated promptly after the reserved playing time is over.
(f) All bicycles should be placed in the bicycle racks provided.

### F. Golf Rules

#### 1. General Guidelines

(a) All golfers must be properly registered before beginning play. Members are responsible for the registration and payment of fees incurred by their guests.
(b) All play is to begin off #1 Tee unless otherwise directed by the Starter or Golf Staff Member.

(c) Golfers are asked to arrive at their #1 Tee at least 10 minutes prior to their assigned starting time. Failure to do so may result in forfeiture of the time.

(d) Practice is not permitted on the course at any time. All practice is limited to designated practice areas. Practice balls are not to be removed from practice areas.

(e) Golfers are required to use a cart or caddie when playing before 4:00 p.m.

(f) All organized tournament play must be approved in advance by the Director of Golf.

(g) The USGA Rules of Golf shall govern all play except where modified by a local rule.

(h) It is the responsibility of all golfers to maintain their position on the course.

(i) Players who discontinue play for any reason may not delay the following group, or must allow them to play through in order to maintain pace of play.

(j) Each player must have his or her own set of clubs. Rental sets are available through the Golf Shop.

(k) Appropriate golf attire is required for play. The following guidelines shall apply:

**MEN:** Shirts with collars and sleeves must be worn at all times. Slacks or Bermuda-length golf shorts are required. Tank tops, T-shirts, cutoffs, sweat pants, bathing suits or other athletic shorts are not permitted.

**WOMEN:** Dresses, skirts, slacks, golf shorts, and blouses must be worn. Halter tops, T-shirts, bathing suits, sweat pants, athletic shorts or short shorts are not permitted.

**SHOES:** Acceptable shoes must be worn at all times. Golf shoes with non-metal spikes are required. Rental golf shoes are available in the respective Locker Rooms.

(l) "Course Closed" and "Hole Closed" signs are to be adhered to at all times. When conditions warrant "Cart Path Only" signs, golfers are required to follow these guidelines.

(m) Golfers assume all risk and danger inherent to the game of golf, including being struck by errant or misdirected golf balls, and agree to release The Owner and all employees and agents thereof, from any and all liabilities resulting from such causes.

(n) The Club reserves the right to modify all rules due to special circumstances. These rules may be changed from time to time. Rule modifications will be discussed with the Advisory Board, although final determination will be made by The Club.

## 2. Inclement Weather

(a) When inclement or dangerous weather moves into the area, golfers are advised to take precautions and seek shelter. If the golfer stays on the course when inclement/dangerous weather moves into the area, it is at his own risk.

(b) In the event that weather renders the course unplayable, credit will be issued on the day of play, and it is the sole responsibility of the player to request the credit. The following guidelines will apply:

*If the player plays less than five (5) holes, an 18-hole credit is given.

*If the player plays less than fourteen (14) holes, a 9-hole rate will be charged.

*Golfers playing fourteen (14) or more holes will be charged an 18-hole fee.

## 3. Starting Times

(a) All players are asked to make a starting time and the names of all players are required at the time of the request. Starting times may be made by calling the Golf Shop.

(b) Golfers must obey the posted instructions regarding lightning warning signals.

(c) Twosomes and singles are not permitted during peak periods. Starting personnel will make every effort to make up foursomes to permit play. Singles may not make an advanced starting time, but may be grouped with a twosome or threesome in advance.

(d) Fivesomes are not permitted.

(d)  The reservation policy for advanced starting times is as follows:

*Full/Golf Members: A maximum of three (3) reservations may be made at any time.

*Beach/Sport Members: Reservations may be made up to seven (7) days in advance.

*Social Members: Reservations may be made no earlier than twenty-four (24) hours in advance.

*Please notify the golf staff of any cancellations at least twenty-four hours in advance to avoid no-show/cancellation fees. Players who do not notify the golf staff in advance of a cancellation will be charged a per person "no-show" fee as determined by The Club.

## 4. Golf Cart Rules

(a)  Operation of a golf cart is at the risk of the operator. All operators must have a valid drivers license.

(b)  Golf carts shall not be used by a Member or guest without proper registration in the Golf Shop.

(c)  Golf carts are not to be taken off the course or Club grounds for any reason.

(d)  No more than two (2) people and two (2) sets of clubs are permitted on a cart.

(e)  Damages occurring during the rental of a golf cart are the responsibility of the Member.

(f)  Carts must remain at least thirty (30) feet from the green or on the cart paths at all times.

## 5. Handicaps

(a)  Handicaps are computed under the supervision of the Golf Director in accordance with current USGA guidelines.

(b)  In order to be eligible for Club events, participants must have a current USGA Handicap Index.

(c)  Members are expected to maintain accurate records for all rounds played.

## 6. Caddies

(a)  The Club will offer the service of caddies and encourage their use by Members and guests.

(b)  Each player will be charged the designated caddie fee and, depending on service, a recommended gratuity of $10 and up.

## 7. Golf Course Etiquette

(a)  The guidelines for Golf Etiquette as recommended by the USGA are endorsed by The Club and are expected to be adhered to by all golfers.

(b)  As aforementioned, it is the responsibility of each player in a group to keep pace with the group ahead. If a group falls one complete hole behind the group ahead, the lagging group is required to allow the following group to play through. If the group continues to lag one hole behind, that group will be required to skip a hole in order to keep pace with the group ahead. It is the responsibility of the Ranger to assist in the maintenance of play. The course Ranger has the authority to keep play moving at an acceptable pace and enforce all rules for the enjoyment of all players. Repeated violations of slow play guidelines will result in a written notification of restricted playing privileges.

(c)  Please repair all ball marks.

(d)  Please fill all divots with the sand contained in buckets on golf carts.

(e)  Carefully rake bunkers after use. Enter and leave bunkers at their lowest elevation.

* * *

NOTES

NOTES

# DEPOSIT MEMBERSHIP APPLICATION
## Membership Deposit — $150,000

Date of Application: _____

*Sea Island*

To the Sea Island Company ("The Owner") or Membership Committee:

Request is hereby made by the undersigned for Membership in Sea Island Club ("The Club"). The undersigned has/have read and understand the Membership Program and the Rules and Regulations of The Club dated October 1, 2000. All eligible family members per the Membership Program to receive Club cards and charging privileges have signed this application in order to be issued Club cards.

APPLICANT: _____
                    Last Name             First            Middle           Nickname

Social Security Number:_____   Date of Birth: _____

E-mail Address: _____

SPOUSE:_____
                 Last Name             First            Middle           Nickname

Social Security Number:_____   Date of Birth: _____

E-mail Address: _____

Dues apply for unmarried dependent children under 25 years of age living in the member's home or attending school on a full-time basis. Please list all children.

| (Date of Birth) | Social Security No. | Last | First | Middle | Signature |
|---|---|---|---|---|---|
| (Date of Birth) | Social Security No. | Last | First | Middle | Signature |
| (Date of Birth) | Social Security No. | Last | First | Middle | Signature |
| (Date of Birth) | Social Security No. | Last | First | Middle | Signature |

REFERENCES:

Business: _____
              Name                   Address             Phone

Social: _____
              Name                   Address             Phone

LOCAL ADDRESS:

| Name of Development | Street Address | Unit Number |
|---|---|---|
| City/State/Zip | Telephone | Fax |

PERMANENT ADDRESS:

| Street Address | City/State/Zip | Telephone |
|---|---|---|

Type of Business: _____   Title:_____

Please CHECK the appropriate box below for correct mailing instructions:

☐ Mail my BILLS to:            ☐ Mail my NEWSLETTER and all other club information to:

_____     _____

_____     _____

_____     _____

Please furnish your license plate numbers for your automobile decals:

#1: _____
        Tag #          State       Year                 Model/Make                 Color

#2: _____
        Tag #          State       Year                 Model/Make                 Color

BANK RELEASE INFORMATION:

BANK NAME: _____     ACCOUNT NUMBER_____

BANK ADDRESS: _____

BANK PHONE: _____     BANK FAX: _____

CONTACT: _____

Complete Application in entirety and affix all signatures. Return Application with your check made payable to Sea Island Company in the amount of $150,000 for the Membership Deposit.

Applicant understands that The Club is owned by Sea Island Company and that a Membership in The Club is not an investment nor does it provide an equity or ownership interest in The Club or its facilities or in Sea Island Company. Applicant acknowledges receipt of the Membership Program dated October 1, 2000, and Rules and Regulations currently in force, a schedule of prevailing dues and agrees to be bound by all of their respective terms and conditions, as they may be amended from time to time. (Dues, fees and charges may be subject to Georgia Sales Tax. Membership fees, use and facility fees subject to change without notice.)

If this application is made by both Applicant and Spouse Applicant, both must sign below, agreeing that the Membership will be issued in both their names upon approval for Membership and will be considered a joint asset and further agree that they shall be jointly and severally liable for all dues, charges and other amounts from time to time owing to The Owner, including all charges incurred by family members listed on this Application.

_____     Date: _____
Applicant Signature

_____     Date: _____
Spouse Applicant Signature

APPROVED AND ACCEPTED:
SEA ISLAND COMPANY

BY:_____     Date: _____

## CONDITIONS

A.    This Application shall entitle the undersigned Applicant and, if applicable, Spouse Applicant (hereinafter, "Applicant") to Membership privileges at Sea Island Club ("The Club") after Application is approved and accepted by The Owner. This Application will not be acted upon unless fully completed, executed and accompanied by a check for payment of the Membership Deposit. The undersigned understands that this Membership Application is irrevocable after mailing or delivery to The Club, unless it is not approved.

B.    Applicant acknowledges receipt of and agrees, by execution of this Membership application, that upon acceptance of application by The Owner, to be bound by the Membership Program dated October 1, 2000, and Rules and Regulations currently in force, as may be amended from time to time (collectively, the "Membership Program"). Membership is subject to suspension or termination for failure to abide by Membership conditions. Applicant further acknowledges and agrees to be responsible for all charges incurred which shall be due and payable no later than ten (10) days from the date of the monthly statement. All costs and expenses incurred by The Owner in the collection of any amounts not paid when due, including, but not limited to court costs and attorney's fees, whether at the trial level or on appeal, shall be charged to Applicant, and shall be due and payable upon demand.

C.    Applicant acknowledges that the Membership is not an investment in The Club or Sea Island Company nor does it provide an equity or ownership interest in the Club Facilities, which are owned solely by Sea Island Company. Membership in The Club does not confer upon the Applicant a vested right or prescriptive right or easement to use the Club Facilities. Applicant acknowledges that a Member only acquires a revocable license to use the Club Facilities in accordance with the Membership Program. The Owner reserves the right, at any time or from time to time, in its sole and absolute discretion, to reserve Memberships for future purchases of property in communities designated by The Owner from time to time, to discontinue operation of any or all of the Club Facilities, to sell or otherwise dispose of the Club Facilities in any manner whatsoever and to any person whomsoever, to terminate any type of Membership and make any other changes to the terms and conditions of Membership or the facilities available for use by Members. Applicant acknowledges that the Membership Program may be terminated at any time by The Owner upon a sale or conveyance of all or substantially all of the Club Facilities.

D.    Applicant covenants and agrees to indemnify and hold harmless The Owner and The Club and their directors, officers, employees, agents and Members of the Advisory Board of Governors in accordance with the provisions of the Rules and Regulations of The Club.

E.    Applicant acknowledges that use of the Club Facilities may be restricted and that use charges may vary from time to time according to season.

F.    Applicant, by submitting this application, irrevocably waives his or her present and prior rights in or to use the Club Facilities, if any.

G.    Applicant acknowledges that The Owner has the right to receive such information for the investigation of Applicant's qualifications for Membership as it deems appropriate, including, without limitation, Applicant's credit history. Applicant further authorizes any person or entity to disclose to The Owner all information requested by The Owner.

H.    Applicant acknowledges that upon approval of this Membership Application and payment of the Membership Deposit, The Owner hereby promises to pay to Applicant, at the offices of The Owner, One Hundred Fifty Thousand Dollars ($150,000), without interest, in lawful money of the United States of America, on the anniversary date thirty (30) years from the date of issuance of the Membership by The Owner to Applicant. In the event of (i) the death of Applicant and the surviving spouse elects to terminate membership, (ii) the death of both Applicant and Applicant's spouse and the surviving children elect not to designate one  adult child as the successor member, (iii) sale, conveyance or other transfer of all or substantially all of the Club Facilities and the buyer elects to terminate the Membership Program, in the buyer's sole and absolute discretion, or (iv) discontinuance of operation of all or substantially all of Club Facilities, then The Owner shall repay the Membership Deposit, without interest, within thirty (30) days of receipt of written notice of such an event. Upon repayment of the Membership Deposit thirty (30) years from the date of issuance of the Membership or upon the happening of any of the events described in clauses (i) through (iv) above and repayment of the Membership Deposit by the Owner, the Membership will terminate and Applicant will no longer be entitled to use the Club Facilities, unless Applicant's Membership is renewed under terms and conditions set forth in the Membership Program. In the case of repayment in the instances set forth above, any amounts due to The Owner which remain unpaid on the date of repayment of the Membership Deposit shall be deducted from the Membership Deposit.

Resignation is permitted only in accordance with the Membership Program. In the event Applicant resigns from The Club and the Membership is not being transferred to the purchaser of Applicant's qualified residence in a Sea Island Company development or to the Applicant's adult child, the resigned Membership will be offered for resale, on the basis of first-resigned, first-resold. As long as The Owner has Memberships available for initial sale, every fifth membership issued by the Owner will be a resigned Membership, if a resigned membership is available for resale at such time. If the Owner no longer has Memberships available for initial sale, Memberships will be sold on the basis of first-resigned, first-resold. The fully paid Membership Deposit, without interest, will be returned within thirty (30) days after the Membership has been reissued by The Club to a new Member in the manner provided by the Membership Program. Upon resignation of the Membership, Applicant shall no longer be entitled to use The Club Facilities.

The Membership Deposit shall not bear interest. The right of Applicant to receive the repayment of the Membership Deposit without interest is not transferable or negotiable except to Applicant's surviving spouse or the Applicant's adult child designated as the successor Member.



# OCEAN FOREST GOLF CLUB

2 0 0 4



# OCEAN FOREST GOLF CLUB

200 Ocean Road
Sea Island, Georgia 31561

## MEMBERSHIP ROSTER
## RULES AND REGULATIONS
## 2004

Dining Reservations . . . . . . . . . . . . . . . . . . . . 638-5834
Director of Club Services . . . . . . . . . . . . . . . 638-5834
Golf Professional . . . . . . . . . . . . . . . . . . . . . . . 638-5836
Golf Shop . . . . . . . . . . . . . . . . . . . . . . . . . . . . 638-5835
Room Reservations . . . . . . . . . . . . . . . . . . . . 638-5834

Clubhouse Fax . . . . . . . . . . . . . . . . . . . . . . . . 638-5850
Golf Shop Fax . . . . . . . . . . . . . . . . . . . . . . . . 638-5833

# OCEAN FOREST GOLF CLUB

### RULES AND REGULATIONS

Ocean Forest Golf Club ("Club") is a private membership club offering the privilege to use the facilities at the north end of Sea Island. The Club facilities feature a championship eighteen (18) hole golf course designed by Golf Architect Rees Jones. Amenities include a practice range, clubhouse with lockers, golf shop and dining facilities. This publication is intended as a description of the terms and conditions of membership in the Club.

# ARTICLE A

1. ## Ownership and Operation

   a. The Club and all Club properties are owned by the Sea Island Company. The Club is organized and operated as an unincorporated department of the Sea Island Company.

   b. The Sea Island Company manages the operation of the golf course, the clubhouse, and all other Club facilities.

2. ## Membership

   a. Membership in the Club is by invitation only. Membership lists will be kept confidential.

   b. The Club is limited to 325 Members, plus a limited number of Spousal Members. The Club may elect, with the consent of at least two thirds of the Members, to increase the maximum number of Members.

   c. Membership in the Club entitles the Member to use all of the Club facilities. Members are not required to pay greens fees.

   d. Except as provided herein, a Spousal Member shall be entitled to the same rights and privileges and shall be subject to the same responsibilities as a Member.

### 3.    Title to Memberships

The title to each membership must be held by an individual. There will be no corporate memberships; however, memberships may be paid for by corporations.

### 4.    Initiation Deposit, Dues, and Other Charges

a.  Each Member and Spousal Member is required to pay an Initiation Deposit to the Club as a condition of Membership in the Club in an amount determined from time to time by the Club.

b.  The Initiation Deposits do not bear interest. A Member's Initiation Deposit will be repaid no later than thirty (30) years from the date the Club signs and accepts the Member's Acceptance form. Initiation Deposits will be repaid prior to the end of thirty (30) years only in accordance with Section 6 of these Rules and Regulations.

c.  Upon the repayment of a Member's Initiation Deposit, any amounts owed to the Club by the Member will be deducted.

d.  The Club will determine from time to time the amount of dues to be paid by Members and Spousal Members. Dues will be payable quarterly in advance or as otherwise determined by the Club.

e.  A Member who resigns or is expelled from the Club during a membership year will not be entitled to use the Club facilities, but will continue to be responsible for the payment of dues through the end of the quarter during which he resigns or is expelled.

f.  The amount of any other fees and charges required to become a Member of the Club or to use the Club facilities will be determined by the Club from time to time.

g.  Upon repayment of a Member's Initiation Deposit at the end of thirty (30) years, the Member's Membership will not terminate but will continue.

### 5.    Taxation of Initial Deposits

The Club makes no representations and expresses no opinions regarding the federal or state income tax consequences of Memberships in the Club, including the Member's right to receive the repayment of his Initiation Deposit. All Members acquire their Memberships subject to the tax laws of the United States, the State of Georgia and such other states as may be applicable to the Club at the time of the Member's acceptance of his invitation to Membership and as such laws may exist from time to time.

6.    **Early Repayment of Initiation Deposit**

    a.  Upon the resignation of a Member from the Club for any reason, the Club will repay the resigned Member's Initiation Deposit prior to the end of the thirty (30) year term as follows:

        (i)    The Club will repay the Initiation Deposit of a resigned Member, without interest, within twelve (12) months after the date of resignation of the Member, subject to the provisions of clause (ii) below.

        (ii)   Notwithstanding the provisions of the clause (i) above, (a) the Club will not be required to repay Initiation Deposits of resigned Members in any calendar year in excess of the number of new Members who were admitted to Membership in the Club during such calendar year, plus five, and (b) the Club will not be required to repay Initiation Deposits of resigned Members if any such payment would reduce the Membership in the Club below 270 Members.

        (iii)  If, because of the application of the provisions of clause (ii) above, the Club is not obligated to repay the Initiation Deposit of a resigned Member as required pursuant to the provisions of clause (i) above, the Club will add such Member's name to a "waiting list" of resigned Members. The Club will repay Initiation Deposits to Members on the waiting list in the order in which such Members were added to the waiting list as and when the Club becomes obligated to repay such Initiation Deposits in accordance with clauses (i) and (ii) above.

    b.  In the event of the termination of a Member's Membership for violation of these Rules and Regulations pursuant to Section 9, the Member's Membership shall be treated as resigned on the date of termination of such Membership, and the Club will repay, without interest, his or her initiation Deposit in accordance with the terms of Section 6a above.

    c.  In the event of the death of a Member or a Spousal Member, the Member's Membership shall be treated as resigned on the date the Club received the notice of the death of such Member, and subject to the provisions of Section 6d and Section 7b, the Initiation Deposit of the deceased Member will be repaid to the estate of such deceased Member in accordance with the terms of Section 6a.

    d.  Subject to the approval of the Membership Committee, if a Member dies and is survived by a Spouse who is a Spousal Member, the Spousal Member may assume the Membership of the deceased Member and the Initiation Deposit paid by the Spousal Member will be repaid to the Spousal Member without regard to the provisions of clause (ii) of Section 6a.

17

e. The Club's repayment of a Member's Initiation Deposit shall constitute and be a full release of any and all liabilities, claims, demands, actions or causes of action arising out of, or related to, any amounts owed to the Member by the Club.

7. **Transferability of Memberships**

a. Memberships may be transferred only in accordance with these Rules and Regulations.

b. Subject to approval of the Membership Committee, if a Member dies and is survived by a Spouse who is not a member, the Spouse may assume the Membership of the deceased Member and the Initiation Deposit will be transferred to the spouse's name ONCE.

c. In the event of divorce, a Membership will remain in force, and any Spousal Membership will cease on the effective date of such divorce. The Initiation Deposit paid for the Spousal Membership will be repaid, without interest, to the Spousal Member.

d. Subject to the approval of the Membership Committee, a Member in good standing prior to January 1, 1999, may request the transfer of his or her Membership to an adult son or daughter during his lifetime or by his will, without regard to the provisions of clause (ii) of Section 6a, upon payment by the son or daughter to the Club of the difference (if any) between (i) the then applicable Initiation Deposit and the Initiation Deposit paid by the transferring Member for his Membership. The membership transfer will not be automatic. The Membership Committee will consider these prospective members in the same way it considers any new member. The prospect must be a person of merit who would in his or her own right be accepted for membership, a bona fide member in his or her own right.

This option will not be available to new members after January 1, 1999.

e. A Spousal Membership may not be transferred.

f. Subject to approval of the Membership Committee, Spouses of deceased Charter Members who do not play golf may elect a Social Membership with an Initiation Deposit of $25,000 and dues of one-half normal dues. Social Members do not have golf privileges.

8. **Invitation to Membership**

a. Membership in the Club is by invitation only. Nominations may be submitted to A.W. Jones III or the Board of Directors. The Membership Committee will act upon any nomination.

b. Upon favorable action on a nomination, the Board of Directors shall notify those making the nomination of such action and shall extend an invitation to Membership to such nominee. In the event an invitation will not be issued with regard to any nomination, no report shall be made with respect to such nomination.

c. Once a nominee receives an invitation from the Board of Directors, the nominee shall then mail or deliver promptly to the Membership Office of the Club the fully completed and signed Acceptance form.

## 9.   Suspension and Termination of Membership

a. A Member's Membership may be terminated or suspended by the Club if the Member in the sole judgment of the Board of Directors:

(i)    exhibits unsatisfactory behavior, deportment or appearance;

(ii)   fails to pay any amount owed to the Club in a proper and timely manner;

(iii)  fails to abide by these Rules and Regulations or other rules as may be issued by the Club; or

(iv)   engages in any other conduct determined by the Club from time to time to be appropriate for termination of the Membership.

b. The Club may terminate, suspend or restrict from time to time, for cause or causes described in Section 9a, a Member's rights to use any or all of the Club facilities. No such Member shall on account of any such termination, suspension or restriction be entitled to any refund of any Membership dues or any other fees.

c. Notwithstanding any such termination, suspension or restriction of Membership, a Member shall remain liable for all amounts unpaid on the Member's club account.

## 10.   Loss or Destruction of Personal Property or Instances of Personal Injury

a. Each Member as a condition of Membership and each guest as a condition of invitation to the premises of the Club assumes sole responsibility for his or her property. The Club is not responsible for any loss or damage to any private property used or stored on the premises of the Club, whether in lockers or elsewhere. Any such personal property which may have been left, without payment of storage thereon, in or on the Club facilities for twelve (12) months or more may be sold by the Club, with or without notice, at a public or private sale, or may be otherwise disposed of, and the proceeds, if any, shall belong to the Club.

b. No person is to remove from the room in which it is placed or from the Club's premises any property or furniture belonging to the Club or the Sea Island Company without proper authorization. Every Member of the Club is liable for any property damage or personal injury at the Club or at any activity or function operated, organized, arranged or sponsored by the Club which is caused by the Member, any guest or family member. The cost of such damage will be charged to the Member's Club account.

c. Any Member, guest or other person who in any manner makes use of or accepts the use of any apparatus, appliance, facility, privilege or service whatsoever owned, leased or operated by the Club or who engages in any contest, game, function, exercise, competition or other activity operated, organized, arranged or sponsored by the Club, either on or off the Club's premises, shall do so at his or her own risk, and shall hold the Sea Island Company and the Club and their respective affiliates, directors, officers, employees, representatives and agents harmless from any and all losses, costs, claims, injuries, damages or liabilities sustained or incurred by him or her, resulting therefrom or from any act or omission, including the negligence of the Sea Island Company or the Club or their respective affiliates, directors, officers, employees, representatives or agents. Any member shall have, owe and perform the same obligation to the Sea Island Company and the Club and their respective affiliates, directors, officers, employees, representatives and agents hereunder with respect to any such losses, costs, claims, injuries, damages or liabilities sustained or incurred by such Member's guest or family members.

d. Should any party who is bound by these Rules and Regulations bring suit against the Sea Island Company or the Club or their respective affiliates, directors, officers, employees, representatives or agents in connection with any event operated, organized, arranged or sponsored by the Sea Island Company or the Club or on any other claim or matter in connection with membership in the Club, and fail to obtain judgment therein against the Sea Island Company or the Club or their respective affiliates, directors, officers, employees, representatives or agents, said party shall be liable to the Sea Island Company and the Club and their respective affiliates, directors, officers, employees, representatives and agents for all costs and expenses incurred by them in the defense of such suit, including court costs and attorneys' fees through the appellate proceedings.

## 11. Board of Directors

a. A Board of Directors will be established following the formal opening of the Club to serve an integral role in advising on the direction of the Club and its Membership. A.W. Jones III will be Chairman of the Club and will appoint the Board of Directors.

b. The Board of Directors will provide input as to programs and activities for Member participation and will sponsor social and sports activities for the Members.

20

**12. Acknowledgment of Membership Rights**

a. The payment of such Initiation Deposit, dues, state taxes and personal and other charges as the Club may establish from time to time (collectively "membership charges") will be required to acquire and maintain Membership privileges. With the exception of these membership charges, Members are not subject to any liability or assessment for the costs and expenses of ownership or management of the Club or the Club facilities, including, without limitation, any capital or operating assessments. Notwithstanding the foregoing, the Club may make a special assessment on the Members of the Club for the purposes of any capital improvement program (other than for normal golf operations) which is approved by two thirds of the Members.

b. Membership in the Club is not an investment in the Club or Sea Island Company. It does not provide an equity or ownership interest in the Club or Sea Island Company or the Club facilities. Membership in the Club does not confer upon any Member any vested or prescriptive right or easement to use the Club facilities. A Member only acquires a revocable license to use the Club facilities.

c. Notwithstanding anything to the contrary herein, the Club reserves the right, from time to time at its discretion, to modify these Rules and Regulations or any other rules and regulations issued by the Club, including, without limitation, the Rules and Regulations regarding the eligibility for Membership and the privileges available to use the Club facilities.

# ARTICLE B—RULES

## Section I—CLUB RULES

**1. General Club Rules**

a. Guests using the facilities of the Clubhouse must be accompanied by the Member who shall be responsible for all charges incurred by such guests.

b. To a limited extent, spouses of Members and their guests may use the dining facilities of the Club without the Member present.

c. The Clubhouse and Course will be open from 8:30 a.m. until dusk Tuesday through Sunday, unless there are parties or other planned activities. Host Members shall remain on the premises for the duration of their party.

d. No performance by entertainers will be permitted on the Club facilities without the permission of the Club.

e. Alcoholic beverages will only be served or sold, or be permitted to be consumed, on the Club's premises during hours or at locations permitted by law. No alcoholic beverages will be sold or served to any

21

person not permitted to purchase the same under the laws of the state of Georgia.

f.  Except as permitted by the Club, no commercial advertisements shall be posted or circulated in the Club nor shall solicitations of any kind be made on the Club facilities or upon the Club's stationery.

g.  Other than permitted by the Club, no petition shall be originated, solicited, circulated or posted at the club.

h.  All food and beverages consumed at the Club shall be furnished by the Club, and for a Member's account.

i.  Members may not request special personal services from employees of the Club who are on duty.

j.  No dogs or other pets, except for seeing eye dogs, are permitted on the Club facilities, except under arranged circumstances and authorized in advance by the Club. All pets which are so permitted on the grounds must be leashed.

k.  All complaints concerning normal operations of the Club, its employees and other matters are to be directed to the Club Manager. All complaints concerning the Club Manager must be made in writing, signed by the Member, and submitted to the Club Manager or the Board of Directors, whichever is appropriate.

l.  No Member or guest shall abuse any employee, verbally or otherwise. No Member shall discipline any employee, nor shall a Member request an employee to leave the Club facilities for any purpose whatsoever. Any employee not rendering courteous and prompt service should be reported to the Club Manager.

m.  Cars must be parked in such areas as designated by the Club from time to time.

n.  Unlicensed vehicles are not permitted on the Club facilities without written permission of the Club.

o.  Absolutely no fireworks are permitted anywhere on the Club facilities or adjacent areas, unless organized and conducted by the Club.

p.  No Member, visitor or guest is allowed in the service areas of the Club.

q.  Use of the Club facilities may be restricted or reserved from time to time by the Club for Member-related activities.

r.  The personnel of the Club have the full authority to enforce these Rules and Regulations, as amended from time to time, and any infractions will be reported to the Club.

s.  Children under the age of 18 are not allowed in the locker rooms unless accompanied by an adult.

t.  Tipping is allowed for the caddie master, valet parkers, and locker room staff. All other staff should not be offered cash tips. During the holiday season, contributions may be made to an Employee Appreciation Fund allowing all employees to be "thanked" by the members. A letter will be mailed in November giving Members an opportuniy to contribute to the fund.

## 2.  Food and Beverage

Food and beverages which are consumed on the premises must be purchased from and served by the Club. The kitchen will accept luncheon orders for food service from 11:30 a.m. until 3:00 p.m., Tuesday through Sunday.

### Dining Room Hours
The dining room will open at 6:30 p.m. (reservations are necessary) on Friday and Saturday nights year round. Thursday evening dining is offered during the months of March and April.

### Dining Reservations
Parties of eight or fewer are allowed in the Dining Room. A maximum reservation for the Dining Room may not exceed 16 (two tables of eight). For parties with 16 or more guests, special arrangements must be made by reserving the Ladies' Sitting Room and establishing a pre-selected menu. Lunch reservations are not necessary for parties up to six in number, except on holidays.

### Private Functions
Members may reserve Club facilities for private functions between the hours of 3:00 p.m. and 5:30 p.m. and on evenings when the Club is closed for dinner. Evening parties may be held Sunday through Thursday. ***Maximum attendance to any function may not exceed 225.***

Due to the closing of the Club during overseeding, the Clubhouse is also available to Members for private evening functions:
• the first and second Friday and Saturday of June, and
• the first and second Friday and Saturday of November.

These weekend dates will be held for Member events only.
Sponsored events are not allowed.
Member events may not be advertised in newspapers.

## 3.  Gratuity

A gratuity charge, as determined from time to time by the Club, will be added to all food and beverage sales which will be distributed to the service personnel.

## 4.  Mailing Addresses

Each member shall be responsible for filing with the Club his or her mailing address and any changes to his or her address, preferably on a form provided by the Club. All notices and invoices of the Club will be sent to the address which

23

the Member provides to the Club. When correspondence is mailed to the address on file, the Club will assume that it was received by the Member five days after mailing.

## 5.   Checks

The management is not allowed to cash checks on the premises.

## Section II—GOLF RULES

### 1.   General Golf Rules

a. All guests must be registered by the host Member in the Golf Shop prior to beginning play.

b. United States Golf Association rules shall govern all play, except when modified by local rules.

c. If a group of players fails to keep its place on the course and loses more than one clear hole on the group of players ahead, it must allow the following group to play through.

d. Players who stop after any hole for any reason may not delay the following group and must give way in order to maintain continuity of play.

e. All tournament play must be approved in advance by the Club.

f. Each player must have his or her own set of clubs.

g. Appropriate golf attire is required for all players.

*Gentlemen*: Shirts with collars and sleeves must be worn at all times. Slacks must be worn, except that Bermuda and walking shorts are permissible so long as the shorts are no higher than three and one-half inches above the knee. No tank tops, T-shirts, cut-offs, sweat pants, denim jeans, bathing suits or other athletic shorts are permitted.

*Ladies*: Dresses, skirts, slacks, golf shorts and blouses must be worn. No halter tops, bathing suits, sweat pants, athletic shorts or short shorts are permitted.

### 2.   Golf Guests

a. A Member may have up to three (3) guests for golf per day (except when play on the course is limited to Member play only). All guests must play with a Member or Spousal Member who will be responsible for all guest charges and conduct.

b. A guest may play six times per calendar year with no exceptions.

c. There will be no limit to the number of times a family member can play, as long as he or she is playing with his or her particular *family* member. If not playing with his or her family member, the preferential rate will not apply, and play is restricted to six times per calendar year as with all other guests.

d. Family members (spouses who do not have a Spousal Membership, children or stepchildren and their spouses; brothers, sisters, and their spouses; and parents and grandchildren of Members) will receive preferential treatment with regard to greens fees. Members must play with family guests to receive the family guest fee rate.

e. A child of a host Member may play with that host Member without being charged a greens fee until the child reaches his or her nineteenth (19th) birthday. A child of a Member who is an approved junior player may use the Club facilities, practice range or play the course unaccompanied after 3:00 p.m. if conditions allow. A child of a Member does not have guest privileges.

f. A Member wishing to have more than three groups play at one time, even though another Member will be playing with each group, must receive approval from the Board of Directors prior to scheduling tee times. The request should be directed to the Head Golf Professional.

g. The Chairman of the Board of Directors may extend limited play to "special guests" from time to time, so long as the play of such guests does not unduly disturb play by the Members.

h. It is the responsibility of the Member to register guests (name, city and state) in the Guest Register provided in the golf shop prior to play.

i. Payment for greens fees, golf cart rentals, purchases from the golf shop, or food and beverage by guests may be made by guests if they have a Sea Island account or bank card, but they are the ultimate responsibility of the Member.

## 3.   Guest Fees and Cart Fees

| | | | |
|---|---|---|---|
| Family | $ 55.00 | 9 Hole Rate | $30.00 |
| Non-Family | $140.00 | 9 Hole Rate | $75.00 |
| Junior (under 18) | $ 70.00 | 9 Hole Rate | $40.00 |

Cart:   18 holes   $20.00 per person
          9 holes   $10.00 per person

## 4.   Caddies

a. In order to promote the caddie program, all threesomes and foursomes must take a caddie if caddies are available.

b. Caddies will be available until 3:00 p.m. on days the Course is open for play. If a Member has arranged a game later than 3:00 p.m. and wishes the services of a caddie, the Member must notify the Golf Staff or Caddie Master to reserve a caddie.

c. It is suggested the gratuity be paid by the Member or guests after the completion of the round.

d. The base caddie fee will be charged to the Member's account. Fees are outlined below:

Honor Caddie
     Carrying     $50 per bag
     Forecaddie     $25 per bag

Regular Caddie
     Carrying     $45 per bag
     Forecaddie     $20 per bag

(When playing 9 holes, 60% of the posted rate applies)

The recommended gratuity range for 18 holes is:
     $5-$10 per bag for a forecaddie
     $10-$20 per bag for carrying

## 5. Golf Tee Times

a. The Golf Shop Staff will assign the tee times depending on availability.

b. A Member may not have more than two (2) tee time reservations on the book at any time.

c. Tee time changes must be approved by the Golf Staff.

d. A Member should notify the Golf Staff of any cancellation as soon as possible.

## 6. Golf Cart Rules

a. **At all times carts should remain on paths at all tees and greens. No cart shall be driven within thirty (30) feet of any green or tee (except on a path). No cart shall be driven on any slope, hill, or mound around a green or tee.**

b. **Golf carts shall not be driven on or around slopes.**

c. Golf carts shall not be used by a Member or guest without proper assignment and registration.

d. Each operator of a golf cart must be at least 16 years of age and have a valid automobile driver's license.

e. Golf carts are not to be used off the golf course.

f. All traffic signs must be obeyed.

g. Operation of a golf cart is at the risk of the operator. Cost of repair to a golf cart provided by the Club and damaged by a Member will be charged to such Member, or in the case of damage by the guest, to the hosting Member.

h. Private golf carts are not permitted on the Club facilities.

26

7. **Handicaps**

   a. Handicaps will be computed under the supervision of the Golf Professional in accordance with current USGA recommendations.

   b. Accurate records are to be kept of scores turned in and recorded for all full rounds played.

8. **Golf Course Etiquette**

   a. Each person using the course should do his or her part to make a round of golf at the Club a pleasant experience for everyone. Please observe the following rules:

   (i) Do not waste time. Be ready to make your shot when it is your turn to play, and do not refuse to shoot out of turn if doing so will contribute importantly to the progress of your group.

   (ii) Never leave the golf cart in front of the green where you will have to go back to get it.

   (iii) When play of a hole is completed, leave the green promptly and proceed to the next tee without delay. Record the scoring for the completed hole while the others in your group are playing from the next tee.

   (iv) If you are not holding your place on the course, allow the players behind to play through. Do the same if you stop for a lost ball. A round of golf should take approximately four hours.

   (v) Repair your ball marks and one additional ball mark on the greens.

   (vi) Carefully rake bunkers after use.

## SCHEDULE OF FEES AND DUES

|  | Deposit | Annual Dues |
|---|---|---|
| Primary Membership | $150,000 | $10,105 |
| Spousal Membership | $75,000 | $5,052 |

## 2004 TOURNAMENT SCHEDULE

| February 27 | Men's One Day Member-Guest |
| March 3-4 | Women's Member-Guest |
| March 19-20 | Men's Spring Member-Member |
| April 2-4 | Men's Club Championship |
| April 14-15 | Women's Club Championship |
| May 14 | Men's One Day Member-Guest |
| September 24-25 | Men's Member-Guest |
| October 19 | Women's One Day Member-Guest |
| October 22-23 | Fall Members' Tournament |
| November 4-5 | Member–Pro Invitational |
| December 18 | Santa Claus Open |

*Reminder: The golf course will be closed on the following dates:*

| June 1-17 | Transition |
| October 4-14 | Course overseeding project |

28

NOTES

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NOTES

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NOTES

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



# OCEAN FOREST GOLF CLUB
## ACCEPTANCE FORM

I hereby accept the invitation to Membership in Ocean Forest Golf Club ("the Club"). My name should be placed on the membership roster as follows:

Name_____

Home Address _____

City _____ State _____ Zip _____

Telephone _____

Type of Business_____

Company Name _____

Business Address_____

City _____ State _____ Zip _____

Business Telephone _____ Fax_____

Email Address_____


## OTHER CLUB MEMBERSHIPS
(please designate whether a current or former membership)

| | *Name of Club* | *City, State* | *Current/Former* |
|---|---|---|---|
| 1. | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ |

I would like my statements mailed to:    ☐ Home    ☐ Business

In case of emergency, the Club should contact:

Spouse_____    _____    _____
　　　　　　　　*Name*　　　　　　　　　　　　　　*Day Phone*　　　　　　　　　　　*Night Phone*

Other_____    _____    _____
　　　　　　　　*Name*　　　　　　　　　　　　　　*Day Phone*　　　　　　　　　　　*Night Phone*

1. I hereby accept my invitation to become a Member of the Club and submit with this Acceptance my check in the amount of $_____ payable to the Sea Island Company in payment of the Initiation Deposit for my Membership or (if applicable) the Initiation Deposits for my Membership and the Spousal Membership for my spouse.

2. I understand that Membership privileges are contingent upon payment of all required dues and other charges.

3. I hereby acknowledge that the use of the Club facilities and any privilege or service incident to Membership in the Club is voluntary and that any use or acceptance of any service or privilege incident to Membership is undertaken with knowledge of the risk of possible injury. I hereby accept any and all risk of injury to myself, my guests and my family members sustained while using the Club facilities or involved in any event or activity incident to Membership in the Club. In accepting the risk of injury, I understand that I am relieving the Sea Island Company and the Club and their respective affiliates, directors, officers, employees, representatives and agents from any and all losses, costs, claims, injuries, damages or liabilities sustained or incurred by me, my guests and my family members resulting from or arising out of any conduct or event connected with Membership in the Club or use of any of the Club facilities, including any act negligently taken or omitted by the Club.

4. I hereby acknowledge receipt of the Rules an Regulations of the Club dated January 1, 2009 and agree to be bound by the terms and conditions thereof as the same may be amended by the Club from time to time in its discretion. I understand that my Membership may be terminated for failure to abide by the Rules and Regulations of the Club.

5. I hereby acknowledge that my Initiation Deposit will be repaid in accordance with the terms and conditions of the above Rules and Regulations.

_____          _____
*Date*                                      *Member's Signature*

_____          _____
*Date*                                      *Spousal Member's Signature*

## TO BE COMPLETED BY THE CLUB:

This Acceptance shall not be binding on the club until the acceptance below is signed. The Club agrees to repay the Initiation Deposit paid by the Membership in accordance with the Rules and Regulations of the Club.

_____          _____
*Date*                                      *Name*

                                        _____
                                        *Title*

For further information, contact A.W. Jones III at 912-638-5158.