### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **SEA ISLAND COMPANY,** *et al.*, | ) | **Case No. 10-21034** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | **Judge John S. Dalis** |
| | ) | |

## NOTICE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on November 8, 2010, the United States Bankruptcy Court for the Southern District of Georgia entered the Findings of Fact, Conclusions of Law and Order (the "Confirmation Order") confirming the Amended and restated Joint Chapter 11 as of August 10, 2010 (the "Plan") filed by Sea Island Company; Sea Island Coastal Properties LLC; Sea Island Services, Inc.; Sea Island Resort Residences, LLC; Sea Island Apparel, LLC; First Sea Island, LLC; and SICAL, LLC (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order and the Plan may be obtained at http://dm.epiq11.com/seaisland.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on December 16, 2010, following the closing of the sale of substantially all of the Debtors' assets to Sea Island Acquisition, LLC on December 15, 2010.

**PLEASE TAKE FURTHER NOTICE** that the Plan contains a bar date for Administrative Claims as set forth in the Notice of Confirmation of Plan, Permanent Injunction, and Various Deadlines filed on November 18, 2010 [Docket No. 403].

    GILBERT, HARRELL, SUMERFORD &
    MARTIN, P.C.

    /s/ Robert M. Cunningham
    Robert M. Cunningham
    Georgia Bar No. 202228
    rcunningham@gilbertharrelllaw.com
    777 Gloucester Street, Suite 200
    P.O. Box 190
    Brunswick, Georgia 31521-0190
    Telephone:   (912) 265-6700
    Facsimile:    (912) 264-3917

and

KING & SPALDING LLP
Sarah R. Borders
Georgia Bar No. 610649
sborders@kslaw.com
Harris Winsberg
Georgia Bar No. 770892
hwinsberg@kslaw.com
Sarah L. Taub
Georgia Bar No. 556919
staub@kslaw.com
Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:   (404) 572-4600
Facsimile:   (404) 572-5128

COUNSEL FOR THE
DEBTORS-IN-POSSESSION