# BRENNAN & WASDEN LLP

ATTORNEYS AT LAW
411 EAST LIBERTY STREET
SAVANNAH, GEORGIA 31401
TELEPHONE (912) 232-6700
FAX (912) 232-0799

JOSEPH P. BRENNAN
WILEY A. WASDEN III
MARVIN W. McGAHEE, (GA & SC)
W. RICHARD DEKLE
TRACIE G. SMITH
J. CURT THOMAS, (GA & SC)
WILLIAM E. DILLARD III
B. NICOLE SMITH
TRAVIS D. WINDSOR
T. DANIEL TUCKER
SALLY HASKELL PERKINS
KATHRYN A. WESTBERRY
MARIA C. DANELLO

REPLY TO:
P.O. BOX 8047
SAVANNAH, GEORGIA 31412

E-MAIL:
attorneys@brennanandwasden.com

July 20, 2012

US Bankruptcy Court
Southern District of Georgia
801 Gloucester St
3rd Floor
Brunswick, GA 31520

RE: <u>In Re Sea Island Company et al</u>
United State Bankruptcy Court
Fro the Southern District of Georgia
Case No: 10-21034
Our File No: 944-1

To whom it may concern:

Please withdraw claim number 93. It was filed in error. Thank you.

With kind regards,

William E. Dillard
For the Firm

BED/mkl
Enclosures