IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 CASE |
| | ) | NUMBER 10-21034 |
| SEA ISLAND COMPANY, et al. | ) | |
| | ) | JOINTLY ADMINISTERED |
| Debtors | ) | |
| | ) | |
| SEA ISLAND ACQUISITION LLC | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT H. BARNETT as the LIQUIDATION TRUSTEE under the Sea Island Company Liquidation Trust | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |
| ROBERT H. BARNETT as the LIQUIDATION TRUSTEE under the Sea Island Company Liquidation Trust | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SEA ISLAND ACQUISITION LLC | ) | |
| | ) | |
| Respondent | ) | |

**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Brunswick, Georgia
*By cking at 9:18 am, Apr 11, 2014*

**ORDER GRANTING MOTION FOR ENTRY OF ORDER
DIRECTING THE APPLICATION OF RULE 7016**

Pursuant to notice, a status hearing was held on the Motion to Clarify Provisions Relating to Implementation of the Confirmed Plan by Sea Island Acquisition LLC, with preliminary

response and motion by Robert H. Barnett as the Liquidation Trustee under the Sea Island Company Liquidation Trust ("Liquidation Trustee") seeking entry of an order directing the application of Rule 7016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") to this contested matter.

The motion by the Liquidation Trustee is **ORDERED GRANTED**. The provisions of Bankruptcy Rule 9014(c) apply, with a discovery deadline of August 8, 2014. A continued status hearing on the Motion to Clarify will be held on August 14, 2014, at 1:00 p.m. at the United States Courthouse, 801 Gloucester Street, Third Floor, Brunswick, Georgia.

JOHN S. DALIS
United States Bankruptcy Judge

Dated at Brunswick, Georgia,
this /0 day of April, 2014.