# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re: <br> **Sea Island Company, et al** <br>     Debtor | Case No.:   10–21034–JSD <br> Judge:   John S. Dalis <br><br> Chapter:   11 |

## NOTICE OF REASSIGNED HEARING

The Hearing on the Continued Status of the Motion to Clarify Provisions Relating to Implementation of the Confirmed Plan filed by Sea Island Acquisition, LLC formerly Sea Island Acquisition, LP originally scheduled **August 14, 2014** has been reassigned to:

*August 18, 2014 , at 01:00 PM ,*
*U.S. Bankruptcy Court,*
*U. S. Courthouse, 3rd Floor Courtroom, Brunswick, GA .*

All other provisions of the original notice remain in full force and effect.

*Lucinda B. Rauback, CLERK*
United States Bankruptcy Court
PO Box 8347
Savannah, GA 31412

Dated: April 11, 2014

B–40R [Rev. 05/12]  **CK**