# In the United States Bankruptcy Court
## For the Southern District of Georgia

| | |
|---|---|
| In the matter of: ) | |
| ) | Chapter 11 |
| Sea Island Company, et al ) | |
| ) | Case Number 10-21034-JSD |
| Debtor(s) ) | Jointly Administered |

## NOTICE OF HEARING

Notice is given that a Hearing will be held on:

**July 10, 2014 at 1:00 PM**
**U.S. Courthouse, 801 Gloucester Street, Third Floor, Brunswick, Georgia**

to determine if Kings Point Property Owners Association, Inc. is a party in interest and has standing in the contested matter regarding the Motion to Clarify Provisions Relating to Implementation of the Confirmed Plan by Sea Island Acquisition, LLC, with Preliminary Response and Motion by Liquidation Trustee.

Notice is also given that the Continued Status Hearing on the Motion to Clarify Provisions Relating to Implementation of the Confirmed Plan by Sea Island Acquisition, LLC formerly Sea Island Acquisition, LP scheduled for August 18, 2014 and the Discovery Deadline for August 8, 2014 is hereby VACATED. All discovery between Liquidation Trustee and Kings Point Property Owners Association, Inc. is stayed pending resolution of the standing issue.

Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Post Office Box 8347
Dated June 26, 2014                                Savannah, Georgia  31412