**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Brunswick, Georgia
**By cking at 3:54 pm, Jul 30, 2014**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 CASE |
| | ) | NUMBER <u>10-21034</u> |
| SEA ISLAND COMPANY, et al. | ) | |
| | ) | JOINTLY ADMINISTERED |
| Debtors | ) | |
| | ) | |
| SEA ISLAND ACQUISITION LLC | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT H. BARNETT as the | ) | |
| LIQUIDATION TRUSTEE under | ) | |
| the Sea Island Company | ) | |
| Liquidation Trust | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KINGS POINT PROPERTY OWNERS | ) | |
| ASSOCIATION INC. | ) | |
| | ) | |
| Intervenor | ) | |

### ORDER EXTENDING DISCOVERY

The deadline of August 8, 2014, having previously been vacated, the period for discovery in the contested matter of the Motion to Clarify Provisions Relating to Implementation of the

Confirmed Plan by Sea Island Acquisition LLC is **ORDERED EXTENDED** through January 12, 2015.

Dated at Brunswick, Georgia, this 30 day of July, 2014.

JOHN S. DALIS
United States Bankruptcy Judge