UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SEA ISLAND COMPANY, *et al.,* | ) | |
| | ) | Case No. 10-21034 - JSD |
| | ) | Jointly Administered |
| Debtors, | ) | |
| | ) | |
| _____ | ) | |
| | ) | Contested Matter |
| SEA ISLAND ACQUISITION, LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Judge John S. Dalis |
| ROBERT H. BARNETT, Liquidation Trustee | ) | |
| under the Sea Island Liquidation Trust, | ) | |
| | ) | |
| Respondent. | ) | |

**STIPULATION OF EXTENSION OF TIME TO RESPOND
AND OBJECT TO (I) SEA ISLAND ACQUISITION LLC'S FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS TO ROBERT H.
BARNETT, LIQUIDATION TRUSTEE, (II) SEA ISLAND
ACQUISITION LLC'S FIRST REQUESTS FOR ADMISSION
TO ROBERT H. BARNETT, LIQUIDATION TRUSTEE, AND (III)
SEA ISLAND ACQUISITION LLC'S FIRST INTERROGATORIES
TO ROBERT H. BARNETT, LIQUIDATION TRUSTEE**

COMES NOW Robert H. Barnett as Liquidation Trustee (the "Liquidation Trustee")

under the Sea Island Company Liquidation Trust and Sea Island Acquisition LLC and hereby

stipulate and agree that the Liquidation Trustee shall have through and including November 11,

2014 to respond and object to the following: (i) Sea Island Acquisition LLC's First Request for

Production of Documents to Robert H. Barnett, Liquidation Trustee; (ii) Sea Island Acquisition

6387458.3

LLC's First Requests for Admission to Robert H. Barnett, Liquidation Trustee; and (iii) Sea

Island Acquisition LLC's First Interrogatories to Robert H. Barnett, Liquidation Trustee.

This 27th day of October, 2014.

Robert M.D. Mercer
Georgia Bar No. 502317
BRYAN CAVE LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3488
(404) 572-6600 Telephone

*Counsel for Robert H. Barnett as the
Liquidation Trustee Under the Sea Island
Company Liquidation Trust*

Robert M. Cunningham
Georgia Bar No. 202228
Bradley M. Harmon
Georgia Bar No. 327097
Hunter, Maclean, Exley & Dunn, P.C.
777 Gloucester Street, Suite 400
Brunswick, Georgia 31520
(912) 262-5996 Telephone

*Counsel for Sea Island Acquisition, LLC*

6387458.3