UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Brunswick, Georgia
By cking at 4:52 pm, Nov 25, 2014

In re: )
) Chapter 11
SEA ISLAND COMPANY, et al., )
) Case No. 10-21034 - JSD
) Jointly Administered
Debtors. )
) Judge John S. Dalis
)
_____)

## ORDER GRANTING THE MOTION OF SEA ISLAND ACQUISITION LLC TO EXTEND THE DISCOVERY PERIOD

Upon the motion of Sea Island Acquisition LLC ("SIA") to extend the discovery period and for good cause shown, it is hereby ordered, adjudged and decreed:

1. SIA's motion is granted on the terms set forth below.

2. The deadline for the parties to complete discovery is April 13, 2015.

3. With respect to any issue arising under Rule 56(d) of the Federal Rules of Civil Procedure, no party shall be prejudiced by the motion or this Order; for the avoidance of doubt, SIA shall not be prejudiced for having moved to extend the discovery period, and Kings Point Property Owners Association, Inc. and Robert Barnett as the Liquidation Trustee under the Sea Island Company Liquidation Trust shall not be prejudiced for consenting to the motion.

[remainder of page intentionally left blank]

1

1015991-1

4. Service of this Order, which shall be effectuated through the Electronic Case File system upon entry of this Order, shall constitute good and sufficient service of this order and no other or further service shall be required.

SO ORDERED this 21st day of November, 2014.

Brunswick, Georgia

JOHN S. DALIS
UNITED STATES BANKRUPTCY JUDGE

Prepared and presented by:

/s/Bradley M. Harmon
Bradley M. Harmon
Georgia Bar No. 202228
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
200 E. Saint Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
(912) 236-0261 Telephone

*Counsel for Sea Island Acquisition, LLC*

Consented to by:

/s/Robert M.D.

Robert M.D. Mercer
Georgia Bar No. 502317
BRYAN CAVE LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
(404) 572-6600 Telephone

*Counsel for Robert H. Barnett as the
Liquidation Trustee Under the Sea Island
Company Liquidation Trust*

/s/ Thomas R. Walker

Thomas R. Walker
Georgia Bar No. 732755
MCGUIRE WOODS LLP
Promenade
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309
404) 443-5705  Telephone

*Counsel for Kings Point Property Owners
Association, Inc.*

1015991-1