# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| **SEA ISLAND COMPANY**, *et al.*, | ) Case No. 10-21034-JSD |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| **SEA ISLAND ACQUISITION, LLC,** | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| **ROBERT H. BARNETT, Liquidation Trustee under the Sea Island Liquidation Trust,** | ) |
| | ) Judge John S. Dalis |
| Respondent | ) |
| | ) |
| and | ) |
| | ) |
| **KINGS POINT PROPERTY OWNERS ASSOCIATION, INC.,** | ) |
| | ) |
| Intervenor. | ) |

## MOTION AND SUPPORTING MEMORANDUM
## FOR EXTENSION OF TIME FOR DISCOVERY

NOW COMES Robert H. Barnett as the Liquidation Trustee under the Sea Island Company Liquidation Trust (the "Liquidation Trustee") and respectfully moves the Court for an order extending the time period for discovery. In support of the motion, the Liquidation Trustee shows the Court as follows:

1. The current deadline for the parties to complete discovery is April 13, 2015. *See* Bankr. Docket No. 1275.

1

2. The parties have been diligent in working through the issues associated with this contested matter and are pleased to report the following[1]:

  a. Sea Island Acquisition, LLC ("SIA") and the Liquidation Trustee are working to resolve all issues relating to the contested matter other than with respect to the Kings Point Common Elements (as that term is defined in the Motion to Clarify Provisions Relating to Implementation of the Confirmed Plan, *see* Bankr. Docket No. 1102).

  b. With respect to the Kings Point Common Elements, the Liquidation Trustee and Kings Point Property Owners Association, Inc. ("Kings Point POA") intend to file summary judgment motions in this contested matter in the near future. And they are attempting to make a joint submission of (i) stipulated undisputed facts and (ii) facts that the parties will jointly request the Court to take judicial notice.

3. Accordingly, the parties request an extension of the discovery period, so they can focus on reaching a definitive agreement as to the points set forth in paragraph two. At the same time, as noted above, Kings Point POA and the Liquidation Trustee intend to file motions for summary judgment in the near future, and both are hopeful that the Court will be able to rule as a matter of law and grant summary judgment to one of the parties. Kings Point POA and the Liquidation Trustee, therefore, submit that conducting further discovery until after the Court has ruled on their summary judgment motions would be inefficient. *See* Fed. R. Bankr. P. 1001 ("These rules shall be construed to secured the just, speedy, and *inexpensive* determination of every case and proceeding.") (emphasis added).

---

[1] The parties believe that they will be able to work through the issues as set forth below. But to the extent that they cannot do so, the parties reserve their rights.

4. As such, the parties request that the Court grant an extension of the deadline for the parties to complete discovery until the later of the following: (i) 60 days from the current deadline and (ii) 70 days from the entry of an order on any summary judgment motion.

5. The requested extension will not prejudice any of the parties.

6. As reflected by the signature on the proposed consent order attached as Exhibit "A," SIA and Kings Point POA consent to the relief requested.

WHEREFORE, Robert H. Barnett as the Liquidation Trustee respectfully requests that the Court enter an order substantially in the form attached as Exhibit "A" (i) granting the requested relief and (ii) granting such other and further relief as the Court may deem just and proper.

Dated: February 26, 2015.

James L. Drake, Jr.
Georgia Bar No. 229250
James L. Drake, Jr., P.C.
7 East Congress Street, Suite 901
Savannah, GA 31412
Telephone: (912) 790-1533


_/s/ Robert M.D. Mercer_
Robert M.D. Mercer
Georgia Bar No. 502317
BRYAN CAVE LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
(404) 572-6600 Telephone

*Counsel for Robert H. Barnett as the Liquidation Trustee Under the Sea Island Company Liquidation Trust*

3

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **In re** | ) | Chapter 11 |
| | ) | |
| **SEA ISLAND COMPANY,** *et al.*, | ) | Case No. 10-21034-JSD |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | |
| | ) | |
| **SEA ISLAND ACQUISITION, LLC,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **ROBERT H. BARNETT, Liquidation Trustee under the Sea Island Liquidation Trust,** | ) | |
| | ) | Judge John S. Dalis |
| **Respondent** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **KINGS POINT PROPERTY OWNERS ASSOCIATION, INC.,** | ) | |
| | ) | |
| **Intervenor.** | ) | |
| | ) | |

**ORDER GRANTING THE MOTION OF SEA ISLAND
ACQUISITION LLC TO EXTEND THE DISCOVERY PERIOD**

Upon the motion of Robert H. Barnett as the Liquidation Trustee under the Sea Island Company Liquidation Trust (the "Liquidation Trustee") to extend the discovery period and for good cause shown, it is hereby ordered, adjudged and decreed:

1. The Liquidation Trustee's motion is granted on the terms set forth below.

2. The deadline for the parties to complete discovery is the later of the following: (i) June 15, 2015 or (ii) assuming that one or more summary judgment motions are pending on or before June 15, 2015, 70 days from the entry of an order on all summary judgment motions.

5

3. Service of this Order, which shall be effectuated through the Electronic Case File system upon entry of this Order, shall constitute good and sufficient service of this order and no other or further service shall be required.

SO ORDERED this ____ day of _____, 2015.
Brunswick, Georgia

                                        JOHN S. DALIS
                                      UNITED STATES BANKRUPTCY JUDGE

Prepared and presented by:

     */s/ Robert M.D. Mercer*
Robert M.D. Mercer
Georgia Bar No. 502317
BRYAN CAVE LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600

*Counsel for Robert H. Barnett as the Liquidation Trustee Under the Sea Island Company Liquidation Trust*

Consented by:

     */s/ Bradley M. Harmon*
Bradley M. Harmon
Georgia Bar No. 327097
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
777 Gloucester Street, Suite 400
Brunswick, Georgia 31520
Telephone: (912) 262-5996

*Counsel for Sea Island Acquisition, LLC*

     */s/ Jason M. Tate*
Jason M. Tate
Georgia Bar No. 140827
ROBERTS TATE, LLC
114 Island Professional Park
P.O. Box 21828
St. Simons Island, Georgia 31522
(912) 638-5200 Telephone

*Counsel for Kings Point Property Owners Association, Inc.*

6