**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Brunswick, Georgia
By cking at 1:41 pm, Feb 26, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| SEA ISLAND COMPANY, *et al.*, ) | Case No. 10-21034-JSD |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| SEA ISLAND ACQUISITION, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT H. BARNETT, Liquidation Trustee ) | |
| under the Sea Island Liquidation Trust, ) | Judge John S. Dalis |
| ) | |
| Respondent ) | |
| ) | |
| and ) | |
| ) | |
| KINGS POINT PROPERTY OWNERS ) | |
| ASSOCIATION, INC., ) | |
| ) | |
| Intervenor. ) | |

### ORDER GRANTING THE MOTION OF SEA ISLAND ACQUISITION LLC TO EXTEND THE DISCOVERY PERIOD

Upon the motion of Robert H. Barnett as the Liquidation Trustee under the Sea Island Company Liquidation Trust (the "Liquidation Trustee") to extend the discovery period and for good cause shown, it is hereby ordered, adjudged and decreed:

1. The Liquidation Trustee's motion is granted on the terms set forth below.

2. The deadline for the parties to complete discovery is the later of the following: (i) June 15, 2015 or (ii) assuming that one or more summary judgment motions are pending on or before June 15, 2015, 70 days from the entry of an order on all summary judgment motions.

3. Service of this Order, which shall be effectuated through the Electronic Case File system upon entry of this Order, shall constitute good and sufficient service of this order and no other or further service shall be required.

SO ORDERED this 26th day of February, 2015.
Brunswick, Georgia

JOHN S. DALIS
UNITED STATES BANKRUPTCY JUDGE

Prepared and presented by:

*/s/ Robert M.D. Mercer*
Robert M.D. Mercer
Georgia Bar No. 502317
BRYAN CAVE LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600

*Counsel for Robert H. Barnett as the Liquidation Trustee Under the Sea Island Company Liquidation Trust*

Consented by:

*/s/ Bradley M. Harmon*
Bradley M. Harmon
Georgia Bar No. 327097
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
777 Gloucester Street, Suite 400
Brunswick, Georgia 31520
Telephone: (912) 262-5996

*Counsel for Sea Island Acquisition, LLC*

*/s/ Jason M. Tate*
Jason M. Tate
Georgia Bar No. 140827
ROBERTS TATE, LLC
114 Island Professional Park
P.O. Box 21828
St. Simons Island, Georgia 31522
(912) 638-5200 Telephone

*Counsel for Kings Point Property Owners Association, Inc.*