## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **SEA ISLAND COMPANY,** *et al.*, | ) | Case No. 10-21034-JSD |
| **Debtors.** | ) | Jointly Administered |
| | ) | |
| ———————————————— | ) | |
| | ) | |
| **SEA ISLAND ACQUISITION, LLC,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ROBERT H. BARNETT, Liquidation Trustee** | ) | |
| **under the Sea Island Liquidation Trust,** | ) | Judge John S. Dalis |
| | ) | |
| **Respondent,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **KINGS POINT PROPERTY OWNERS** | ) | |
| **ASSOCIATION, INC.,** | ) | |
| | ) | |
| **Intervenor.** | ) | |
| ———————————————— | ) | |

## MOTION AND SUPPORTING MEMORANDUM
## FOR EXTENSION OF TIME FOR DISCOVERY

NOW COMES Robert H. Barnett as the Liquidation Trustee under the Sea Island

Company Liquidation Trust (the "Liquidation Trustee") and respectfully moves the Court for an

order extending the time period for discovery.  In support of the motion, the Liquidation Trustee

shows the Court as follows:

1.      The current deadline for the parties to complete discovery is the later of the

following:  (i) June 15, 2015 (the "Initial Discovery Cut Off") or (ii) assuming that one or more

1

summary judgment motions are pending on or before June 15, 2015, 70 days from the entry of an order on all summary judgment motions. *See* Bankr. Docket No. 1319 at ¶ 2.

2.      The parties have been diligent in working through the issues associated with this contested matter.[1]  With respect to the Kings Point Common Elements[2], as the Liquidation Trustee previously advised the Court, the Liquidation Trustee and Kings Point Property Owners Association, Inc. ("Kings Point POA") intend to file summary judgment motions in this contested matter. *See* Bankr. Docket No. 1318 at ¶ 2(b).[3]  To facilitate the Court's consideration of such motions, the Liquidation Trustee and Kings Point POA have spent a considerable amount of time working through joint stipulations.  However, given the complexity of the contested matter, the number of stipulations involved, and the fact that one of the counsel of record—who is one of the primary attorneys working on the stipulations—recently spent time out of the office associated with the birth of a child, the Liquidation Trustee and Kings Point POA request additional time to finalize such stipulations.

3.      The Liquidation Trustee and Kings Point POA believe that it is prudent to focus their efforts on such stipulations and not to also engage in discovery simultaneously.  Indeed, the parties hope that the stipulations will eliminate the need for any further pre-summary judgment discovery.[4]  *See* Fed. R. Bankr. P. 1001 ("These rules shall be construed to secure the just,

---

[1] The parties believe that they will be able to work through the issues as set forth below.  But to the extent that they cannot do so, the parties reserve all of their rights.

[2] Such term shall have the meaning ascribed to it in the Motion to Clarify Provisions Relating to Implementation of the Confirmed Plan. *See* Bankr. Docket No. 1102.

[3] As the Liquidation Trustee previously advised the Court, Sea Island Acquisition, LLC and the Liquidation Trustee are working to resolve all issues relating to the contested matter other than with respect to the Kings Point Common Elements. *See* Bankr. Docket No. 1318 at ¶ 2(a).  But after the Court granted the last extension, they realized that they will better able to do so once the parties finalize the stipulations.

[4] Of course, if the Court denies summary judgment leaving issues of fact to be decided at an evidentiary hearing, the parties may have to engage in further discovery at that point.

6426158.1

speedy, and *inexpensive* determination of every case and proceeding.") (emphasis added).   But without the requested extension, the Initial Discovery Cut Off will occur in a little over 30 days. So without the requested extension, on or before June 15, 2015, in addition to trying to agree on the stipulations, the Liquidation Trustee and Kings Point POA would need to do the following: (i) send out a last round of written discovery; (ii) review and produce documents; (iii) review documents produced by opposing parties; (iv) schedule and take depositions; and (v) move for summary judgment.

4.     If the Court grants the requested extension, however, the parties can focus their efforts on working through the joint stipulations knowing that, if they cannot finalize them within a reasonable amount of time, they will have time thereafter to engage in discovery.

5.     As such, the parties request that the Court grant  an extension of the deadline for the parties to complete discovery until the later of the following: (i) September 15, 2015 and (ii) 70 days from the entry of an order on any summary judgment motion.

6.     The requested extension will not prejudice any of the parties.

7.     As reflected by the signatures on the proposed consent order attached as Exhibit "A," SIA and Kings Point POA consent to the relief requested.

[remainder of this page intentionally left blank]

WHEREFORE, Robert H. Barnett as the Liquidation Trustee respectfully requests that the Court enter an order substantially in the form attached as Exhibit "A" (i) granting the requested relief and (ii) granting such other and further relief as the Court may deem just and proper.

Dated: May 11, 2015.

James L. Drake, Jr.
Georgia Bar No. 229250
James L. Drake, Jr., P.C.
7 East Congress Street, Suite 901
Savannah, GA 31412
Telephone: (912) 790-1533


_____ /s/ Robert M.D. Mercer_____
Robert M.D. Mercer
Georgia Bar No. 502317
BRYAN CAVE LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3488
(404) 572-6600 Telephone

*Counsel for Robert H. Barnett as the Liquidation Trustee Under the Sea Island Company Liquidation Trust*

6426158.1

**EXHIBIT "A"**

6426158.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **SEA ISLAND COMPANY,** *et al.,* | ) | Case No. 10-21034-JSD |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| **SEA ISLAND ACQUISITION, LLC,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **ROBERT H. BARNETT, Liquidation Trustee** | ) | |
| **under the Sea Island Liquidation Trust,** | ) | Judge John S. Dalis |
| | ) | |
| Respondent, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **KINGS POINT PROPERTY OWNERS** | ) | |
| **ASSOCIATION, INC.,** | ) | |
| | ) | |
| Intervenor. | ) | |

**ORDER GRANTING THE MOTION OF SEA ISLAND**
**ACQUISITION LLC TO EXTEND THE DISCOVERY PERIOD**

Upon the motion of Robert H. Barnett as the Liquidation Trustee under the Sea Island

Company Liquidation Trust (the "Liquidation Trustee") to extend the discovery period and for

good cause shown, it is hereby ordered, adjudged and decreed:

1.    The Liquidation Trustee's motion is hereby granted on the terms set forth below.

2.    The deadline for the parties to complete discovery shall hereby be the later of the

following:

6426158.1

(i) September 15, 2015 or (ii) assuming that one or more summary judgment motions are pending on or before September 15, 2015, 70 days from the entry of an order on all summary judgment motions.

3.    Service of this Order, which shall be effectuated through the Electronic Case File system upon entry of this Order, shall hereby constitute good and sufficient service of this order and no other or further service shall be required.

SO ORDERED this ____ day of _____, 2015.
Brunswick, Georgia


_____
JOHN S. DALIS
UNITED STATES BANKRUPTCY JUDGE


[remainder of the page intentionally left blank]

6426158.1

Prepared and presented by:

James L. Drake, Jr.
Georgia Bar No. 229250
James L. Drake, Jr., P.C.
7 East Congress Street, Suite 901
Savannah, GA 31412
Telephone: (912) 790-1533

Consented by:

Thomas R. Walker
Georgia Bar No. 732755
MCGUIREWOODS LLP
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia  30309
(404) 443-5705 [direct dial]


*/s/ Robert M.D. Mercer*
Robert M.D. Mercer
Georgia Bar No. 502317
BRYAN CAVE LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600

*Counsel for Robert H. Barnett as the Liquidation Trustee Under the Sea Island Company Liquidation Trust*

*/s/ Jason M. Tate*
Jason M. Tate
Georgia Bar No. 140827
ROBERTS TATE, LLC
114 Island Professional Park
P.O. Box 21828
St. Simons Island, Georgia  31522
(912) 638-5200  Telephone

*Counsel for Kings Point Property Owners Association, Inc.*


*/s/ Bradley M. Harmon*
Bradley M. Harmon
Georgia Bar No. 327097
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
777 Gloucester Street, Suite 400
Brunswick, Georgia  31520
Telephone: (912) 262-5996

*Counsel for Sea Island Acquisition, LLC*

6426158.1