UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Brunswick, Georgia
*By cking at 11:15 am, May 12, 2015*

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SEA ISLAND COMPANY, *et al.*, | ) | Case No. 10-21034-JSD |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| SEA ISLAND ACQUISITION, LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT H. BARNETT, Liquidation Trustee | ) | |
| under the Sea Island Liquidation Trust, | ) | Judge John S. Dalis |
| | ) | |
| Respondent, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KINGS POINT PROPERTY OWNERS | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Intervenor. | ) | |

## ORDER GRANTING THE MOTION OF SEA ISLAND
## ACQUISITION LLC TO EXTEND THE DISCOVERY PERIOD

Upon the motion of Robert H. Barnett as the Liquidation Trustee under the Sea Island

Company Liquidation Trust (the "Liquidation Trustee") to extend the discovery period and for

good cause shown, it is hereby ordered, adjudged and decreed:

      1.    The Liquidation Trustee's motion is hereby granted on the terms set forth below.

      2.    The deadline for the parties to complete discovery shall hereby be the later of the

following:

6426158 1

(i) September 15, 2015 or (ii) assuming that one or more summary judgment motions are pending on or before September 15, 2015, 70 days from the entry of an order on all summary judgment motions.

3.      Service of this Order, which shall be effectuated through the Electronic Case File system upon entry of this Order, shall hereby constitute good and sufficient service of this order and no other or further service shall be required.

SO ORDERED this 12th day of ___May___, 2015.
Brunswick, Georgia

JOHN S. DALIS
UNITED STATES BANKRUPTCY JUDGE

[remainder of the page intentionally left blank]

Prepared and presented by:

James L. Drake, Jr.
Georgia Bar No. 229250
James L. Drake, Jr., P.C.
7 East Congress Street, Suite 901
Savannah, GA 31412
Telephone: (912) 790-1533

Consented by:

Thomas R. Walker
Georgia Bar No. 732755
MCGUIREWOODS LLP
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia  30309
(404) 443-5705 [direct dial]


_____*/s/ Robert M.D. Mercer*_____
Robert M.D. Mercer
Georgia Bar No. 502317
BRYAN CAVE LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600

*Counsel for Robert H. Barnett as the Liquidation Trustee Under the Sea Island Company Liquidation Trust*

_____*/s/ Jason M. Tate*_____
Jason M. Tate
Georgia Bar No. 140827
ROBERTS TATE, LLC
114 Island Professional Park
P.O. Box 21828
St. Simons Island, Georgia  31522
(912) 638-5200  Telephone

*Counsel for Kings Point Property Owners Association, Inc.*


_____*/s/ Bradley M. Harmon*_____
Bradley M. Harmon
Georgia Bar No. 327097
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
777 Gloucester Street, Suite 400
Brunswick, Georgia  31520
Telephone: (912) 262-5996

*Counsel for Sea Island Acquisition, LLC*

6426158 1