UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Brunswick, Georgia
By cking at 3:09 pm, Dec 04, 2015

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SEA ISLAND COMPANY, et al., ) | |
| ) | Case No. 10-21034 - JSD |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Judge John S. Dalis |
| _____ ) | |

## ORDER GRANTING, SUBJECT TO OBJECTION ON THE TERMS SET FORTH BELOW, THE MOTION TO EXTEND THE DURATION OF THE LIQUIDATION TRUST

Upon the Motion to Extend the Duration of the Liquidation Trust (the "Motion") filed by Robert H. Barnett as the Liquidation Trustee (the "Liquidation Trustee") under the Sea Island Company Liquidation Trust (the "Liquidation Trust"), and finding that, based on the particular facts and circumstances, the requested extension is in the best interest of the Beneficiaries (as that term is defined in the Liquidation Trustee Agreement) and is necessary to the liquidating purpose of the Liquidation Trust; cause, therefore, exists to grant the relief requested set forth below, and it is hereby

ORDERED, ADJUDGED AND DECREED that the Motion is hereby granted and the Court hereby (i) approves the extension of the Liquidation Trust pursuant to section 9.1 of the Liquidation Trust Agreement and (ii) extends the duration of the Liquidation Trust through and including ninety (90) days after the Hearing Date (as defined below); and it is

**FURTHER ORDERED that the Court hereby grants the Motion and hereby (i) approves the requested extension of the Liquidation Trust pursuant to section 9.1 of the Liquidation Trust Agreement and (ii) extends the duration of the Liquidation Trust through and including December 16, 2017 subject to a party with standing filing a written**

{01392095.DOCXv2}

objection with the Court on or before ten (10) days in advance of the Hearing Date; if no written objection is timely filed, the extension of the duration of the Liquidation Trust through and including December 16, 2017 shall be hereby granted on a final basis; and it is

**FURTHER ORDERED** that, if a timely written objection is filed with the Court, the Court shall hold a hearing at 1:00pm on January 14, 2016 (the "Hearing Date") at U.S. Courthouse, 801 Gloucester St., 3rd Fl., Brunswick, GA 31520, (the "Hearing"), and the Court shall consider at the Hearing whether to extend the duration of the Liquidation Trust beyond ninety (90) days after the Hearing Date through and including December 16, 2017; and it is

FURTHER ORDERED that, if a Beneficiary objects to the entry of the Order, it shall set forth in its written objection its name (as it appears on its proof of claim or on the Debtors' schedules), its claim number, and the amount of its claim; and it is

FURTHER ORDERED that the relief granted in this Order is without prejudice to the right of the Liquidation Trustee to seek a further extension of the Liquidation Trust; and it is

[remainder of the page intentionally left blank]

FURTHER ORDERED that within three (3) business days of entry of this Order, the Liquidation Trustee shall serve the Motion and this Order on the same parties and in the same manner as in the certificate of service appearing at Bankr. Docket No. 1363; provided, however, that no service shall be required for any party whose claims have been disallowed; however, for the avoidance of doubt, pursuant to ECF Local Rule 9, the Electronic Case File notice automatically sent to attorneys who have filed a pleading in these cases shall constitute service on such attorneys and their clients. No other or further service or notice shall be required.

SO ORDERED this 4th day of December, 2015.
Brunswick, Georgia

_____
JUDGE JOHN S. DALIS
UNITED STATES BANKRUPTCY COURT

Prepared and presented by:

_____/s/ Robert M.D. Mercer_____
Robert M.D. Mercer
Georgia Bar No. 502317
J. Zachary Zimmerman (*admitted pro hac vice*)
Georgia Bar No. 785135
SCHULTEN WARD & TURNER, LLP
260 Peachtree Street, N.W.
Suite 2700
Atlanta, Georgia 30303
(404) 688-6800 Telephone

*Counsel for Robert H. Barnett as the Liquidation Trustee*
*Under the Sea Island Company Liquidation Trust*