UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Brunswick, Georgia
By cking at 11:58 am, Jan 14, 2016

In re: )
) Chapter 11
SEA ISLAND COMPANY, et al., )
) Case No. 10-21034 - JSD
) Jointly Administered
Debtors. )
) Judge John S. Dalis
)

## ORDER GRANTING, SUBJECT TO OBJECTION ON THE TERMS SET FORTH BELOW, THE MOTION TO APPROVE THE COMPROMISE AND SETTLEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

This matter came before the Court upon the Motion of Robert H. Barnett, Liquidation Trustee, for an Order Approving the Compromise and Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Bankr. Docket No. 1462] (the "Motion").[1] As set forth below by the signature of its counsel, given that the Order is consistent with the Settlement Agreement, Hog Hammock, LLC hereby consents to the relief granted below. Finding that cause exists to grant the relief requested, including, but not limited to, shortening notice on the Motion pursuant to Fed. R. Bankr. P. 9006(c)(1), it is hereby:

ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED as set forth below; and it is

FURTHER ORDERED that the Settlement Agreement,[2] a copy of which is attached as Exhibit "A" to the Motion, is approved and authorized in all respects, subject to a party in interest filing a written objection with the Court on or before **January 29, 2016**; and it is

---

[1] Capitalized but undefined terms used herein have the meaning ascribed to them in the Motion.

[2] To the extent of conflict, ambiguity, or otherwise, the terms of this Order shall prevail over the terms of the Settlement Agreement.

1

FURTHER ORDERED that, if a timely objection is filed with the Court, the Court shall hold a hearing at **1:00 P.M. on February 11, 2016 at U.S. Courthouse, 801 Gloucester Street, Third Floor, Brunswick, GA 31520.** (the "Hearing"), and the Court shall consider at the Hearing whether to approve the Settlement Agreement and grant the other relief set forth in this Order; and it is

FURTHER ORDERED that any party filing an objection to the Motion shall set forth (a) the legal and factual bases for the objection and (b) shall identify by schedule (or proof of claim) number, the amount, and the bases for the claim(s) upon which it asserts standing; and it is

FURTHER ORDERED that the Settlement Agreement is adopted and incorporated in its entirety herein by reference; and it is

FURTHER ORDERED that neither Hog Hammock, LLC, Katharine Jones O'Connor, nor Paul F. O'Connor shall object in any way to the Order; and it is

FURTHER ORDERED that notwithstanding any Federal Rule of Bankruptcy Procedure to the contrary, the Order shall be immediately enforceable upon its entry; and it is

FURTHER ORDERED that the Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of the Settlement Agreement and this Order; and it is

[remainder of page intentionally left blank]

FURTHER ORDERED that within one (1) business day of entry of this Order the Liquidation Trustee shall serve the Order and the Motion on the same parties and in the same manner as in the certificate of service appearing at Bankr. Docket No. 1363; provided however, that no service shall be required for any party whose claims have been disallowed. However, for the avoidance of doubt, pursuant to ECF Local Rule 9, the Electronic Case File notice automatically sent to attorneys who have filed a pleading in these cases shall constitute service on such attorneys and their clients. No other or further notice shall be required.

SO ORDERED this __14__ day of __January__, 2016
Brunswick, Georgia

JUDGE JOHN S. DALIS
UNITED STATES BANKRUPTCY COURT

Prepared and presented by:

Consented to by:

/s/ Robert M.D. Mercer
Robert M.D. Mercer
Georgia Bar No. 502317
J. Zachary Zimmerman *(admitted pro hac vice)*
Georgia Bar No. 785135
SCHULTEN WARD & TURNER LLP
260 Peachtree Street
Suite 2700
Atlanta, Georgia 30303
(404) 688-6800 Telephone
(404) 688-6840 Facsimile

*Counsel for Robert H. Barnett as the Liquidation Trustee under the Sea Island Company Liquidation Trust*

/s/ R. Michael Souther
R. Michael Souther
State Bar No. 668325
R. MICHAEL SOUTHER, P.C.
P. O. Box 978
Brunswick, Georgia 31521
Telephone: (912) 265-5544
msouther@mikesoutherlaw.com

*Counsel for Hog Hammock, LLC*

3