UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SEA ISLAND COMPANY, et al., ) | |
| ) | Case No. 10-21034 – JSD |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Judge John S. Dalis |
| ) | |

## CERTIFICATE OF SERVICE

This is to certify that the ***Motion for Expedited Approval of Sale of the Liquidation Trust's Interest in Lot 16 of Sea Island Lake Cottages*** [Docket No. 1591] (the "Motion") was filed on July 26, 2016 and the ***Order Granting, Subject to Objection on the Terms Set Forth Below, Motion for Expedited Approval of Sale of the Liquidation Trust's Interest in Lot 16 of Sea Island Lake Cottages*** [Bankr. Docket No. 1594] (the "Order") was entered on July 27, 2016 using the CM/ECF system and, according to the CM/ECF notice, the CM/ECF system sent notification of such entries to the parties listed below:

| | |
|---|---|
| David W. Adams | Lisa Howell Baggett |
| Ron C. Bingham, II | Sara R. Borders |
| Robert M. Brennan | Mark Bulovic |
| M. Tyus Butler, Jr. | R. Flay Cabiness |
| John Thomas Clarkson | Ezra H. Cohen |
| Kenneth D. Crowder | Robert M. Cunningham |
| Frank W. Deborde | William E. Dillard, III |
| Rufus T. Dorsey, IV | James L. Drake, Jr. |
| Kathleen Horne | Anica C. Jones |
| Jerome L. Kaplan | Jeffrey W. Kelley |
| J. Michael Lamberth | Matthew E. Mills |

{01486843.DOCXv1}

1

| | |
|---|---|
| Melissa S. Mundell | Kimberly E. Neureiter |
| Kenneth E. Noble | Office of the U.S. Trustee, 11 |
| William S. Orange, III | Frank J. Perch, III |
| Christopher D. Phillips | Noah Wade Priest-Goodsett |
| Michael B. Pugh | Margaret Onys Rentz |
| Paul Steven Singerman | R. Michael Souther |
| Shawna Y. Staton | Jason Monroe Tate |
| R. Michael Thompson | Thomas Raymond Walker |
| J. Alan Welch | David Allan Wender |
| Michael N. White | Kristin C. Wigness |
| James T. Wilson, Jr. | Harris Winsberg |

In addition, this is to certify that on July 26, 2016 the Motion was sent via electronic mail to the parties listed below and that on July 27, 2016 the Order was sent via electronic mail to the parties listed below. In addition, this is to further certify that on July 29, 2016 the Motion and Order were sent via first class U.S. mail to the parties listed below:

>Gregory and Jennifer Holcomb
>415 West Rutherford Street
>Athens, Georgia 30606
>gfholcomb@aol.com
>greg.holcomb@icloud.com

[remainder of page intentionally left blank]

{01486843.DOCXv1}

2

Dated: July 29, 2016

                                           */s/ Robert M.D. Mercer*
Robert M.D. Mercer
Georgia Bar No. 502317
Eric J. Silva (*admitted pro hac vice*)
Georgia Bar No. 442808
SCHULTEN WARD & TURNER LLP
260 Peachtree Street
Suite 2700
Atlanta, Georgia 30303
(404) 688-6800 Telephone
(404) 688-6840 Facsimile

*Counsel for Robert H. Barnett as the Liquidation Trustee under the Sea Island Company Creditors Liquidation Trust*