**IT IS ORDERED as set forth below:**



**Date: November 20, 2017**

_____
Edward J. Coleman, III
United States Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SEA ISLAND COMPANY, *et al.*, ) | |
| ) | Case No. 10-21034 - EJC |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Judge Edward J. Coleman, III |
| _____ ) | |

**ORDER GRANTING, SUBJECT TO OBJECTION
ON THE TERMS SET FORTH BELOW, SECOND
MOTION TO APPROVE THE LIQUIDATION TRUSTEE'S
DECISION TO EXTEND THE DURATION OF
THE LIQUIDATION TRUST ON AN EXPEDITED BASIS**

Upon the Second Motion to Approve the Liquidation Trustee's Decision to Extend the Duration of the Liquidation Trust on an Expedited Basis [Bankr. Doc. No. 1742] (the "Motion") filed by Robert H. Barnett as the Liquidation Trustee (the "Liquidation Trustee") under the Sea Island Company Creditors Liquidation Trust (the "Liquidation Trust"), and finding that, the

Liquidation Trustee appropriately exercised his business judgment extending the term of the Liquidation Trust based on his determination that the requested extension is in the best interest of the Beneficiaries (as that term is defined in the Liquidation Trust Agreement (as defined in the Motion)) and is necessary to the liquidating purpose of the Liquidation Trust; cause, therefore, exists to grant the relief requested set forth below, and it is hereby

ORDERED, ADJUDGED AND DECREED that the Motion is hereby granted and the Court hereby (i) approves the extension of the Liquidation Trust pursuant to section 9.1 of the Liquidation Trust Agreement and (ii) extends the duration of the Liquidation Trust through and including ninety (90) days after the Hearing Date (as defined below); and it is

**FURTHER ORDERED that the Court hereby grants the Motion and hereby (i) approves the requested extension of the Liquidation Trust pursuant to section 9.1 of the Liquidation Trust Agreement and (ii) extends the duration of the Liquidation Trust through and including December 16, 2019, subject to a party with standing filing a written objection with the Court on or before ten (10) days in advance of the Hearing Date; if no written objection is timely filed, the extension of the duration of the Liquidation Trust through and including December 16, 2019, shall be hereby granted on a final basis; and it is**

**FURTHER ORDERED that, if a timely written objection is filed with the Court, the Court shall hold a hearing at 10:00 a.m. on December 4, 2017 (the "Hearing Date"), at U.S. Courthouse, 125 Bull Street, Courtroom 228, Savannah, Georgia 31401 (the "Hearing"), and the Court shall consider at the Hearing whether to extend the duration of the Liquidation Trust beyond ninety (90) days after the Hearing Date through and including December 16, 2019; and it is**

{01642432.DOCXv2}

FURTHER ORDERED that, if a Beneficiary objects to the entry of the Order, it shall set forth in its written objection its name (as it appears on its proof of claim or on the Debtors' schedules), its claim number, and the amount of its claim; and it is

FURTHER ORDERED that all objections shall set forth in reasonable detail the factual and legal bases for the objection; and it is

FURTHER ORDERED that the relief granted in this Order is without prejudice to the right of the Liquidation Trustee to seek a further extension of the Liquidation Trust; and it is

FURTHER ORDERED that service of the Motion and this Order shall be effected, pursuant to ECF Local Rule 9 and the Court's Service Order, by virtue of the Electronic Case File notice automatically sent to attorneys who have filed a pleading in these cases shall constitute service on such attorneys and their clients. No other or further service or notice of the Motion or the Order shall be required.

END OF DOCUMENT

Prepared and presented by:

_____/s/ Robert M.D. Mercer_____
Robert M.D. Mercer
Georgia Bar No. 502317
SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street, N.W.
Suite 2700
Atlanta, Georgia 30303
(404) 688-6800 Telephone

*Counsel for Robert H. Barnett as the Liquidation Trustee Under the Sea Island Company Creditors Liquidation Trust*

{01642432.DOCXv2}