# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER: |
| SEA ISLAND COMPANY | } | 10-21034 |
| SEA ISLAND COASTAL PROPERTIES, LLC, | } | 10-21035 |
| SEA ISLAND SERVICES, INC., | } | 10-21036 |
| SEA ISLAND RESORT RESIDENCES, LLC, | } | 10-21037 |
| SEA ISLAND APPAREL, LLC, | } | 10-21038 |
| FIRST SEA ISLAND, LLC | } | 10-21039 |
| SICAL, LLC, | } | 10-21040 |
| | } | |
| | } | |
| | } | JUDGE   John S. Dalis |
| | } | |
| DEBTORS. | } | CHAPTER 11 |

### SEA ISLAND COMPANY CREDITORS LIQUIDATION TRUST'S POST-EFFECTIVE DATE QUARTERLY OPERATING REPORT FOR THE PERIOD

FROM    4/1/2018    TO    6/30/2018

Robert H. Barnett as the Liquidation Trustee (the "Liquidation Trustee") under the Sea Island Company Creditors Liquidation Trust files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    7/20/2018

by:  /s/ Robert M.D. Mercer
Attorney for the Sea Island Company
Creditors Liquidation Trust

Liquidation Trustee's Address
and Phone Number:
1075 Peachtree Street, NE
Suite 3675
Atlanta, GA 30309

Attorney's Address
and Phone Number:
Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA  30303

Bar No. 502317
Tel. 404-688-6800

Tel. 770-628-0800

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

QUARTERLY OPERATING REPORT -
POST EFFECTIVE DATE

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X ** |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Trust not current on any post-effective date plan payments? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.
** To the extent that there have been such sales or transfers, they were approved by court order, and such order and related pleadings appear on the court's docket.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | NA | |
| 2. Are all premium payments current? | NA | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.
** On or about March 18, 2014, Sea Island Acquisition LLC filed a Motion to Clarify Provisions Relating to Implementation of the Confirmed Plan [Bankr. Doc. Entry No. 1102] requesting the Court to rule that it purchased certain real property interests as part of a court-approved sale of substantially all of the debtors' assets. On March 4, 2016, the Court entered an order with respect to such motion ruling in part against the Liquidation Trustee. See Bankr. Doc. Entry No. 1494. The Liquidation Trustee has filed a notice of appeal of the order. See Bankr. Doc. Entry No. 1496. The Liquidation Trustee is investigating such interests as well as other interests and may obtain liability insurance coverage for certain interests.

| CONFIRMATION OF INSURANCE | | | | | |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| NA | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**




Estimated Date of Filing the Application for Final Decree: Unknown

* These questions have been answered and all information has provided in the capcity of the Liquidation Trust not as the Debtors. This qualification applies to this page as well as all of the attachments. In addition, all such answers and information are believed to be accurate and are qualified in their entirety by the other information contained in this report and its attachments.

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 20th day of July 2018.

_____
Sea Island Company Creditors Liquidation Trustee's Signature

# CHAPTER 11 POST-EFFECTIVE DATE
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | Sea Island Company |
| Case Number: | 10-21034 – 10-21040 |
| Plan Effective Date: | 12/16/2010 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 478,614.53 | $ 16,623,142.85 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 0.00 | $ 20,623,210.15 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 0.00 | $ 158,585.88 |
| (ii) | Federal Taxes | 0.00 | 0.00 |
| (iii) | State Taxes | 0.00 | 0.00 |
| (iv) | Other Taxes | 0.00 | 0.00 |
| b. | **All Other Operating Expenses:** | $ 134.00 | $ 20,052,596.66 |
| c. | **Plan Payments:** | | |
| (i) | Administrative & Priority Claims | $ 0.00 | $ 7,982,113.47 |
| (ii) | Class Four | 0.00 | 2,851,383.82 |
| (iii) | Class Five | 0.00 | 5,723,192.64 |
| (iv) | Class Six | 0.00 | 0.00 |
| (v) | | 0.00 | 0.00 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 134.00 | $ 36,767,872.47 |
| 1. | **CASH (End of Period)** | $ 478,480.53 | $ 478,480.53 |

## CHAPTER 11 POST-EFFECTIVE DATE
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | SunTrust | SunTrust |
| Account Number: | 4769 | 4736 | 4744 | 4777 |
| Purpose of Account (Operating/Payroll/Tax) | Admin/Priority Claims Funds | Trust Administrative Funds | Wind Down Funds | Holding |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| 1. Balance per Bank Statement | $180,090.12 | $291,523.46 | $7,105.23 | ($238.28) |
| 2. ADD: Deposits not credited | 0 | 0 | 0 | 0 |
| 3. SUBTRACT: Outstanding Checks | 0 | 0 | 0 | 0 |
| 4. Other Reconciling Items | 0 | 0 | 0 | 0 |
| 5. Month End Balance (Must Agree with Books) | $180,090.12 | $291,523.46 | $7,105.23 | ($238.28) |

\* Account 4751 was fully disbursed and closed during Q1 2017

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

## CHAPTER 11 POST-EFFECTIVE DATE
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4769 |
| Purpose of Account (Operating/Payroll/Personal) | Admin/Priority Claims Funds |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Bank Fee | 4/19/2018 | Suntrust | Bank Fee | $5.00 |
| Bank Fee | 5/18/2018 | Suntrust | Bank Fee | $5.00 |
| Bank Fee | 6/20/2018 | Suntrust | Bank Fee | $5.00 |
| | | | TOTAL | $15.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4769
04/30/2018

# Account Statement

# SUNTRUST

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
ADMINISTRATIVE PRIORITY CLAIMS FUNDS
1075 PEACHTREE ST STE 3675
ATLANTA GA 30309

Questions? Please call
1-800-786-8787

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4769 | 04/01/2018 - 04/30/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $180,105.12 | Average Balance | $180,103.12 |
| Deposits/Credits | $.00 | Average Collected Balance | $180,103.12 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $180,100.12 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4769 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 04/19 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/01 | 180,105.12 | 180,105.12 | 04/19 | 180,100.12 | 180,100.12 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4769
05/31/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
ADMINISTRATIVE PRIORITY CLAIMS FUNDS
1075 PEACHTREE ST STE 3675
ATLANTA GA 30309

Questions? Please call
1-800-786-8787

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4769 | 05/01/2018 - 05/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $180,100.12 | Average Balance | $180,097.86 |
| Deposits/Credits | $.00 | Average Collected Balance | $180,097.86 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $180,095.12 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4769 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 05/18 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/01 | 180,100.12 | 180,100.12 | 05/18 | 180,095.12 | 180,095.12 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4769
06/30/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
ADMINISTRATIVE PRIORITY CLAIMS FUNDS
1075 PEACHTREE ST STE 3675
ATLANTA GA 30309

Questions? Please call
1-800-786-8787

As of June 1, 2018 changes will be made to Rules and Regulations for Deposit Accounts and Funds Availability. The changes will be reflected in the June 1, 2018 versions and can be viewed or obtained online at www.suntrust.com/disclosures, by requesting a copy at 800.SUNTRUST or by visiting a SunTrust branch.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4769 | 06/01/2018 - 06/30/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $180,095.12 | Average Balance | $180,093.28 |
| Deposits/Credits | $.00 | Average Collected Balance | $180,093.28 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $180,090.12 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4769 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 180,095.12 | 180,095.12 | 06/20 | 180,090.12 | 180,090.12 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

98040

Member FDIC

## CHAPTER 11 POST-EFFECTIVE DATE
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4736 |
| Purpose of Account (Operating/Payroll/Personal) | Trust Administrative Funds |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Bank Fee | 4/19/2018 | Suntrust | Bank Fee | $70.00 |
| Bank Fee | 5/18/2018 | Suntrust | Bank Fee | $5.00 |
| Bank Fee | 6/20/2018 | Suntrust | Bank Fee | $5.00 |
| | | | TOTAL | $80.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

Case:10-21034-EJC   Doc#:1755   Filed:07/20/18   Entered:07/20/18 14:39:08   Page:9 of 20

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4736
04/30/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
TRUST ADMINISTRATIVE FUNDS
1075 PEACHTREE ST STE 3675
ATLANTA GA 30309

Questions? Please call
1-800-786-8787

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4736 | 04/01/2018 - 04/30/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $291,603.46 | Average Balance | $291,575.46 |
| Deposits/Credits | $.00 | Average Collected Balance | $291,575.46 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $70.00 | | |
| Ending Balance | $291,533.46 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4736 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 04/19 | 70.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/01 | 291,603.46 | 291,603.46 | 04/19 | 291,533.46 | 291,533.46 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

97420

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4736
05/31/2018

# SunTrust

## Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
TRUST ADMINISTRATIVE FUNDS
1075 PEACHTREE ST STE 3675
ATLANTA GA 30309

Questions? Please call
1-800-786-8787

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4736 | 05/01/2018 - 05/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $291,533.46 | Average Balance | $291,531.20 |
| Deposits/Credits | $.00 | Average Collected Balance | $291,531.20 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $291,528.46 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4736 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 05/18 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/01 | 291,533.46 | 291,533.46 | 05/18 | 291,528.46 | 291,528.46 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4736
06/30/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
TRUST ADMINISTRATIVE FUNDS
1075 PEACHTREE ST STE 3675
ATLANTA GA 30309

Questions? Please call
1-800-786-8787

As of June 1, 2018 changes will be made to Rules and Regulations for Deposit Accounts and Funds Availability. The changes will be reflected in the June 1, 2018 versions and can be viewed or obtained online at www.suntrust.com/disclosures, by requesting a copy at 800.SUNTRUST or by visiting a SunTrust branch.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4736 | 06/01/2018 - 06/30/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $291,528.46 | Average Balance | $291,526.62 |
| Deposits/Credits | $.00 | Average Collected Balance | $291,526.62 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $291,523.46 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4736 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 291,528.46 | 291,528.46 | 06/20 | 291,523.46 | 291,523.46 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

98038  Member FDIC

## CHAPTER 11 POST-EFFECTIVE DATE
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4744 |
| Purpose of Account (Operating/Payroll/Personal) | Wind Down Funds |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Bank Fee | 4/19/2018 | SunTrust | Bank Fee | $5.00 |
| Bank Fee | 5/18/2018 | SunTrust | Bank Fee | $5.00 |
| Bank Fee | 6/20/2018 | SunTrust | Bank Fee | $5.00 |
| | | | TOTAL | $15.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4744
04/30/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
WIND DOWN FUNDS
1075 PEACHTREE ST STE 3675
ATLANTA GA 30309

Questions? Please call
1-800-786-8787

From boosting the economy to building your community, small business owners make a big impact every day. SunTrust is committed to helping small business owners achieve even greater success through a Best Practices website. This informative site is regularly updated with advice, resources and even research on what the fastest growing companies are doing differently. Get started today by visiting suntrust.com/bizbestpractices.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 4744 | 04/01/2018 - 04/30/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,120.23 | Average Balance | $7,118.23 |
| Deposits/Credits | $.00 | Average Collected Balance | $7,118.23 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $7,115.23 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4744 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 04/19 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/01 | 7,120.23 | 7,120.23 | 04/19 | 7,115.23 | 7,115.23 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

97421                                    Member FDIC

SUNTRUST BANK  
PO BOX 305183  
NASHVILLE TN 37230-5183

Page 1 of 1  
66/E00/0175/0/11  
4744  
05/31/2018

# SunTrust

## Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION  
TRUST- ROBERT H BARNETT LIQUIDATING TTEE  
WIND DOWN FUNDS  
1075 PEACHTREE ST STE 3675  
ATLANTA GA 30309

Questions? Please call  
1-800-786-8787

From boosting the economy to building your community, small business owners make a big impact every day. SunTrust is committed to helping small business owners achieve even greater success through a Best Practices website. This informative site is regularly updated with advice, resources and even research on what the fastest growing companies are doing differently. Get started today by visiting suntrust.com/bizbestpractices.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 4744 | 05/01/2018 - 05/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,115.23 | Average Balance | $7,112.97 |
| Deposits/Credits | $.00 | Average Collected Balance | $7,112.97 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $7,110.23 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4744 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 05/18 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/01 | 7,115.23 | 7,115.23 | 05/18 | 7,110.23 | 7,110.23 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

99081　　　　　　　　　　　　　　　　　　　　　　　Member FDIC

SUNTRUST BANK  
PO BOX 305183  
NASHVILLE TN 37230-5183

Page 1 of 1  
66/E00/0175/0/11  
4744  
06/30/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION  
TRUST- ROBERT H BARNETT LIQUIDATING TTEE  
WIND DOWN FUNDS  
1075 PEACHTREE ST STE 3675  
ATLANTA GA 30309

Questions? Please call  
1-800-786-8787

As of June 1, 2018 changes will be made to Rules and Regulations for Deposit Accounts and Funds Availability. The changes will be reflected in the June 1, 2018 versions and can be viewed or obtained online at www.suntrust.com/disclosures, by requesting a copy at 800.SUNTRUST or by visiting a SunTrust branch.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 4744 | 06/01/2018 - 06/30/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,110.23 | Average Balance | $7,108.39 |
| Deposits/Credits | $.00 | Average Collected Balance | $7,108.39 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $7,105.23 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4744 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 7,110.23 | 7,110.23 | 06/20 | 7,105.23 | 7,105.23 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

98039

Member FDIC

## CHAPTER 11 POST-EFFECTIVE DATE
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4777 |
| Purpose of Account (Operating/Payroll/Personal) | Holding |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Bank Fee | 4/30/2018 | SunTrust | Bank Fee | $3.00 |
| Bank Fee | 4/30/2018 | SunTrust | Bank Fee | $5.00 |
| Bank Fee | 5/31/2018 | SunTrust | Bank Fee | $3.00 |
| Bank Fee | 5/31/2018 | SunTrust | Bank Fee | $5.00 |
| Bank Fee | 6/29/2018 | SunTrust | Bank Fee | $3.00 |
| Bank Fee | 6/29/2018 | SunTrust | Bank Fee | $5.00 |
| | | | TOTAL | $24.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4777
04/30/2018

# SunTrust

SEA ISLAND COMPANY CREDITORS LIQUIDATIO
TRUST- ROBERT H BARNETT LIQUIDATING TTE
HOLDING ACCOUNT
1075 PEACHTREE ST STE 3675
ATLANTA GA 30309

# Account Statement

Questions? Please call
1-800-786-8787

From boosting the economy to building your community, small business owners make a big impact every day. SunTrust is committed to helping small business owners achieve even greater success through a Best Practices website. This informative site is regularly updated with advice, resources and even research on what the fastest growing companies are doing differently. Get started today by visiting suntrust.com/bizbestpractices.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 4777 | 04/01/2018 - 04/30/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $214.28- | Average Balance | $214.44- |
| Deposits/Credits | $.00 | Average Collected Balance | $214.44- |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $8.00 | | |
| Ending Balance | $222.28- | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4777 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 04/30 | 3.00 | | PAPER STATEMENT FEE |
| 04/30 | 5.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/01 | 214.28- | 214.28- | 04/30 | 222.28- | 222.28- |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4777
05/31/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATIO
TRUST- ROBERT H BARNETT LIQUIDATING TTE
HOLDING ACCOUNT
1075 PEACHTREE ST STE 3675
ATLANTA GA 30309

Questions? Please call
1-800-786-8787

From boosting the economy to building your community, small business owners make a big impact every day. SunTrust is committed to helping small business owners achieve even greater success through a Best Practices website. This informative site is regularly updated with advice, resources and even research on what the fastest growing companies are doing differently. Get started today by visiting suntrust.com/bizbestpractices.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 4777 | 05/01/2018 - 05/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $222.28- | Average Balance | $222.44- |
| Deposits/Credits | $.00 | Average Collected Balance | $222.44- |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $8.00 | | |
| Ending Balance | $230.28- | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4777 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 05/31 | 3.00 | | PAPER STATEMENT FEE |
| 05/31 | 5.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/01 | 222.28- | 222.28- | 05/31 | 230.28- | 230.28- |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK  
PO BOX 305183  
NASHVILLE TN 37230-5183

Page 1 of 1  
66/E00/0175/0/11  
4777  
06/30/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATIO  
TRUST- ROBERT H BARNETT LIQUIDATING TTE  
HOLDING ACCOUNT  
1075 PEACHTREE ST STE 3675  
ATLANTA GA 30309

Questions? Please call  
1-800-786-8787

As of June 1, 2018 changes will be made to Rules and Regulations for Deposit Accounts and Funds Availability. The changes will be reflected in the June 1, 2018 versions and can be viewed or obtained online at www.suntrust.com/disclosures, by requesting a copy at 800.SUNTRUST or by visiting a SunTrust branch.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 4777 | 06/01/2018 - 06/30/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $230.28- | Average Balance | $230.61- |
| Deposits/Credits | $.00 | Average Collected Balance | $230.61- |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $8.00 | | |
| Ending Balance | $238.28- | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4777 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/29 | 3.00 | | PAPER STATEMENT FEE |
| 06/29 | 5.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 230.28- | 230.28- | 06/29 | 238.28- | 238.28- |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

98041                                                          Member FDIC