UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| IN RE: | } | CASE NUMBER: |
|---|---|---|
| SEA ISLAND COMPANY | } | 10-21034 |
| SEA ISLAND COASTAL PROPERTIES, LLC, | } | 10-21035 |
| SEA ISLAND SERVICES, INC., | } | 10-21036 |
| SEA ISLAND RESORT RESIDENCES, LLC, | } | 10-21037 |
| SEA ISLAND APPAREL, LLC, | } | 10-21038 |
| FIRST SEA ISLAND, LLC | } | 10-21039 |
| SICAL, LLC, | } | 10-21040 |
| | } | |
| | } | |
| | } | JUDGE   Edward J. Coleman, III |
| | } | |
| DEBTORS. | } | CHAPTER 11 |

SEA ISLAND COMPANY CREDITORS LIQUIDATION TRUST'S POST-EFFECTIVE DATE
QUARTERLY OPERATING REPORT
FOR THE PERIOD
FROM    10/1/2018    TO    12/31/2018

   Robert H. Barnett as the Liquidation Trustee (the "Liquidation Trustee") under the Sea Island Company Creditors Liquidation Trust files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    1/18/2019

by: /s/ Robert M.D. Mercer
Attorney for the Sea Island Company
Creditors Liquidation Trust

Liquidation Trustee's Address
and Phone Number:
P. O. Box 19958
Atlanta, GA 30325

Attorney's Address
and Phone Number:
Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA  30303

Bar No. 502317
Tel. 404-228-9383
Tel. 404-688-6800

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X ** |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Trust not current on any post-effective date plan payments? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.
** To the extent that there have been such sales or transfers, they were approved by court order, and such order and related pleadings appear on the court's docket.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | NA | |
| 2. Are all premium payments current? | NA | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| NA | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Application for Final Decree: Unknown

* These questions have been answered and all information has provided in the capcity of the Liquidation Trust not as the Debtors. This qualification applies to this page as well as all of the attachments. In addition, all such answers and information are believed to be accurate and are qualified in their entirety by the other information contained in this report and its attachments.

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 18th day of January 2019.

Sea Island Company Creditors Liquidation Trustee's Signature

## CHAPTER 11 POST-EFFECTIVE DATE
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | Sea Island Company |
| Case Number: | 10-21034 – 10-21040 |
| Plan Effective Date: | 12/16/2010 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Quarterly | Post Confirmation Total |
|---|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | | $ 478,411.53 | $ 16,623,142.85 |
| 2. | **INCOME or RECEIPTS during the Period** | | $ 0.00 | $ 20,623,210.15 |
| 3. | **DISBURSEMENTS** | | | |
| a. | **Operating Expenses (Fees/Taxes):** | | | |
| | (i) | U.S. Trustee Quarterly Fees | $ 3,620.62 | $ 162,206.50 |
| | (ii) | Federal Taxes | 0.00 | 0.00 |
| | (iii) | State Taxes | 0.00 | 0.00 |
| | (iv) | Other Taxes | 0.00 | 0.00 |
| b. | **All Other Operating Expenses:** | | $ 50,785.17 | $ 20,103,450.83 |
| c. | **Plan Payments:** | | | |
| | (i) | Administrative & Priority Claims | $ 0.00 | $ 7,982,113.47 |
| | (ii) | Class Four | 0.00 | 2,851,383.82 |
| | (iii) | Class Five | 0.00 | 5,723,192.64 |
| | (iv) | Class Six | 0.00 | 0.00 |
| | (v) | | 0.00 | 0.00 |
| | | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | | $ 54,405.79 | $ 36,822,347.26 |
| 1. | **CASH (End of Period)** | | $ 424,005.74 | $ 424,005.74 |

# CHAPTER 11 POST-EFFECTIVE DATE
# BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | SunTrust | SunTrust |
| Account Number: | 4769 | 4736 | 4744 | 4777 |
| Purpose of Account (Operating/Payroll/Tax) | Admin/Priority Claims Funds | Trust Administrative Funds | Wind Down Funds | Holding |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| 1. Balance per Bank Statement | $180,060.12 | $236,894.38 | $7,075.23 | ($23.99) |
| 2. ADD: Deposits not credited | 0 | 0 | 0 | 0 |
| 3. SUBTRACT: Outstanding Checks | 0 | 0 | 0 | 0 |
| 4. Other Reconciling Items | 0 | 0 | 0 | 0 |
| 5. Month End Balance (Must Agree with Books) | $180,060.12 | $236,894.38 | $7,075.23 | ($23.99) |

\* Account 4751 was fully disbursed and closed during Q1 2017

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

CHAPTER 11 POST-EFFECTIVE DATE
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4769 |
| Purpose of Account (Operating/Payroll/Personal) | Admin/Priority Claims Funds |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Bank Fee | 10/19/2018 | Suntrust | Bank Fee | $5.00 |
| Bank Fee | 11/21/2018 | Suntrust | Bank Fee | $5.00 |
| Bank Fee | 12/20/2018 | Suntrust | Bank Fee | $5.00 |
| | | | TOTAL | $15.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4769
10/31/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
ADMINISTRATIVE PRIORITY CLAIMS FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4769 | 10/01/2018 - 10/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $180,075.12 | Average Balance | $180,073.02 |
| Deposits/Credits | $.00 | Average Collected Balance | $180,073.02 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $180,070.12 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4769 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 10/19 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/01 | 180,075.12 | 180,075.12 | 10/19 | 180,070.12 | 180,070.12 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4769
11/30/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
ADMINISTRATIVE PRIORITY CLAIMS FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Important: Fee Changes. Each year SunTrust Bank completes a review of treasury and payment services pricing. As of January 1, 2019, fees will change for some treasury and payment services, including fees for certain ACH, wire transfer, branch cash deposit, check deposit, image delivery, lockbox, business sweep services and online services.
Please visit www.suntrust.com/2019pricingchanges for additional detail.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4769 | 11/01/2018 - 11/30/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $180,070.12 | Average Balance | $180,068.45 |
| Deposits/Credits | $.00 | Average Collected Balance | $180,068.45 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $180,065.12 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4769 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 11/21 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/01 | 180,070.12 | 180,070.12 | 11/21 | 180,065.12 | 180,065.12 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

529275                                                          Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4769
12/31/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
ADMINISTRATIVE PRIORITY CLAIMS FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

**Important: Fee Changes.** Each year SunTrust Bank completes a review of treasury and payment services pricing. As of January 1, 2019, fees will change for some treasury and payment services, including fees for certain ACH, wire transfer, branch cash deposit, check deposit, image delivery, lockbox, business sweep services and online services.
Please visit www.suntrust.com/2019pricingchanges for additional detail.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4769 | 12/01/2018 - 12/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $180,065.12 | Average Balance | $180,063.18 |
| Deposits/Credits | $.00 | Average Collected Balance | $180,063.18 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $180,060.12 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4769 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/01 | 180,065.12 | 180,065.12 | 12/20 | 180,060.12 | 180,060.12 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

841951                                          Member FDIC

## CHAPTER 11 POST-EFFECTIVE DATE
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4736 |
| Purpose of Account (Operating/Payroll/Personal) | Trust Administrative Funds |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Transfer | 10/12/2018 | Suntrust | Transfer to Acct 4777 | $262.29 |
| Bank Fee | 10/19/2018 | Suntrust | Bank Fee | $5.00 |
| Bank Fee | 10/24/2018 | Suntrust | Bank Fee | $51.60 |
| 1001 | 10/30/2018 | James L. Drake Jr. P.C. | Legal Fees | $840.00 |
| 1002 | 10/30/2018 | US Trustee | UST Fees | $2,958.44 |
| 1004 | 11/19/2018 | LT Advisory Services | Professional Fees | $9,691.27 |
| Bank Fee | 11/21/2018 | Suntrust | Bank Fees | $5.00 |
| 1003 | 11/21/2018 | US Trustee | UST Fees | $329.92 |
| 1006 | 12/10/2018 | LT Advisory Services | Professional Fees | $8,550.00 |
| 1005 | 12/12/2018 | James L. Drake Jr. P.C. | Legal Fees | $14,490.00 |
| 1008 | 12/20/2018 | Epiq Bankruptcy Solutions | Professional Fees | $17,093.30 |
| Bank Fee | 12/20/2018 | Suntrust | Bank Fees | $5.00 |
| 1007 | 12/21/2018 | US Trustee | UST Fees | $332.26 |
| | | | TOTAL | $54,614.08 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
36/E00/0175/0/11
4736
10/31/2018

# Account Statement

# SunTrust

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
TRUST ADMINISTRATIVE FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4736 | 10/01/2018 - 10/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $291,508.46 | Average Balance | $291,078.76 |
| Deposits/Credits | $.00 | Average Collected Balance | $291,078.76 |
| Checks | $3,798.44 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $318.89 | | |
| Ending Balance | $287,391.13 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4736 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|
| 1001 | 840.00 | 10/30 | 1002 | 2,958.44 | 10/30 |

Checks: 2

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 10/12 | 262.29 | | OVER-THE-COUNTER WITHDRAWAL |
| 10/19 | 5.00 | | ACCOUNT ANALYSIS FEE |
| 10/24 | 51.60 | | IMPRINTED CHECK/DEPOSIT CHARGE DELUXE CHECK  CHK ORDERS |

Withdrawals/Debits:  3

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/01 | 291,508.46 | 291,508.46 | 10/24 | 291,189.57 | 291,189.57 |
| 10/12 | 291,246.17 | 291,246.17 | 10/30 | 287,391.13 | 287,391.13 |
| 10/19 | 291,241.17 | 291,241.17 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

591559                                                Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
36/E00/0175/0/11
4736
11/30/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
TRUST ADMINISTRATIVE FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Important: Fee Changes. Each year SunTrust Bank completes a review of treasury and payment services pricing. As of January 1, 2019, fees will change for some treasury and payment services, including fees for certain ACH, wire transfer, branch cash deposit, check deposit, image delivery, lockbox, business sweep services and online services.
Please visit www.suntrust.com/2019pricingchanges for additional detail.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4736 | 11/01/2018 - 11/30/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $287,391.13 | Average Balance | $283,402.98 |
| Deposits/Credits | $.00 | Average Collected Balance | $283,402.98 |
| Checks | $10,021.19 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $277,364.94 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4736 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|
| 1003 | 329.92 | 11/21 | 1004 | 9,691.27 | 11/19 |

Checks: 2

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 11/21 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/01 | 287,391.13 | 287,391.13 | 11/21 | 277,364.94 | 277,364.94 |
| 11/19 | 277,699.86 | 277,699.86 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

580129                                  Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
36/E00/0175/0/11
4736
12/31/2018

# SUNTRUST

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
TRUST ADMINISTRATIVE FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Important: Fee Changes. Each year SunTrust Bank completes a review of treasury and payment services pricing. As of January 1, 2019, fees will change for some treasury and payment services, including fees for certain ACH, wire transfer, branch cash deposit, check deposit, image delivery, lockbox, business sweep services and online services.
Please visit www.suntrust.com/2019pricingchanges for additional detail.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4736 | 12/01/2018 - 12/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $277,364.94 | Average Balance | $255,212.21 |
| Deposits/Credits | $.00 | Average Collected Balance | $255,212.21 |
| Checks | $40,465.56 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $236,894.38 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4736 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1005 | 14,490.00 | 12/12 | 1007 | 332.26 | 12/21 | 1008 | 17,093.30 | 12/20 |
| 1006 | 8,550.00 | 12/10 | | | | | | |

Checks: 4

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/01 | 277,364.94 | 277,364.94 | 12/20 | 237,226.64 | 237,226.64 |
| 12/10 | 268,814.94 | 268,814.94 | 12/21 | 236,894.38 | 236,894.38 |
| 12/12 | 254,324.94 | 254,324.94 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

## CHAPTER 11 POST-EFFECTIVE DATE
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4744 |
| Purpose of Account (Operating/Payroll/Personal) | Wind Down Funds |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Bank Fee | 10/19/2018 | SunTrust | Bank Fee | $5.00 |
| Bank Fee | 11/21/2018 | SunTrust | Bank Fee | $5.00 |
| Bank Fee | 12/20/2018 | SunTrust | Bank Fee | $5.00 |
| | | | TOTAL | $15.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4744
10/31/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
WIND DOWN FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 4744 | 10/01/2018 - 10/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,090.23 | Average Balance | $7,088.13 |
| Deposits/Credits | $.00 | Average Collected Balance | $7,088.13 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $7,085.23 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4744 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 10/19 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/01 | 7,090.23 | 7,090.23 | 10/19 | 7,085.23 | 7,085.23 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Use your SunTrust Mastercard (R) for everyday qualifying purchases from 10/1/18 thru 12/31/18 and you could be surprised with a trip for two to Paris. Open to U.S. residents 18+ or age of majority as of 10/1/18. No purchase necessary. Void where prohibited. Card must be opened by 9/30/18. See pricelesssurprises.com/suntrustsweeps for rules.

429154                                    Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4744
11/30/2018

# SunTrust

## Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
WIND DOWN FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

**Important: Fee Changes.** Each year SunTrust Bank completes a review of treasury and payment services pricing. As of January 1, 2019, fees will change for some treasury and payment services, including fees for certain ACH, wire transfer, branch cash deposit, check deposit, image delivery, lockbox, business sweep services and online services.
Please visit www.suntrust.com/2019pricingchanges for additional detail.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 4744 | 11/01/2018 - 11/30/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,085.23 | Average Balance | $7,083.56 |
| Deposits/Credits | $.00 | Average Collected Balance | $7,083.56 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $7,080.23 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4744 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 11/21 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/01 | 7,085.23 | 7,085.23 | 11/21 | 7,080.23 | 7,080.23 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

529274                                                       Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4744
12/31/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
WIND DOWN FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Important: Fee Changes. Each year SunTrust Bank completes a review of treasury and payment services pricing. As of January 1, 2019, fees will change for some treasury and payment services, including fees for certain ACH, wire transfer, branch cash deposit, check deposit, image delivery, lockbox, business sweep services and online services.
Please visit www.suntrust.com/2019pricingchanges for additional detail.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 4744 | 12/01/2018 - 12/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,080.23 | Average Balance | $7,078.29 |
| Deposits/Credits | $.00 | Average Collected Balance | $7,078.29 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $7,075.23 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4744 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/01 | 7,080.23 | 7,080.23 | 12/20 | 7,075.23 | 7,075.23 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

841950     Member FDIC

## CHAPTER 11 POST-EFFECTIVE DATE
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4777 |
| Purpose of Account (Operating/Payroll/Personal) | Holding |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Transfer | 7/12/2018 | SunTrust | Transfer from Account 4736 | ($262.29) |
| Bank Fee | 10/31/2018 | SunTrust | Bank Fee | $3.00 |
| Bank Fee | 10/31/2018 | SunTrust | Bank Fee | $5.00 |
| Bank Fee | 11/30/2018 | SunTrust | Bank Fee | $3.00 |
| Bank Fee | 11/30/2018 | SunTrust | Bank Fee | $5.00 |
| Bank Fee | 12/31/2018 | SunTrust | Bank Fee | $3.00 |
| Bank Fee | 12/31/2018 | SunTrust | Bank Fee | $5.00 |
| | | | TOTAL | ($238.29) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4777
10/31/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATIO
TRUST- ROBERT H BARNETT LIQUIDATING TTE
HOLDING ACCOUNT
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 4777 | 10/01/2018 - 10/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $262.28- | Average Balance | $93.22- |
| Deposits/Credits | $262.29 | Average Collected Balance | $93.22- |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $8.00 | | |
| Ending Balance | $7.99- | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4777 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 10/12 | 262.29 | | DEPOSIT | | | | |

Deposits/Credits:  1       Total Items Deposited: 1

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 10/31 | 3.00 | | PAPER STATEMENT FEE |
| 10/31 | 5.00 | | MAINTENANCE FEE |

Withdrawals/Debits:  2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/01 | 262.28- | 262.28- | 10/31 | 7.99- | 7.99- |
| 10/12 | .01 | .01 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Use your SunTrust Mastercard (R) for everyday qualifying purchases from 10/1/18 thru 12/31/18 and
you could be surprised with a trip for two to Paris. Open to U.S. residents 18+ or age of majority as
of 10/1/18. No purchase necessary. Void where prohibited. Card must be opened by 9/30/18.
See pricelesssurprises.com/suntrustsweeps for rules.

107277                                                Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4777
11/30/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATIO
TRUST- ROBERT H BARNETT LIQUIDATING TTE
HOLDING ACCOUNT
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Important: Fee Changes. Each year SunTrust Bank completes a review of treasury and payment services pricing. As of January 1, 2019, fees will change for some treasury and payment services, including fees for certain ACH, wire transfer, branch cash deposit, check deposit, image delivery, lockbox, business sweep services and online services.
Please visit www.suntrust.com/2019pricingchanges for additional detail.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 4777 | 11/01/2018 - 11/30/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7.99- | Average Balance | $8.15- |
| Deposits/Credits | $.00 | Average Collected Balance | $8.15- |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $8.00 | | |
| Ending Balance | $15.99- | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4777 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 11/30 | 3.00 | | PAPER STATEMENT FEE |
| 11/30 | 5.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/01 | 7.99- | 7.99- | 11/30 | 15.99- | 15.99- |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.

102916 Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4777
12/31/2018

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATIO
TRUST- ROBERT H BARNETT LIQUIDATING TTE
HOLDING ACCOUNT
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

**Important:** Fee Changes. Each year SunTrust Bank completes a review of treasury and payment services pricing. As of January 1, 2019, fees will change for some treasury and payment services, including fees for certain ACH, wire transfer, branch cash deposit, check deposit, image delivery, lockbox, business sweep services and online services.
Please visit www.suntrust.com/2019pricingchanges for additional detail.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 4777 | 12/01/2018 - 12/31/2018 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $15.99- | Average Balance | $16.15- |
| Deposits/Credits | $.00 | Average Collected Balance | $16.15- |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $8.00 | | |
| Ending Balance | $23.99- | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4777 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/31 | 3.00 | | PAPER STATEMENT FEE |
| 12/31 | 5.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/01 | 15.99- | 15.99- | 12/31 | 23.99- | 23.99- |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Financial confidence gives you all kinds of confidence.
Join the movement at onUp.com.
Confidence Starts Here.