# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK   DIVISION

| | | |
|---|---|---|
| IN RE: | } | **CASE NUMBER:** |
| **SEA ISLAND COMPANY** | } | **10-21034** |
| **SEA ISLAND COASTAL PROPERTIES, LLC,** | } | **10-21035** |
| **SEA ISLAND SERVICES, INC.,** | } | **10-21036** |
| **SEA ISLAND RESORT RESIDENCES, LLC,** | } | **10-21037** |
| **SEA ISLAND APPAREL, LLC,** | } | **10-21038** |
| **FIRST SEA ISLAND, LLC** | } | **10-21039** |
| **SICAL, LLC,** | } | **10-21040** |
| | } | |
| | } | |
| | } | **JUDGE**   Edward J. Coleman, III |
| | } | |
| **DEBTORS.** | } | **CHAPTER 11** |

### SEA ISLAND COMPANY CREDITORS LIQUIDATION TRUST'S  POST-EFFECTIVE DATE
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
**FROM**       1/1/2019       **TO**    3/31/2019

Robert H. Barnett as the Liquidation Trustee (the "Liquidation Trustee") under the Sea Island Company Creditors Liquidation Trust files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    4/17/2019

by:  _/s/ Robert M.D. Mercer_
Attorney for the Sea Island Company
Creditors Liquidation Trust

Liquidation Trustee's Address
and Phone Number:
P. O. Box 19958
Atlanta, GA 30325


Tel. 404-228-9383

Attorney's Address
and Phone Number:
Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA  30303

Bar No. 502317
Tel. 404-688-6800

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**QUARTERLY OPERATING REPORT -**
**POST EFFECTIVE DATE**

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X** |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Trust not current on any post-effective date plan payments? | | X |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.
** To the extent that there have been such sales or transfers, they were approved by court order, and such order and related pleadings appear on the court's docket.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | NA | |
| 2. | Are all premium payments current? | NA | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|---|---|
| | TYPE of POLICY | and | CARRIER | | | |
| NA | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree:   Please see the Status Report on the Termination of the**
   **Sea Island Company Creditors Liquidation Trust [Doc. No. 1788].**

* These questions have been answered and all information has provided in the capcity of the Liquidation Trust not as the Debtors. This qualification
applies to this page as well as all of the attachments.  In addition, all such answers and information
are believed to be accurate and are qualified in their entirety by the other information contained in this report and its attachments.

   I declare under penalty of perjury that this statement and the accompanying
documents and reports are true and correct to the best of my knowledge and
belief.

This ___17ᵀᴴ___ day of April 2019.

_____
Sea Island Company Creditors Liquidation Trustee's Signature

## CHAPTER 11 POST-EFFECTIVE DATE
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | **Sea Island Company** |
| Case Number: | **10-21034 – 10-21040** |
| Plan Effective Date: 12/16/2010 | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 478,411.53 | $ 16,623,142.85 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 700,000.00 | $ 21,323,210.15 |
| 3. | **DISBURSEMENTS** | | |
| | a. **Operating Expenses (Fees/Taxes):** | | |
| | (i) U.S. Trustee Quarterly Fees | $ 0.00 | $ 162,206.50 |
| | (ii) Federal Taxes | 0.00 | 0.00 |
| | (iii) State Taxes | 0.00 | 0.00 |
| | (iv) Other Taxes | 0.00 | 0.00 |
| | b. **All Other Operating Expenses:** | $ 328,165.01 | $ 20,431,615.84 |
| | c. **Plan Payments:** | | |
| | (i) Administrative & Priority Claims | $ 0.00 | $ 7,982,113.47 |
| | (ii) Class Four | 0.00 | 2,851,383.82 |
| | (iii) Class Five | 0.00 | 5,723,192.64 |
| | (iv) Class Six | 0.00 | 0.00 |
| | (v) | 0.00 | 0.00 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 328,165.01 | $ 37,150,512.27 |
| 1. | **CASH (End of Period)** | $ 795,840.73 | $ 795,840.73 |

## CHAPTER 11 POST-EFFECTIVE DATE
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | SunTrust | SunTrust |
| Account Number: | 4769 | 4736 | 4744 | 4777 |
| Purpose of Account (Operating/Payroll/Tax) | Admin/Priority Claims Funds | Trust Administrative Funds | Wind Down Funds | Holding |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| 1. **Balance per Bank Statement** | $180,045.12 | $608,751.38 | $7,060.23 | ($16.00) |
| 2. **ADD:** Deposits not credited | 0 | 0 | 0 | 0 |
| 3. **SUBTRACT:** Outstanding Checks | 0 | 0 | 0 | 0 |
| 4. Other Reconciling Items | 0 | 0 | 0 | 0 |
| 5. **Month End Balance** (Must Agree with Books) | $180,045.12 | $608,751.38 | $7,060.23 | ($16.00) |

* Account 4751 was fully disbursed and closed during Q1 2017

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**

**CHAPTER 11 POST-EFFECTIVE DATE**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4769 |
| Purpose of Account (Operating/Payroll/Personal) | Admin/Priority Claims Funds |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Bank Fee | 1/22/2019 | Suntrust | Bank Fee | $5.00 |
| Bank Fee | 2/21/2019 | Suntrust | Bank Fee | $5.00 |
| Bank Fee | 3/20/2019 | Suntrust | Bank Fee | $5.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $15.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4769
01/31/2019

# SUNTRUST

## Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
ADMINISTRATIVE PRIORITY CLAIMS FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

As of January 2, 2019 changes will be made to Rules and Regulations for Deposit Accounts and Funds Availability Policy. The changes will be reflected in the January 2, 2019 versions and can be viewed or obtained online at www.suntrust.com/disclosures, by requesting a copy at 800.SUNTRUST or by visiting a SunTrust branch.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4769 | 01/01/2019 - 01/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $180,060.12 | Average Balance | $180,058.50 |
| Deposits/Credits | $.00 | Average Collected Balance | $180,058.50 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $180,055.12 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4769 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/ Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 01/22 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits:  1

## Balance Activity History

| Date | Balance | Collected Balance | | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| 01/01 | 180,060.12 | 180,060.12 | | 01/22 | 180,055.12 | 180,055.12 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

443603                                    Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4769
02/28/2019

# SunTrust

## Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
ADMINISTRATIVE PRIORITY CLAIMS FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

---

**Reminder:**
Clients using any non-SunTrust ATM located in the U.S. are charged a $3 fee, and are charged a $5 fee
for using ATMs located outside the U.S. The ATM owner may also charge an additional fee.
For clients who use their debit card for transactions in a currency other than U.S. dollars, the exchange
rate will be increased by 3%. See the Business Accounts Fee Schedule at www.suntrust.com/businessfeeschedule for more information.

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4769 | 02/01/2019 - 02/28/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $180,055.12 | Average Balance | $180,053.69 |
| Deposits/Credits | $.00 | Average Collected Balance | $180,053.69 |
| Checks | $.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $180,050.12 | | |

---

**Overdraft Protection**

| Account Number | Protected By |
|---|---|
| 4769 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

---

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 02/21 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits:  1

---

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 180,055.12 | 180,055.12 | 02/21 | 180,050.12 | 180,050.12 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted
that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4769
03/31/2019

## SUNTRUST

## Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
ADMINISTRATIVE PRIORITY CLAIMS FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

| Account Summary | Account Type | | Account Number | Statement Period |
|---|---|---|---|---|
| | SELECT BUSINESS CHECKING | | 4769 | 03/01/2019 - 03/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $180,050.12 | Average Balance | $180,048.18 |
| Deposits/Credits | $.00 | Average Collected Balance | $180,048.18 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $180,045.12 | | |

| Overdraft Protection | Account Number | Protected By |
|---|---|---|
| | 4769 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 03/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits:  1

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 03/01 | 180,050.12 | 180,050.12 | 03/20 | 180,045.12 | 180,045.12 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Member FDIC

**CHAPTER 11 POST-EFFECTIVE DATE**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4736 |
| Purpose of Account (Operating/Payroll/Personal) | Trust Administrative Funds |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| 1010 | 1/3/2019 | LT Advisory Services | Professional Fees | $8,977.50 | $236,894.38 |
| 1009 | 1/8/2019 | James L. Drake Jr. P.C. | Legal Fees | $17,850.00 | |
| 1011 | 1/8/2019 | Bass Berry Sims LLC | Bank Fee | $37,500.00 | |
| 1012 | 1/8/2019 | LT Advisory Services | Professional Fees | $10,093.75 | |
| Bank Fee | 1/22/2019 | Suntrust | Bank Fees | $5.00 | |
| TRN #014321 | 1/28/2019 | KPPOA | Settlement with KPPOA [see Doc. No. 1769] | ($100,000.00) | |
| TRN #011495 | 1/29/2019 | King & Spalding | Settlement with SIA [see Doc. No. 1777] | ($600,000.00) | |
| 1013 | 1/31/2019 | Thompson Hine | Legal Fees | $1,518.00 | |
| 1014 | 2/15/2019 | Schulten Ward Turner & Weiss LLP | Legal Fees | $240,000.00 | |
| Bank Fee | 2/21/2019 | Suntrust | Bank Fees | $25.00 | |
| 1017 | 3/4/2019 | LT Advisory Services | Professional Fees | $9,618.75 | |
| 1015 | 3/5/2019 | Trinity Title Insurance Agency Inc. | Professional Fees | $1,200.00 | |
| 1016 | 3/7/2019 | James L. Drake Jr. P.C. | Legal Fees | $1,350.00 | |
| Bank Fee | 3/20/2019 | Suntrust | Bank Fees | $5.00 | $608,751.38 |
| | | | | | $608,751.38 |
| | | | | | |
| | | | | | |
| | | | TOTAL | ($371,857.00) | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| | |
|---|---|
| | |
| | |
| | |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
36/E00/0175/0/11
4736
01/31/2019

# SUNTRUST

## Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
TRUST ADMINISTRATIVE FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

As of January 2, 2019 changes will be made to Rules and Regulations for Deposit Accounts and Funds Availability Policy. The changes will be reflected in the January 2, 2019 versions and can be viewed or obtained online at www.suntrust.com/disclosures, by requesting a copy at 800.SUNTRUST or by visiting a SunTrust branch.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4736 | 01/01/2019 - 01/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $236,894.38 | Average Balance | $248,747.10 |
| Deposits/Credits | $700,000.00 | Average Collected Balance | $248,747.10 |
| Checks | $75,939.25 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $860,950.13 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4736 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Deposits/ Credits

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 01/28 | 100,000.00 | | INCOMING FEDWIRE CR TRN #014321 |
| 01/29 | 600,000.00 | | INTERNAL TRANSFER WIRE CR TRN #011495 |

Deposits/Credits: 2                    Total Items Deposited: 0

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1009 | 17,850.00 | 01/08 | 1011 | 37,500.00 | 01/08 | 1013 | 1,518.00 | 01/31 |
| 1010 | 8,977.50 | 01/03 | 1012 | 10,093.75 | 01/08 | | | |

Checks: 5

## Withdrawals/ Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 01/22 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/01 | 236,894.38 | 236,894.38 | 01/28 | 262,468.13 | 262,468.13 |
| 01/03 | 227,916.88 | 227,916.88 | 01/29 | 862,468.13 | 862,468.13 |
| 01/08 | 162,473.13 | 162,473.13 | 01/31 | 860,950.13 | 860,950.13 |
| 01/22 | 162,468.13 | 162,468.13 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

528513                    Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
36/E00/0175/0/11
4736
02/28/2019

# SUNTRUST

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
TRUST ADMINISTRATIVE FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

## Account Statement

Questions? Please call
1-800-786-8787

---

**Reminder:**
Clients using any non-SunTrust ATM located in the U.S. are charged a $3 fee, and are charged a $5 fee
for using ATMs located outside the U.S. The ATM owner may also charge an additional fee.
For clients who use their debit card for transactions in a currency other than U.S. dollars, the exchange
rate will be increased by 3%. See the Business Accounts Fee Schedule at www.suntrust.com/businessfeeschedule for more information.

---

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4736 | 02/01/2019 - 02/28/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $860,950.13 | Average Balance | $740,942.98 |
| Deposits/Credits | $.00 | Average Collected Balance | $740,942.98 |
| Checks | $240,000.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $25.00 | | |
| Ending Balance | $620,925.13 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4736 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Checks

| Check Number | Amount | Date Paid | | |
|---|---|---|---|---|
| 1014 | 240,000.00 | 02/15 | | |

Checks: 1

## Withdrawals/ Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 02/21 | 25.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 860,950.13 | 860,950.13 | 02/21 | 620,925.13 | 620,925.13 |
| 02/15 | 620,950.13 | 620,950.13 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted
that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

504513

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
36/E00/0175/0/11
4736
03/31/2019

# SunTrust

## Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
TRUST ADMINISTRATIVE FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4736 | 03/01/2019 - 03/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $620,925.13 | Average Balance | $610,101.42 |
| Deposits/Credits | $.00 | Average Collected Balance | $610,101.42 |
| Checks | $12,168.75 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $608,751.38 | | |

---

**Overdraft Protection**

| Account Number | Protected By |
|---|---|
| 4736 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1015 | 1,200.00 | 03/05 | 1016 | 1,350.00 | 03/07 | 1017 | 9,618.75 | 03/04 |

Checks: 3

---

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 03/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

---

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/01 | 620,925.13 | 620,925.13 | 03/07 | 608,756.38 | 608,756.38 |
| 03/04 | 611,306.38 | 611,306.38 | 03/20 | 608,751.38 | 608,751.38 |
| 03/05 | 610,106.38 | 610,106.38 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

522553

Member FDIC

QUARTERLY OPERATING REPORT
POST EFFECTIVE DATE                                    ATTACHMENT NO. 4

**CHAPTER 11 POST-EFFECTIVE DATE**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4744 |
| Purpose of Account (Operating/Payroll/Personal) | Wind Down Funds |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| | | | | | $7,075.23 |
| Bank Fee | 1/22/2019 | SunTrust | Bank Fee | $5.00 | |
| Bank Fee | 2/21/2019 | SunTrust | Bank Fee | $5.00 | |
| Bank Fee | 3/20/2019 | SunTrust | Bank Fee | $5.00 | $7,060.23 |
| | | | | | $7,060.23 |
| | | | TOTAL | $15.00 | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4744
01/31/2019

# SUNTRUST

## Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
WIND DOWN FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

As of January 2, 2019 changes will be made to Rules and Regulations for Deposit Accounts and Funds Availability Policy. The changes will be reflected in the January 2, 2019 versions and can be viewed or obtained online at www.suntrust.com/disclosures, by requesting a copy at 800.SUNTRUST or by visiting a SunTrust branch.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 4744 | 01/01/2019 - 01/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,075.23 | Average Balance | $7,073.61 |
| Deposits/Credits | $.00 | Average Collected Balance | $7,073.61 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $7,070.23 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4744 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 01/22 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/01 | 7,075.23 | 7,075.23 | 01/22 | 7,070.23 | 7,070.23 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

443602

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4744
02/28/2019

# SUNTRUST

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
WIND DOWN FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

## Account Statement

Questions? Please call
1-800-786-8787

---

**Reminder:**
Clients using any non-SunTrust ATM located in the U.S. are charged a $3 fee, and are charged a $5 fee
for using ATMs located outside the U.S. The ATM owner may also charge an additional fee.
For clients who use their debit card for transactions in a currency other than U.S. dollars, the exchange
rate will be increased by 3%. See the Business Accounts Fee Schedule at www.suntrust.com/businessfeeschedule for more information.

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 4744 | 02/01/2019 - 02/28/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,070.23 | Average Balance | $7,068.80 |
| Deposits/Credits | $.00 | Average Collected Balance | $7,068.80 |
| Checks | $.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $7,065.23 | | |

---

**Overdraft Protection**

| Account Number | Protected By |
|---|---|
| 4744 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

---

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 02/21 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

---

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 7,070.23 | 7,070.23 | 02/21 | 7,065.23 | 7,065.23 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted
that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4744
03/31/2019

# SUNTRUST

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
WIND DOWN FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

# Account Statement

Questions? Please call
1-800-786-8787

Offer your customers more ways to pay with multiple payment options whether they visit in person, shop online or with a mobile device. Learn how the Clover business management and point-of-sale (POS) system can be customized to fit your needs and run your business efficiently. Call 866.958.6211, stop by a branch to learn more, or visit www.suntrustmerchantapp.com to select a new Clover system and apply for a SunTrust Merchant Services account online.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 4744 | 03/01/2019 - 03/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,065.23 | Average Balance | $7,063.29 |
| Deposits/Credits | $.00 | Average Collected Balance | $7,063.29 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $7,060.23 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4744 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/ Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 03/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/01 | 7,065.23 | 7,065.23 | 03/20 | 7,060.23 | 7,060.23 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

895857

Member FDIC

QUARTERLY OPERATING REPORT
POST EFFECTIVE DATE

ATTACHMENT NO. 4

## CHAPTER 11 POST-EFFECTIVE DATE
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4777 |
| Purpose of Account (Operating/Payroll/Personal) | Holding |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| | | | | | ($23.99) |
| Bank Fee | 1/31/2019 | SunTrust | Bank Fee | $3.00 | |
| Bank Fee | 1/31/2019 | SunTrust | Bank Fee | $5.00 | |
| Bank Fee | 2/14/2019 | SunTrust | Bank Fee Refund | ($5.00) | |
| Bank Fee | 2/14/2019 | SunTrust | Bank Fee Refund | ($5.00) | |
| Bank Fee | 2/14/2019 | SunTrust | Bank Fee Refund | ($5.00) | |
| Bank Fee | 2/14/2019 | SunTrust | Bank Fee Refund | ($5.00) | |
| Bank Fee | 2/14/2019 | SunTrust | Bank Fee Refund | ($3.00) | |
| Bank Fee | 2/14/2019 | SunTrust | Bank Fee Refund | ($3.00) | |
| Bank Fee | 2/14/2019 | SunTrust | Bank Fee Refund | ($3.00) | |
| Bank Fee | 2/14/2019 | SunTrust | Bank Fee Refund | ($2.99) | |
| Bank Fee | 2/28/2019 | SunTrust | Bank Fee | $3.00 | |
| Bank Fee | 2/28/2019 | SunTrust | Bank Fee | $5.00 | |
| Bank Fee | 3/29/2019 | SunTrust | Bank Fee | $3.00 | |
| Bank Fee | 3/29/2019 | SunTrust | Bank Fee | $5.00 | ($16.00) |
| | | | | | ($16.00) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | ($7.99) | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4777
01/31/2019

# SUNTRUST

## Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATIO
TRUST- ROBERT H BARNETT LIQUIDATING TTE
HOLDING ACCOUNT
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

As of January 2, 2019 changes will be made to Rules and Regulations for Deposit Accounts and Funds Availability Policy. The changes will be reflected in the January 2, 2019 versions and can be viewed or obtained online at www.suntrust.com/disclosures, by requesting a copy at 800.SUNTRUST or by visiting a SunTrust branch.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 4777 | 01/01/2019 - 01/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $23.99- | Average Balance | $24.15- |
| Deposits/Credits | $.00 | Average Collected Balance | $24.15- |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $8.00 | | |
| Ending Balance | $31.99- | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4777 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/ Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 01/31 | 3.00 | | PAPER STATEMENT FEE |
| 01/31 | 5.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/01 | 23.99- | 23.99- | 01/31 | 31.99- | 31.99- |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

99135                                                        Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4777
02/28/2019

## SUNTRUST

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATIO
TRUST- ROBERT H BARNETT LIQUIDATING TTE
HOLDING ACCOUNT
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

---

Reminder:
Clients using any non-SunTrust ATM located in the U.S. are charged a $3 fee, and are charged a $5 fee
for using ATMs located outside the U.S. The ATM owner may also charge an additional fee.
For clients who use their debit card for transactions in a currency other than U.S. dollars, the exchange
rate will be increased by 3%. See the Business Accounts Fee Schedule at www.suntrust.com/businessfeeschedule for more information.

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 4777 | 02/01/2019 - 02/28/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $31.99 | Average Balance | $15.03- |
| Deposits/Credits | $31.99 | Average Collected Balance | $15.03- |
| Checks | $.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $8.00 | | |
| Ending Balance | $8.00- | | |

---

**Overdraft Protection**

| Account Number | Protected By |
|---|---|
| 4777 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

---

**Deposits/ Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 02/14 | 5.00 | | MONTHLY MAINTENANCE FEE REFUND |
| 02/14 | 5.00 | | MONTHLY MAINTENANCE FEE REFUND |
| 02/14 | 5.00 | | MONTHLY MAINTENANCE FEE REFUND |
| 02/14 | 5.00 | | MONTHLY MAINTENANCE FEE REFUND |
| 02/14 | 3.00 | | PAPER STATEMENT FEE REFUND |
| 02/14 | 3.00 | | PAPER STATEMENT FEE REFUND |
| 02/14 | 3.00 | | PAPER STATEMENT FEE REFUND |
| 02/14 | 2.99 | | PAPER STATEMENT FEE REFUND |

Deposits/Credits: 8                    Total Items Deposited: 0

---

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 02/28 | 3.00 | | PAPER STATEMENT FEE |
| 02/28 | 5.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

---

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 31.99- | 31.99- | 02/28 | 8.00- | 8.00- |
| 02/14 | .00 | .00 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted
that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

95857                    Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4777
03/31/2019

# SUNTRUST

## Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATIO
TRUST- ROBERT H BARNETT LIQUIDATING TTE
HOLDING ACCOUNT
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

---

Offer your customers more ways to pay with multiple payment options whether they visit in person, shop online or with a mobile device. Learn how the Clover business management and point-of-sale (POS) system can be customized to fit your needs and run your business efficiently. Call 866.958.6211, stop by a branch to learn more, or visit www.suntrustmerchantapp.com to select a new Clover system and apply for a SunTrust Merchant Services account online.

---

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 4777 | 03/01/2019 - 03/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $8.00- | Average Balance | $8.48- |
| Deposits/Credits | $.00 | Average Collected Balance | $8.48- |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $8.00 | | |
| Ending Balance | $16.00- | | |

---

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4777 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

---

## Withdrawals/ Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 03/29 | 3.00 | | PAPER STATEMENT FEE |
| 03/29 | 5.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

---

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/01 | 8.00- | 8.00- | 03/29 | 16.00- | 16.00- |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.