UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SEA ISLAND COMPANY, *et al*., | ) | |
| | ) | Case No. 10-21034 - EJC |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Judge Edward J. Coleman, III |
| | ) | |

**STATUS REPORT ON THE TERMINATION OF THE
SEA ISLAND COMPANY CREDITORS LIQUIDATION TRUST**

Robert H. Barnett as the Liquidation Trustee (the "Liquidation Trustee") under the Sea Island Company Creditors Liquidation Trust (sometimes referred as the "Liquidation Trust") files the Status Report on the Termination of the Sea Island Company Creditors Liquidation Trust (the "Status Report").  In support of the Status Report, the Liquidation Trustee shows the Court the following:

As reflected in the last status report, the Internal Revenue Service (the "IRS") responded to the Liquidation Trustee's request for a prompt determination within the sixty-day period provided by section 505(b)(2)(A)(i) of the Bankruptcy Code.  In its response, the IRS denied the Liquidation Trustee's request contending that the Liquidation Trust's 1041 tax returns for the years 2010 through 2018 (the "Returns") did not qualify for a prompt determination of tax liability. After some back and forth, counsel for the Liquidation Trustee sent the IRS correspondence explaining why the Liquidation Trustee is entitled to, and the tax returns he filed qualify for, a prompt determination of tax liability.  In response, the IRS sent the Liquidation Trustee subsequent correspondence (which did not contest that the Liquidation Trustee is entitled to, and the tax returns he filed qualify for, a  prompt determination of tax liability) indicating that—with certain immaterial qualifications—the IRS had not selected the Returns for examination.

As indicated in the last status report, resolving such issue was the hold up in terms of filing a motion to closes the cases.  Given that such issue with the IRS appears to have been resolved, the Liquidation Trustee is in the process of finalizing the motion to closes the cases and intends to file the motion in the near future.

Dated:  July 15, 2019.

James L. Drake, Jr.
Georgia Bar No. 229250
James L. Drake, Jr., P.C.
7 East Congress Street, Suite 901
Savannah, Georgia  31412
(912) 790-1533 Telephone


_____*/s/ Robert M.D. Mercer*_____
Robert M.D. Mercer
Georgia Bar No. 502317
SCHULTEN WARD TURNER & WEISS LLP
260 Peachtree Street NW, Suite 2700
Atlanta, Georgia  30303
(404) 688-6800  Telephone
(404) 688-6840  Facsimile

*Counsel for Robert H. Barnett as the*
*Liquidation Trustee under the Sea Island*
*Company Creditors Liquidation Trust*

## CERTIFICATE OF SERVICE

This is to certify that on July 15, 2019, the *Status Report on the Termination of the Sea Island Company Creditors Liquidation Trust* was filed using the CM/ECF system and, according to the CM/ECF notice, the CM/ECF system sent notification of such filings to the parties listed below:

| | |
|---|---|
| David W. Adams | Lisa Howell Baggett |
| Ron C. Bingham, II | Sara R. Borders |
| Robert M. Brennan | M. Tyus Butler, Jr. |
| R. Flay Cabiness | John Thomas Clarkson |
| Ezra H. Cohen | Kenneth D. Crowder |
| Robert M. Cunningham | Frank W. Deborde |
| William E. Dillard, III | Rufus T. Dorsey, IV |
| James L. Drake, Jr. | James B. Durham |
| Jeffrey R. Dutson | Craig T. Fessenden |
| Kathleen Horne | Anica C. Jones |
| Jeffrey W. Kelley | Matthew E. Mills |
| Melissa S. Mundell | Kimberly E. Neureiter |
| Kevin J. O'Brien | Office of the U.S. Trustee |
| William S. Orange, III | Frank J. Perch, III |
| Michael B. Pugh | Paul Steven Singerman |
| R. Michael Souther | Shawna Y. Staton |
| Jason Monroe Tate | Stephanie Thomas |
| R. Michael Thompson | Thomas Raymond Walker |
| J. Alan Welch | David Allan Wender |
| Michael N. White | Kristin C. Wigness |
| Harris Winsberg | Adrian Zareba |

Dated:  July 15, 2019

                                      */s/ Robert M.D. Mercer*
                                  Robert M.D. Mercer
                                  Georgia Bar No. 502317
                                  SCHULTEN WARD TURNER & WEISS, LLP
                                  260 Peachtree Street, Suite 2700
                                  Atlanta, Georgia  30303
                                  (404) 688-6800  Telephone
                                  (404) 688-6840  Facsimile

                                  *Counsel for Robert H. Barnett as the*
                                  *Liquidation Trustee under the Sea Island*
                                  *Company Creditors Liquidation Trust*