# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| IN RE: | } | CASE NUMBER: |
|---|---|---|
| SEA ISLAND COMPANY | } | 10-21034 |
| SEA ISLAND COASTAL PROPERTIES, LLC, | } | 10-21035 |
| SEA ISLAND SERVICES, INC., | } | 10-21036 |
| SEA ISLAND RESORT RESIDENCES, LLC, | } | 10-21037 |
| SEA ISLAND APPAREL, LLC, | } | 10-21038 |
| FIRST SEA ISLAND, LLC | } | 10-21039 |
| SICAL, LLC, | } | 10-21040 |
|  | } |  |
|  | } |  |
|  | } | JUDGE  John S. Dalis |
|  | } |  |
| DEBTORS. | } | CHAPTER 11 |

### SEA ISLAND COMPANY CREDITORS LIQUIDATION TRUST'S POST-EFFECTIVE DATE QUARTERLY OPERATING REPORT
### FOR THE PERIOD
**FROM** 4/1/2019 **TO** 6/30/2019

Robert H. Barnett as the Liquidation Trustee (the "Liquidation Trustee") under the Sea Island Company Creditors Liquidation Trust files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  7/22/2019

by: */s/ Robert M.D. Mercer*
Attorney for the Sea Island Company
Creditors Liquidation Trust

Liquidation Trustee's Address
and Phone Number:
P.O. Box 19958
Atlanta, Georgia  30325

Attorney's Address
and Phone Number:
Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA  30303

Bar No. 502317
Tel. 404-228-9383
Tel. 404-688-6800

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

QUARTERLY OPERATING REPORT - POST EFFECTIVE DATE

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X ** |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Trust not current on any post-effective date plan payments? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.
** To the extent that there have been such sales or transfers, they were approved by court order, and such order and related pleadings appear on the court's docket.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | NA | |
| 2. Are all premium payments current? | NA | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| NA | | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Application for Final Decree: Unknown

* These questions have been answered and all information has provided in the capcity of the Liquidation Trust not as the Debtors. This qualification applies to this page as well as all of the attachments. In addition, all such answers and information are believed to be accurate and are qualified in their entirety by the other information contained in this report and its attachments.

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 22nd day of July 2019.

Sea Island Company Creditors Liquidation Trustee's Signature

QUARTERLY OPERATING REPORT -  ATTACHMENT NO. 2
POST EFFECTIVE DATE

## CHAPTER 11 POST-EFFECTIVE DATE
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Sea Island Company |
|---|---|
| Case Number: | 10-21034 -- 10-21040 |
| Plan Effective Date: | 12/16/2010 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Quarterly | Post Confirmation Total |
|---|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | | $ 795,840.73 | $ 16,623,142.85 |
| 2. | **INCOME or RECEIPTS during the Period** | | $ 0.00 | $ 21,323,210.15 |
| 3. | **DISBURSEMENTS** | | | |
| | a. **Operating Expenses (Fees/Taxes):** | | | |
| | (i) | U.S. Trustee Quarterly Fees | $ 320.51 | $ 162,527.01 |
| | (ii) | Federal Taxes | 0.00 | 0.00 |
| | (iii) | State Taxes | 0.00 | 0.00 |
| | (iv) | Other Taxes | 0.00 | 0.00 |
| | b. **All Other Operating Expenses:** | | $ 239,509.98 | $ 20,671,125.82 |
| | c. **Plan Payments:** | | | |
| | (i) | Administrative & Priority Claims | $ 0.00 | $ 7,982,113.47 |
| | (ii) | Class Four | 0.00 | 2,851,383.82 |
| | (iii) | Class Five | 0.00 | 5,723,192.64 |
| | (iv) | Class Six | 0.00 | 0.00 |
| | (v) | | 0.00 | 0.00 |
| | | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | | $ 239,830.49 | $ 37,390,342.76 |
| 1. | **CASH (End of Period)** | | $ 556,010.24 | $ 556,010.24 |

QUARTERLY OPERATING REPORT -  ATTACHMENT NO. 3
POST EFFECTIVE DATE

## CHAPTER 11 POST-EFFECTIVE DATE
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust | SunTrust | SunTrust | SunTrust |
| Account Number: | 4769 | 4736 | 4744 | 4777 |
| Purpose of Account (Operating/Payroll/Tax) | Admin/Priority Claims Funds | Trust Administrative Funds | Wind Down Funds | Holding |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| 1. Balance per Bank Statement | $180,030.12 | $368,950.89 | $7,045.23 | ($16.00) |
| 2. ADD: Deposits not credited | 0 | 0 | 0 | 0 |
| 3. SUBTRACT: Outstanding Checks | 0 | 0 | 0 | 0 |
| 4. Other Reconciling Items | 0 | 0 | 0 | 0 |
| 5. Month End Balance (Must Agree with Books) | $180,030.12 | $368,950.89 | $7,045.23 | ($16.00) |

* Account 4751 was fully disbursed and closed during Q1 2017

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

QUARTERLY OPERATING REPORT - POST EFFECTIVE DATE  ATTACHMENT NO. 4

## CHAPTER 11 POST-EFFECTIVE DATE
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4769 |
| Purpose of Account (Operating/Payroll/Personal) | Admin/Priority Claims Funds |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Bank Fee | 4/18/2019 | Suntrust | Bank Fee | $5.00 |
| Bank Fee | 5/20/2019 | Suntrust | Bank Fee | $5.00 |
| Bank Fee | 6/20/2019 | Suntrust | Bank Fee | $5.00 |
| | | | TOTAL | $15.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4769
04/30/2019

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
ADMINISTRATIVE PRIORITY CLAIMS FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | SELECT BUSINESS CHECKING | 4769 | 04/01/2019 - 04/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $180,045.12 | Average Balance | $180,042.95 |
| Deposits/Credits | $.00 | Average Collected Balance | $180,042.95 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $180,040.12 | | |

| Overdraft Protection | Account Number | Protected By |
|---|---|---|
| | 4769 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 04/18 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 04/01 | 180,045.12 | 180,045.12 | 04/18 | 180,040.12 | 180,040.12 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

445439                                    Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4769
05/31/2019

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
ADMINISTRATIVE PRIORITY CLAIMS FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4769 | 05/01/2019 - 05/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $180,040.12 | Average Balance | $180,038.18 |
| Deposits/Credits | $.00 | Average Collected Balance | $180,038.18 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $180,035.12 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4769 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 05/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/01 | 180,040.12 | 180,040.12 | 05/20 | 180,035.12 | 180,035.12 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4769
06/30/2019

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
ADMINISTRATIVE PRIORITY CLAIMS FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | .4769 | 06/01/2019 - 06/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $180,035.12 | Average Balance | $180,033.28 |
| Deposits/Credits | $.00 | Average Collected Balance | $180,033.28 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $180,030.12 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| :4769 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 180,035.12 | 180,035.12 | 06/20 | 180,030.12 | 180,030.12 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

As of 7/1/19, Mastercard(R) will update their Guide to Benefits for debit cards and will no longer offer the Price Protection benefit. A new Mastercard Guide to Benefits will be available on 7/1/19 at suntrust.com/debitcards.

844620

Member FDIC

QUARTERLY OPERATING REPORT -  
POST EFFECTIVE DATE

ATTACHMENT NO. 4

## CHAPTER 11 POST-EFFECTIVE DATE
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | | SunTrust | |
|---|---|---|---|
| Account Number | | 4736 | |
| Purpose of Account (Operating/Payroll/Personal) | | Trust Administrative Funds | |
| Type of Account (e.g., Checking) | | Checking | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1018 | 4/2/2019 | Schulten Ward Turner & Weiss LLP | Legal Fees | $18,289.52 |
| 1019 | 4/9/2019 | Epiq Corporate Restructuring | Professional Fees | $4,633.40 |
| 1020 | 4/9/2019 | US Trustee | UST Fees | $320.51 |
| Bank Fee | 4/18/2019 | Suntrust | Bank Fees | $5.00 |
| 1021 | 4/19/2019 | LT Advisory Services | Professional Fees | $11,158.86 |
| Bank Fee | 5/20/2019 | Suntrust | Bank Fees | $5.00 |
| 1022 | 6/4/2019 | James L. Drake Jr. P.C. | Legal Fees | $2,610.00 |
| 1023 | 6/19/2019 | LT Advisory Services | Professional Fees | $10,212.50 |
| TRN #014652 | 6/20/2019 | Bass, Berry & Sims | Legal Fees | $86,273.80 |
| TRN #014720 | 6/20/2019 | Epiq Corporate Restructuring | Professional Fees | $7,551.90 |
| Bank Fee | 6/20/2019 | Suntrust | Bank Fees | $5.00 |
| TRN #01068 | 6/24/2019 | Schulten Ward Turner & Weiss LLP | Legal Fees | $95,760.00 |
| TRN #010785 | 6/24/2019 | D'Huyvetter & Swichkow, P.C. | Professional Fees | $2,975.00 |
| | | | TOTAL | $239,800.49 |

$608,751.38

$239,479.98  
$368,950.89

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
36/E00/0175/0/11
.4736
04/30/2019

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
TRUST ADMINISTRATIVE FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4736 | 04/01/2019 - 04/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $608,751.38 | Average Balance | $582,972.93 |
| Deposits/Credits | $.00 | Average Collected Balance | $582,972.93 |
| Checks | $34,402.29 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $574,344.09 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4736 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1018 | 18,289.52 | 04/02 | 1020 | 320.51 | 04/09 | 1021 | 11,158.86 | 04/19 |
| 1019 | 4,633.40 | 04/09 | | | | | | |

Checks: 4

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 04/18 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/01 | 608,751.38 | 608,751.38 | 04/18 | 585,502.95 | 585,502.95 |
| 04/02 | 590,461.86 | 590,461.86 | 04/19 | 574,344.09 | 574,344.09 |
| 04/09 | 585,507.95 | 585,507.95 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
:4736
05/31/2019

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
TRUST ADMINISTRATIVE FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | 4736 | 05/01/2019 - 05/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $574,344.09 | Average Balance | $574,342.15 |
| Deposits/Credits | $.00 | Average Collected Balance | $574,342.15 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $574,339.09 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4736 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 05/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/01 | 574,344.09 | 574,344.09 | 05/20 | 574,339.09 | 574,339.09 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
36/E00/0175/0/11
4736
06/30/2019

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
TRUST ADMINISTRATIVE FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SELECT BUSINESS CHECKING | '4736 | 06/01/2019 - 06/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $574,339.09 | Average Balance | $510,462.33 |
| Deposits/Credits | $.00 | Average Collected Balance | $510,462.33 |
| Checks | $12,822.50 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $192,565.70 | | |
| Ending Balance | $368,950.89 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4736 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|
| 1022 | 2,610.00 | 06/04 | 1023 | 10,212.50 | 06/19 |

Checks: 2

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/20 | 5.00 | | ACCOUNT ANALYSIS FEE |
| 06/20 | 86,273.80 | | OUTGOING FEDWIRE DR TRN #014652 |
| 06/20 | 7,551.90 | | OUTGOING FEDWIRE DR TRN #014720 |
| 06/24 | 95,760.00 | | OUTGOING FEDWIRE DR TRN #010689 |
| 06/24 | 2,975.00 | | OUTGOING FEDWIRE DR TRN #010785 |

Withdrawals/Debits: 5

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 574,339.09 | 574,339.09 | 06/20 | 467,685.89 | 467,685.89 |
| 06/04 | 571,729.09 | 571,729.09 | 06/24 | 368,950.89 | 368,950.89 |
| 06/19 | 561,516.59 | 561,516.59 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

As of 7/1/19, Mastercard(R) will update their Guide to Benefits for debit cards and will no longer offer the Price Protection benefit. A new Mastercard Guide to Benefits will be available on 7/1/19 at suntrust.com/debitcards.

525560  Member FDIC

QUARTERLY OPERATING REPORT - POST EFFECTIVE DATE

ATTACHMENT NO. 4

## CHAPTER 11 POST-EFFECTIVE DATE
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4744 |
| Purpose of Account (Operating/Payroll/Personal) | Wind Down Funds |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| Bank Fee | 4/18/2019 | SunTrust | Bank Fee | $5.00 | $7,075.23 |
| Bank Fee | 5/20/2019 | SunTrust | Bank Fee | $5.00 | |
| Bank Fee | 6/20/2019 | SunTrust | Bank Fee | $5.00 | $7,060.23 |
| | | | | | $7,045.23 |
| | | | TOTAL | $15.00 | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4744
04/30/2019

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
WIND DOWN FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 4744 | 04/01/2019 - 04/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,060.23 | Average Balance | $7,058.06 |
| Deposits/Credits | $.00 | Average Collected Balance | $7,058.06 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $7,055.23 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4744 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 04/18 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/01 | 7,060.23 | 7,060.23 | 04/18 | 7,055.23 | 7,055.23 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
:4744
05/31/2019

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
WIND DOWN FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Small business owners view 2019 with confidence. Our third annual survey shows how small business owners plan to succeed in 2019. Find out what your peers are doing to reach their goals at www.suntrust.com/2019research

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | .4744 | 05/01/2019 - 05/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,055.23 | Average Balance | $7,053.29 |
| Deposits/Credits | $.00 | Average Collected Balance | $7,053.29 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $7,050.23 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| '4744 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 05/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/01 | 7,055.23 | 7,055.23 | 05/20 | 7,050.23 | 7,050.23 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

501579  Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4744
06/30/2019

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATION
TRUST- ROBERT H BARNETT LIQUIDATING TTEE
WIND DOWN FUNDS
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Open a SunTrust Business Credit Card and earn cash back! You will earn 5% cash back on the first $2,000 spent monthly on fuel and office supply qualifying purchases made in the first 12 months. Want to earn even more cash back? Redeem rewards into your SunTrust Business Deposit account and you will receive a Loyalty Cash Bonus of at least 10%! Apply at suntrust.com/mybusinesscard. Subject to credit approval.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 4744 | 06/01/2019 - 06/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,050.23 | Average Balance | $7,048.39 |
| Deposits/Credits | $.00 | Average Collected Balance | $7,048.39 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $7,045.23 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4744 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/20 | 5.00 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 7,050.23 | 7,050.23 | 06/20 | 7,045.23 | 7,045.23 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

As of 7/1/19, Mastercard(R) will update their Guide to Benefits for debit cards and will no longer offer the Price Protection benefit. A new Mastercard Guide to Benefits will be available on 7/1/19 at suntrust.com/debitcards.

844619                                Member FDIC

QUARTERLY OPERATING REPORT -  ATTACHMENT NO. 4
POST EFFECTIVE DATE

## CHAPTER 11 POST-EFFECTIVE DATE
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 4777 |
| Purpose of Account (Operating/Payroll/Personal) | Holding |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount | |
|---|---|---|---|---|---|
| | | | | | ($23.99) |
| Bank Fee | 4/30/2019 | SunTrust | Bank Fee | $3.00 | |
| Bank Fee | 4/30/2019 | SunTrust | Bank Fee | $5.00 | |
| Bank Fee | 5/8/2019 | SunTrust | Bank Fee Refund | ($5.00) | |
| Bank Fee | 5/8/2019 | SunTrust | Bank Fee Refund | ($5.00) | |
| Bank Fee | 5/8/2019 | SunTrust | Bank Fee Refund | ($5.00) | |
| Bank Fee | 5/8/2019 | SunTrust | Bank Fee Refund | ($3.00) | |
| Bank Fee | 5/8/2019 | SunTrust | Bank Fee Refund | ($3.00) | |
| Bank Fee | 5/8/2019 | SunTrust | Bank Fee Refund | ($3.00) | |
| Bank Fee | 5/31/2019 | SunTrust | Bank Fee | $3.00 | |
| Bank Fee | 5/31/2019 | SunTrust | Bank Fee | $5.00 | |
| Bank Fee | 6/28/2019 | SunTrust | Bank Fee | $3.00 | |
| Bank Fee | 6/28/2019 | SunTrust | Bank Fee | $5.00 | |
| | | | | | ($23.99) |
| | | | | | ($16.00) |
| | | | TOTAL | $0.00 | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/F00/0175/0/11
4777
04/30/2019

# Account Statement

## SunTrust

SEA ISLAND COMPANY CREDITORS LIQUIDATIO
TRUST- ROBERT H BARNETT LIQUIDATING TTE
HOLDING ACCOUNT
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 4777 | 04/01/2019 - 04/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $16.00- | Average Balance | $16.16- |
| Deposits/Credits | $.00 | Average Collected Balance | $16.16- |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $8.00 | | |
| Ending Balance | $24.00- | | |

### Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4777 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

### Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 04/30 | 3.00 | | PAPER STATEMENT FEE |
| 04/30 | 5.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/01 | 16.00- | 16.00- | 04/30 | 24.00- | 24.00- |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

104980     Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4777
05/31/2019

# Account Statement

![SunTrust]

SEA ISLAND COMPANY CREDITORS LIQUIDATIO
TRUST- ROBERT H BARNETT LIQUIDATING TTE
HOLDING ACCOUNT
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Small business owners view 2019 with confidence. Our third annual survey shows how small business owners plan to succeed in 2019. Find out what your peers are doing to reach their goals at www.suntrust.com/2019research

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | 4777 | 05/01/2019 - 05/31/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $24.00- | Average Balance | $5.58- |
| Deposits/Credits | $24.00 | Average Collected Balance | $5.58- |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $8.00 | | |
| Ending Balance | $8.00- | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4777 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Deposits/Credits

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 05/08 | 5.00 | | MONTHLY MAINTENANCE FEE REFUND |
| 05/08 | 5.00 | | MONTHLY MAINTENANCE FEE REFUND |
| 05/08 | 5.00 | | MONTHLY MAINTENANCE FEE REFUND |
| 05/08 | 3.00 | | PAPER STATEMENT FEE REFUND |
| 05/08 | 3.00 | | PAPER STATEMENT FEE REFUND |
| 05/08 | 3.00 | | PAPER STATEMENT FEE REFUND |

Deposits/Credits: 6    Total Items Deposited: 0

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 05/31 | 3.00 | | PAPER STATEMENT FEE |
| 05/31 | 5.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/01 | 24.00- | 24.00- | 05/31 | 8.00- | 8.00- |
| 05/08 | .00 | .00 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

108072    Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
4777
06/30/2019

# SunTrust

# Account Statement

SEA ISLAND COMPANY CREDITORS LIQUIDATIO
TRUST- ROBERT H BARNETT LIQUIDATING TTE
HOLDING ACCOUNT
PO BOX 19958
ATLANTA GA 30325-0958

Questions? Please call
1-800-786-8787

Open a SunTrust Business Credit Card and earn cash back! You will earn 5% cash back on the first $2,000 spent monthly on fuel and office supply qualifying purchases made in the first 12 months. Want to earn even more cash back? Redeem rewards into your SunTrust Business Deposit account and you will receive a Loyalty Cash Bonus of at least 10%! Apply at suntrust.com/mybusinesscard. Subject to credit approval.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| SIMPLE BUSINESS CHECKING | ?4777 | 06/01/2019 - 06/30/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $8.00- | Average Balance | $8.50- |
| Deposits/Credits | $.00 | Average Collected Balance | $8.50- |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $8.00 | | |
| Ending Balance | $16.00- | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 4777 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/28 | 3.00 | | PAPER STATEMENT FEE |
| 06/28 | 5.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 8.00- | 8.00- | 06/28 | 16.00- | 16.00- |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

As of 7/1/19, Mastercard(R) will update their Guide to Benefits for debit cards and will no longer offer the Price Protection benefit. A new Mastercard Guide to Benefits will be available on 7/1/19 at suntrust.com/debitcards.

105073                                    Member FDIC