UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SEA ISLAND COMPANY, *et al.*, ) | |
| ) | Case No. 10-21034 - EJC |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Judge Edward J. Coleman, III |
| _____ ) | |

## AMENDMENT TO THE
## MOTION TO INITIATE THE TERMINATION
## OF THE LIQUIDATION TRUST,
## CLOSE THE CASES, AND FOR A FINAL DECREE

Robert H. Barnett, as the Liquidation Trustee (the "Liquidation Trustee") under the Sea Island Company Creditors Liquidation Trust, files this amendment to the Motion to Initiate the Termination of the Liquidation Trust, Close the Cases, and for a Final Decree [Doc. No. 1796] (the "Motion"). After payment of professional fees—but not expenses—associated with the hearing on the Motion, the balance for the Trust Administrative Account is $204,107.26. Epiq Bankruptcy Solutions, LLC has advised the Liquidation Trustee that it is holding $23,096.04. Schulten Ward Turner & Weiss LLP is holding $1,440.81. As a result, the Liquidation Trustee anticipates distributing slightly less than approximately $230,000.00 to Class 5 Beneficiaries less the following amounts: (a) United States Trustee fees arising under 28 U.S.C. § 1930(a)(6) or any other fees, expenses, or the like that the United States Trustee asserts is owing to the United States Trustee

4822-8146-3466 v.1

(collectively, "U.S. Trustee Fees"); (b) expenses (but not fees) of the professionals associated with the hearing on the Motion; (c) fees and expenses of professionals—in the discretion of the Liquidation Trustee—associated in any way with (i) U.S. Trustee Fees, operating reports, or any request made by the United States Trustee or (ii) otherwise unexpected tasks required of such professionals; and (d) bank fees.

Dated: October 17, 2019.

        James L. Drake, Jr.
        Georgia Bar No. 229250 James L.
        Drake, Jr., P.C.
        7 East Congress Street, Suite 901
        Savannah, GA 31412
        (912) 790-1533 Telephone

        ___/s/ Robert M.D.Mercer_____
        Robert M.D. Mercer
        Georgia Bar No. 502317
        SCHULTEN WARD TURNER & WEISS LLP
        260 Peachtree Street NW, Suite 2700 Atlanta,
        Georgia 30303
        (404) 688-6800 Telephone
        (404) 688-6840 Facsimile

        *Counsel for Robert H. Barnett as the*
        *Liquidation Trustee under the Sea Island*
        *Company Creditors Liquidation Trust*

4822-8146-3466 v.1